1  DAY CASEBEER
   MADRID & BATCHELDER LLP
2  Lloyd R. Day, Jr. (90875)
   James R. Batchelder (136347)
3  Robert M. Galvin (171508)
   20300 Stevens Creek Boulevard, Suite 400
4  Cupertino, CA  95014
   Telephone:  (408) 873-0110
5
   BROBECK, PHLEGER & HARRISON LLP
6  Jeffrey S. Kingston (50889)
   James L. Miller (71958)
7  Spear Street Tower
   One Market Street
8  San Francisco, CA  94105
   Telephone:  (415) 442-0900
9
   CLIFFORD CHANCE ROGERS & WELLS LLP
10 Kevin J. Arquit
   200 Park Avenue
11 New York, NY  10166
   Telephone:  (212) 878-8000
12
   Attorneys for Plaintiff,
13 SUN MICROSYSTEMS, INC.

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18 SUN MICROSYSTEMS, INC.,               No. C02-01150 PVT
   a Delaware corporation,
19
                                         COMPLAINT FOR:
          Plaintiff,
20
                                         1. ILLEGAL MAINTENANCE OF INTEL-
      v.                                    COMPATIBLE PC OPERATING SYSTEM
21                                          MONOPOLY (SHERMAN ACT § 2)
   MICROSOFT CORPORATION,
22 a Washington corporation,             2. ILLEGAL MONOPOLIZATION OF WEB
                                            BROWSER MARKET (SHERMAN ACT § 2)
23        Defendant.
                                         3. UNLAWFUL TYING OF INTERNET
24                                          EXPLORER TO WINDOWS PC OPERATING
                                            SYSTEM (SHERMAN ACT § 1)
25
                                         4. ATTEMPTED MONOPOLIZATION OF THE
26                                          WORKGROUP SERVER OPERATING
                                            SYSTEM MARKET (SHERMAN ACT § 2)
27
                                         5. UNLAWFUL TYING OF WINDOWS SERVER
28                                          OPERATING SYSTEM TO WINDOWS PC

ORIGINAL FILED

MAR   8 2002

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

COPY

OPERATING SYSTEM (SHERMAN ACT § 1)

6. UNLAWFUL TYING OF IIS WEB SERVER SOFTWARE TO WINDOWS WORKGROUP SERVER OPERATING SYSTEM (SHERMAN ACT § 1)

7. UNLAWFUL TYING OF .NET FRAMEWORK TO WINDOWS PC AND WORKGROUP SERVER OPERATING SYSTEMS (SHERMAN ACT § 1)

8. UNLAWFUL EXCLUSIVE DEALING AND OTHER EXCLUSIONARY AGREEMENTS (SHERMAN ACT § 1)

9. ILLEGAL MONOPOLIZATION OF OFFICE PRODUCTIVITY SUITE MARKET (SHERMAN ACT § 2)

10. CARTWRIGHT ACT (CAL. BUS. & PROF. CODE §§ 16720 ET SEQ.)

11. UNFAIR COMPETITION (CAL. BUS. & PROF. CODE §§ 17200 ET SEQ.)

12. COPYRIGHT INFRINGEMENT (17 U.S.C. § 501 ET SEQ.)

DEMAND FOR JURY TRIAL

# TABLE OF CONTENTS

PAGE NO.

I.   NATURE OF THE CASE ............................................................................................. 1

II.  THE PARTIES .......................................................................................................... 7

III. JURISDICTION AND VENUE ...................................................................................... 8

IV.  INTRADISTRICT ASSIGNMENT ................................................................................... 8

V.   MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO THE INTEL-
     COMPATIBLE PC OPERATING SYSTEM MARKET .................................................... 8

     A.   Microsoft's Monopoly Power ...................................................................... 8

     B.   The Economic Characteristics of Software Development and the
          Applications Barrier to Entry ..................................................................... 10

     C.   The Rise of the Internet and the Middleware Threat to Microsoft's
          PC Operating System Monopoly ................................................................. 13

     D.   Microsoft's Anticompetitive Acts Against the Java Platform ...................... 15

          The Features and Attributes of the Java Platform ....................................... 15

          Licensing, Compatibility, and Control of the Java Platform ....................... 17

          Microsoft Believed the Java Platform Threatened Its PC-Operating
          System Monopoly ...................................................................................... 19

          Microsoft Gained Access to Java Technology from Sun by
          Promising Compatibility ............................................................................ 21

          Microsoft Fragmented the Java Platform ................................................... 21

          Microsoft Flooded the Market with Incompatible Implementations of
          the Java Runtimes ..................................................................................... 23

          Microsoft Forced Others to Distribute or Use Its Incompatible
          Products .................................................................................................... 24

          Microsoft Foreclosed Sun's Alternative Channels for ............................... 24

          Distribution of the Java Runtime .............................................................. 24

          Microsoft Unreasonably Restrained Trade By Intentionally
          Interfering with the Development of Java-Based Applications for
          Compatible Runtimes ................................................................................ 25

          Anticompetitive Acts To Interfere with Development and
          Distribution of Java Platform in Other Markets ......................................... 26

          Microsoft's Decision to Exclude the Microsoft Virtual Machine for
          Java from Windows ................................................................................... 29

|  |  | Microsoft's Unlicensed Distribution of Sun's Copyrighted Work | 29 |
| E. |  | Microsoft's Anticompetitive Acts Against Solaris on Intel | 30 |
| VI. | | MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO THE BROWSER MARKET | 30 |
| | A. | Web Browser Market | 30 |
| | B. | Microsoft's Anticompetitive Conduct and Damage to Consumers and Competition in the Web Browser Market | 31 |
| VII. | | MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO WORKGROUP SERVER OPERATING SYSTEM MARKET | 31 |
| | A. | The Workgroup Server Operating System Market | 31 |
| | B. | Workgroup Server Threat to Microsoft's PC Operating System Monopoly | 33 |
| | C. | Microsoft's Strategy for Monopolizing the Workgroup Server Operating System Market | 34 |
| | D. | Microsoft's Efforts to Replicate Its Application Barrier in the Workgroup Server Operating System Market | 35 |
| | E. | Microsoft's Efforts to Lock-Out Competition By Foreclosing Interoperability Efforts and Engaging in Discriminatory Licensing Practices | 37 |
| | F. | Microsoft Ensures That Only Its Workgroup Server Operating System Can Fully Interoperate With Critical Features and Functionality in Its PC Operating System | 40 |
| | G. | Other Technical Ties and Bundling Practices That Force the Adoption of Microsoft Server Applications That Will Only Run On Microsoft's Workgroup Server Operating System | 43 |
| | H. | Microsoft's Exclusionary Conduct Regarding Client Access Licenses and Certification Programs for Applications | 44 |
| VIII. | | MICROSOFT'S TYING OF ITS IIS WEB SERVER SOFTWARE TO ITS WORKGROUP SERVER OPERATING SYSTEM | 45 |
| | A. | Web Server Software Market | 45 |
| | B. | Microsoft's Unlawful Tying of IIS to Its Workgroup Server Operating System | 46 |
| IX. | | MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO OFFICE PRODUCTIVITY SUITE MARKET | 47 |
| | A. | Office Productivity Suite Market | 47 |
| | B. | Microsoft's Anticompetitive Conduct | 48 |

X.   MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO .NET AND PASSPORT ................... 51

    A.   Middleware Runtime Market ................................................................ 51

    B.   Microsoft's Anticompetitive Acts Relating to the .NET Framework ................. 52

    C.   Microsoft's Anticompetitive Acts Relating to Passport ...................................... 55

XI.  MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO DEVELOPER TOOLS .................... 57

XII. CLAIMS FOR RELIEF ....................................................................................................... 57

1

## I.    NATURE OF THE CASE

2       1.      This is an action brought pursuant to the antitrust laws of the United States as well as

3   the laws of the State of California to restrain anticompetitive conduct by Defendant Microsoft

4   Corporation ("Microsoft"), and to remedy the damage suffered by Plaintiff Sun Microsystems, Inc.

5   ("Sun"), as a result of Microsoft's illegal efforts to maintain and expand its monopoly power.  In

6   addition, this action seeks to enjoin Microsoft from infringing Sun's copyrights by unlawfully

7   distributing products outside the scope of the limited license that Sun granted to Microsoft.

8       2.      In a prior antitrust action, Microsoft was held to have illegally maintained its

9   monopoly over the market for Intel-compatible personal computer ("PC") operating systems by

10  engaging in anticompetitive acts that impeded the distribution and/or use of alternative platforms

11  that threatened Microsoft's monopoly, including the Java™ platform.  *See United States v.*

12  *Microsoft*, 87 F. Supp. 2d 30 (D.D.C. 2000), *aff'd in part, rev'd in part*, 253 F.3d 34 (D.C. Cir.

13  2001), *cert denied*, 122 S. Ct. 350 (2001).

14      3.      The adjudicated facts in that case establish that Microsoft illegally maintained a

15  monopoly over the market for PC operating systems by undermining the ability of rival software

16  platforms like Netscape Corporation's Navigator browser and Sun's Java technology to compete in

17  that or closely related markets.[1]  By offering consumers the ability to run compelling applications

18  on operating systems other than Microsoft's Windows operating system, the Navigator browser

19  and Java platform threatened to reduce or eliminate the applications barrier to competition that

20  sustains Microsoft's monopoly.[2]  Microsoft fully recognized the threat that these middleware

21  platforms posed to its continued monopoly over PC operating systems and contrived to maintain

22  that monopoly by restricting consumer access to these and any other non-Microsoft middleware

23  platforms.  By eliminating the ability of alternative platforms to compete with Microsoft's

24  Windows operating system, Microsoft not only illegally maintained its monopoly, but it also

25  dramatically increased the economic power derived from that monopoly, such that Microsoft now

26  has the power to control competition in a number of adjacent markets including the web browser

27  market, the workgroup server operating system market, the web server market, the middleware

28

1   runtime market, and the office productivity suite market.

2       **4.**    The commercial appeal of any computing platform is dependent in very large

3   measure on the number of consumers who own or use the platform. The greater the number of

4   users, the greater the demand for applications capable of running on that platform. The greater the

5   demand for the platform applications, the greater the number and variety of applications developed

6   for the platform. And the greater the number and variety of applications developed for a platform,

7   the greater the consumer demand for a given computing platform.[3] Once started, this "positive

8   feedback effect" can and will sustain the adoption and commercial success of platform software,

9   such as the Windows operating system or the Java platform. Distribution of the underlying

10  platform is therefore critical to successful competition in platform software.[4] Unless a platform

11  enjoys widespread and sustained distribution, such that large numbers of computer users have the

12  platform installed and available for use on their computer systems, the feedback cycle of

13  application development and platform adoption will not take effect.

14      **5.**    As the District Court found, and the Court of Appeals affirmed, Microsoft engaged

15  in a series of illegal acts to choke off the distribution channels for the Navigator browser and Java

16  platform.[5] Microsoft has since even further restricted distribution of the Java platform by refusing

17  to distribute any implementation of the Java runtime[6] on Microsoft's Windows XP operating

18  system. By restricting and disrupting the distribution of the Navigator browser and the Java

19  platform, Microsoft has sought to limit the numbers of computer users with access to these

20  alternative platforms and thereby also limit the demand for, and economic incentives supporting,

21

22  [1]  *United States v. Microsoft Corp.*, 253 F.3d 34, 46 (D.C. Cir. 2001) ("Microsoft III").

23  [2]  *United States v. Microsoft Corp.*, 84 F. Supp. 2d 9, § 68 (D.D.C. 1999) ("*Findings of Fact*") (explaining how middleware technologies such as the Navigator browser and the Java platform have the ability to weaken the application barrier to entry).

24  [3]  *See Findings of Fact*, 84 F. Supp. 2d at §§ 39-40.

25  [4]  *See Microsoft III*, 253 F.3d at 55-60, 60-61, 70-71; *Findings of Fact*, 84 F. Supp. 2d at §§ 36-52, 143-44.

26  [5]  *See Microsoft III*, 253 F.3d at 61, 72, 75-76; *Findings of Facts*, 84 F. Supp. 2d at §§ 357, 395-402.

27

28  [6]  Hereinafter, the terms "Java runtime" and "Java runtime environment" refer to any licensed implementation of the Java virtual machine and Java class libraries.

1    application development on those platforms.  By decreasing the distribution of non-Microsoft

2    platforms, such as the Navigator browser and the Java platform, Microsoft knew that it also could

3    decrease the number and variety of applications developed for such platforms, and thus their

4    relative commercial appeal to consumers.

5        6.      In addition to choking off distribution of the Java platform, Microsoft also acted to

6    fragment the Java platform in a number of unlawful ways.  As this Court found in a prior action in

7    connection with the issuance of two preliminary injunctions against Microsoft,[7] Microsoft (a)

8    breached its license agreement with Sun by distributing incompatible implementations of the Java

9    platform, (b) contracted with third parties to exclusively use its differentiated and incompatible

10   implementations, and (c) deceptively promoted its incompatible runtimes and tools as though they

11   were compatible.  By flooding the market with its incompatible implementations of the Java

12   technology, while choking off distribution of compatible implementations of that same technology,

13   Microsoft significantly reduced the economic incentive for developers to write applications to the

14   Java platform, since the market for such applications would be smaller than the market for

15   Microsoft-specific applications written either to Windows or to Microsoft's ubiquitously

16   distributed incompatible implementations of the Java technology.

17       7.      But for Microsoft's unlawful fragmentation of the Java platform and its unlawful

18   attack on the distribution of the Navigator and Java platforms, the installed base of these

19   alternative platforms would have been far greater today.  So too would the economic incentives

20   and choices of consumers and software developers.  Consumers would have had the opportunity to

21   choose from among a variety of competing platforms – not just Microsoft's Windows platform –

22   based upon performance, cost, interoperability, or personal preference.  Developers too would

23   have had the opportunity to choose among a variety of competing platforms on which to develop

24   applications with the features, performance and price that customers demand.

25

26   [7]  *See Sun Microsystems, Inc. v. Microsoft Corp.*, 999 F. Supp. 1301 (N.D. Cal. 1998); *Sun
     Microsystems, Inc. v. Microsoft Corp.*, 21 F. Supp. 2d 1109 (N.D. Cal. 1998), *vacated and*
27   *remanded*, 188 F.3d 1115 (9ᵗʰ Cir. 1999); *Sun Microsystems, Inc. v. Microsoft Corp.*, 87 F. Supp.
     2d 992 (N.D. Cal. 2000); *Sun Microsystems, Inc. v. Microsoft Corp.*, 81 F. Supp. 2d 1026 (N.D.
28   Cal. 2000).

8.    Indeed, because the Navigator and Java platforms were "cross-platform" – that is, they ran on top of a variety of operating systems, not just Microsoft's Windows operating system – consumers would have had the ability to run applications written for the Navigator browser and Java platform on any operating system, not just Microsoft's Windows operating system.  By dramatically lowering the cost to switch applications from one operating system to another, the Navigator and Java platforms directly attacked the applications barrier to competition that protects Microsoft's monopoly over PC operating systems, and greatly reduced the cost to consumers and developers alike of switching away from Microsoft's monopoly platform.  In short, but for Microsoft's anticompetitive conduct, consumers today would have enjoyed far greater freedom, at far less cost, to choose among competing operating systems based on their comparative features, performance, and price, rather than simply the number of applications they support.

9.    By unlawfully fragmenting the Java platform and choking distribution of the Navigator and Java platforms, Microsoft has both entrenched and increased its monopoly power in PC operating systems by debilitating a serious threat to that monopoly.  With that threat debilitated, the "positive feedback effect" protecting Microsoft's monopoly continues unabated, creating overwhelming and ever-rising incentives for both developers and operating system consumers to increase the market share and market power of Microsoft.

10.    Having illegally debilitated the vendor-independent Java middleware platform that threatened its PC operating system monopoly, Microsoft now is exploiting its illegally maintained monopoly distribution channels to leverage market share for its own middleware platform, one that, in sharp contrast to the Java platform, is vendor-specific.  Microsoft refers to its new Microsoft-specific middleware platform as the .NET Framework.

11.    When the potential of the Navigator and Java platforms to capitalize on the Internet paradigm became apparent, Microsoft was neither poised nor well-suited to provide a competitive alternative to those platforms.  By illegally crushing the threat posed by the Navigator and Java middleware platforms, Microsoft bought itself years of time to copy the functionality of the Java platform.

12.    Microsoft has touted the belated introduction of its new .NET middleware platform

4.

as its most important initiative, one that will fundamentally transform its own business and the Internet in general.  Just as it developed the Windows platform on top of MS-DOS in order to encourage developers to write to the new platform, Microsoft now will provide the .NET platform as a middleware layer on top of Windows, and encourage developers increasingly to write their applications to this new platform, gradually obsolescing the Windows platform and transferring Microsoft's monopoly from the PC operating system to this new middleware layer.  Microsoft hopes then to use its ill-gotten .NET market share to dominate the increasingly important realm of server-based computing, a realm that currently poses the greatest threat to Microsoft's PC hegemony.  By infusing .NET with Microsoft-specific interfaces and protocols shared by Microsoft servers, Microsoft threatens to control, and render Microsoft-specific, the market for dynamic web services and other server-based computing applications.  Microsoft also hopes to leverage its monopoly power into the adjacent markets for embedded and handheld devices.

13.    Microsoft is currently abusing its market power to preclude, obstruct and impede the distribution, adoption or utilization of alternative platforms that it believes threaten its ability to maintain or expand its monopoly power, including the Java platform, workgroup server operating systems, web servers, office productivity suites, personal digital assistants ("PDAs"), cell phones, and television set-top boxes.  Microsoft also is abusing its monopoly power by forcing others to distribute, acquire, license and/or use Microsoft's browsers, middleware platforms, workgroup server operating systems, office productivity suites, and/or application development tools in lieu of potential substitute products of competitors, such as Sun.  By means of product bundling, technical tie-ins and/or lock-outs, discriminatory licensing terms and other contractual inducements or restraints, Microsoft forces distributors, consumers and software developers who wish to substitute competing products for Microsoft's products to incur increased and unnecessary costs to do so, thus raising and sustaining the barriers to competition that protect its PC operating system monopoly.

14.    Microsoft also is abusing the power derived from its PC operating system, web browser, and Office suite monopolies to expand its monopolies into adjacent markets.  In the emerging world of networked devices and services, the commercial appeal and success of adjacent

5.

1  devices and services such as servers, PDAs, telephones, video game systems, television set-top

2  boxes, and web-based services are in very large measure dependent on their ability to interoperate

3  with PCs via the Internet or other networks.  Microsoft's expanded monopoly power over PC

4  operating systems and web browsers affords it the power to deny competing devices and services

5  the same ability to interoperate fully and completely with PCs as Microsoft's networked devices

6  and services enjoy.  Microsoft is in fact exercising the power it derives from its PC monopoly in

7  just this way to exclude competition in each of these adjacent markets.

8      15.     By secretly manipulating the interfaces and protocols needed to interoperate with

9  Windows, Microsoft can control which products and services in adjacent markets are capable of

10  interoperating with PCs.  Not only does this permit Microsoft to enhance the relative appeal and

11  functionality of its products and services at the expense of its competitors such as Sun, it denies

12  consumers the benefits of competition.  Instead of permitting consumers to choose a server,

13  telephone, application, or web service based solely on its competitive merits, Microsoft is

14  increasingly forcing consumers to purchase such products and services based upon their ability to

15  interoperate with its unlawfully monopolized platforms.

16      16.     Microsoft is now abusing the power it has over PC operating systems and web

17  browsers by attempting to extend its control to embrace any device, application, or web service

18  that seeks to interoperate with Microsoft's monopolized PC operating systems or browsers.

19  Microsoft's unbridled monopoly over a critical node on the digital network – PCs – provides it the

20  power to allow only such servers, PDAs, telephones, television set-top boxes, videogame systems,

21  or web services that implement Microsoft-specific interfaces and protocols to interoperate

22  effectively with Microsoft's monopoly products.  By illegally exploiting its PC operating system

23  monopoly to acquire and utilize a chokehold over networked connections to PCs, Microsoft is

24  dramatically expanding its power to deny consumers the benefits of choice and competition in

25  adjacent markets as well.  Unless and until that power is effectively checked and ultimately

26  eliminated, Microsoft's past practices and insatiable ambition demonstrate that it will continue to

27  destroy competition in each of these enormously important markets.

28      17.     Sun brings this action for two reasons.  First, Sun brings this action to restore

6.

1   competition in the markets in which Microsoft restrains competition by means of its monopoly

2   power.  Critical to restoring such competition is Sun's request that Microsoft be enjoined from

3   distributing Windows or Internet Explorer unless it distributes the latest, compatible version of the

4   Java runtime environment.  Also critical to restoring such competition is Sun's request that

5   Microsoft be required to disclose all interfaces, protocols, and technical information that Microsoft

6   employs to enable its monopoly operating system, browser, and office productivity suite to

7   interoperate effectively with other products, applications, or software.

8       18.     Second, Sun brings this action to remedy the continuing harm that Sun has suffered

9   as a result of Microsoft's illegal maintenance of monopolies over the PC operating system, web

10   browser, and office productivity suite markets, its unlawful attempt to monopolize the workgroup

11   server market, and its unlawful exclusive dealing and tying practices.  Such harm to Sun includes,

12   without limitation, diminished licensing fees, lost computer workstation sales, lost server sales,

13   lost software product sales, lost sales of consulting services, and a diminution in value to Sun's

14   trademarks, reputation, and goodwill.

15   **II.      THE PARTIES**

16       19.     Plaintiff Sun Microsystems, Inc., is a corporation existing under the laws of the State

17   of Delaware with its principal place of business in Palo Alto, California.  Sun is a leader in the

18   design, manufacture, and sale of microprocessors, workstations, servers, operating systems,

19   enterprise software, middleware, office productivity suites, storage systems, and various network

20   services.  Sun is also the creator, developer, and licensor of the Java technology.  In addition to

21   products designed to run Sun's Solaris™ operating system or Java platform, Sun also offers

22   products designed to run Windows applications on Sun workstations.

23       20.     Defendant Microsoft Corporation is a corporation existing under the laws of the

24   State of Washington with its principal place of business in Redmond, Washington.  Microsoft is

25   the world's largest supplier of computer software for personal computers.  Among other things,

26   Microsoft develops, markets, and distributes software products, including PC operating system

27   software (*e.g.,* Windows XP, Windows 2000, Windows 98), workgroup server operating system

28   software (*e.g.,* Windows .NET Server, Windows 2000 Server, Windows NT Server), enterprise

1  server operating system software (Windows 2000 Datacenter Server), handheld/embedded

2  operating system software (Windows CE), Internet browser software (*e.g.*, Internet Explorer),

3  software development tools (*e.g.*, Visual Studio), server applications for client/server environments

4  (*e.g.*, Microsoft Exchange Server, Microsoft SQL Server), and office productivity suites (*e.g.*,

5  Microsoft Office 2000, Microsoft Works).  Microsoft is engaged in, and its activities substantially

6  affect, interstate and foreign commerce.

7  **III.    JURISDICTION AND VENUE**

8      **21.**    This Court has jurisdiction over Sun's federal antitrust and copyright claims

9  pursuant to 15 U.S.C. §§ 15 and 26, 17 U.S.C. §§ 501-05 and 28 U.S.C. §§ 1331 and 1337.  This

10  Court has both diversity and supplemental jurisdiction over Sun's related claims under California

11  law pursuant to 28 U.S.C. §§ 1332 and 1367.

12      **22.**    Venue is proper in this judicial district under 15 U.S.C. § 22 and 28 U.S.C. § 1391

13  because Microsoft transacts business in this district and is subject to personal jurisdiction in this

14  district.  In addition, a substantial part of the events or omissions giving rise to Sun's claims

15  occurred in this district.

16  **IV.    INTRADISTRICT ASSIGNMENT**

17      **23.**    Assignment to the San Jose Division of the Northern District of California is proper

18  under Northern District Local Rule 3-2 because a substantial part of the events giving rise to this

19  action occurred in Santa Clara County.

20  **V.    MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO THE INTEL-
         COMPATIBLE PC OPERATING SYSTEM MARKET**

21

22      **A.    MICROSOFT'S MONOPOLY POWER**

23      **24.**    Beginning in the early 1980s, vigorous competition emerged in the PC market with

24  IBM's introduction of the PC with a microprocessor provided by Intel Corporation and an

25  operating system (MS-DOS) provided by Microsoft.

26      **25.**    With one notable exception, the PC business has been marked by fierce competition

27  at all levels.  Because the components necessary to make a PC are widely available, many

28  companies compete to make and sell PC systems.  Because no PC manufacturer has been able to

1    impose vendor-specific interfaces for connecting peripherals like monitors, disk drives, and

2    printers, "open" (not vendor-specific) standards have emerged, and, as a result, many different

3    companies compete to make and sell PC peripherals. Because the information and interfaces

4    necessary to write software applications to run on PCs were, in large measure, publicly available,

5    substantial competition emerged to create software applications for PCs. Substantial competition

6    even emerged in the market for supplying microprocessors for PCs as other companies competed

7    with Intel by providing compatible microprocessors that could be substituted for Intel

8    microprocessors.

9       **26.**     In stark contrast to such competition, Microsoft has maintained a monopoly share

10    over the worldwide market for Intel-compatible PC operating systems for an extended period of

11    time, and substantial barriers to entry protect Microsoft's monopoly. Because an operating system

12    written for one class of microprocessors typically will not work on another class of

13    microprocessors without significant modifications, PC manufacturers and PC users do not consider

14    operating systems developed for non-Intel-compatible microprocessors to be effective substitutes

15    for operating systems that run on Intel-compatible microprocessors.

16       **27.**     An operating system is a computer program that manages the resources and

17    functions of the computer. In particular, the operating system controls access to and utilization of

18    the microprocessor, system memory, and attached peripherals like monitors, printers, and storage

19    devices. In addition, the operating system manages the execution of application programs on the

20    computer.

21       **28.**     Operating systems act as a platform for software application development. An

22    operating system contains libraries of thousands of different application programming interfaces

23    ("APIs"). Rather than starting from scratch and writing an application that includes all of the code

24    necessary to perform the desired functions, an applications developer can build his application on

25    top of the underlying operating system by incorporating in his application "calls" to the APIs

26    needed to instruct the operating system to perform many standard operations. For example,

27    instead of re-writing the code necessary for printing a document or drawing a window on a screen,

28    the developer simply calls the appropriate APIs.

29.     While Microsoft initially established its monopoly position through its MS-DOS operating system product, Microsoft maintained its monopoly during the transition from MS-DOS to its Windows operating system.

30.     Microsoft's Windows operating system was a response to the commercial success of Apple Computer's introduction of a graphical user interface as part of its Macintosh operating system.  In order to copy this "user-friendly" experience for PCs while continuing to support existing MS-DOS applications, Microsoft built an application (Windows) that ran on top of MS-DOS and provided a graphical user interface.  Windows also contained a new library of APIs that developers could use to write applications.

31.     Windows was thus originally "middleware" – a program that runs on top of an operating system and upon which other applications can be written to and run.  By layering the Windows APIs on top of the pre-existing MS-DOS APIs, Microsoft permitted users to continue running their existing MS-DOS applications as well as run new Windows applications taking advantage of a newer, richer API set.  Over a series of product iterations, Microsoft began to integrate the Windows middleware with the operating system, culminating in Windows 95, which fully integrated the Windows APIs with the underlying MS-DOS operating system.  In short, Microsoft responded to the competitive threat posed by Apple's Macintosh operating system by using "middleware" to transition, yet maintain, its PC operating system monopoly.

**B.    THE ECONOMIC CHARACTERISTICS OF SOFTWARE DEVELOPMENT AND THE APPLICATIONS BARRIER TO ENTRY**

32.     One of the critical barriers to entry that has protected Microsoft's PC operating system monopoly, both in its MS-DOS and Windows incarnations, is the "applications barrier to entry."

33.     Because operating-system APIs differ from one operating system to another, an application developed to run on one vendor's operating system typically could not run on a different vendor's operating system (*e.g.*, a Windows application would not run on Apple Computer's Mac operating system).  Because an application might make tens of thousands of "calls" to operating-system-specific APIs, it was and is extremely time-consuming and expensive

10.

1   to modify or "port" an application developed for one operating system to run on a different

2   operating system.  Developers therefore typically need to choose which platform will be targeted

3   by any application that they write.  Once a given application is written to target a given platform,

4   developers also need to choose between writing another application or porting the existing

5   application to a new platform.

6          **34.**     In making these choices, developers must take into account the fact that software

7   development/porting requires high, up-front, fixed costs, while the marginal cost required to

8   produce each additional copy is essentially zero.  As a result, the average unit cost to produce each

9   additional copy of a given application declines as more units are produced.  In addition, prices not

10  only decrease at a lesser rate than costs, but also, under the circumstances discussed below, prices

11  actually may increase as volume increases.  This economy of scale creates a strong incentive for

12  developers to develop and distribute applications for the platform that has the largest market share.

13  Once a given application is written to target a given platform, this economy of scale also creates a

14  strong incentive for developers to devote their additional resources to writing new applications to

15  run on that same dominant platform, rather than to porting the existing application to other

16  platforms with lower market share.

17         **35.**     Similar economic principles guide the choices of consumers deciding which

18  platform to purchase.  A very large component of the value to a consumer of a given platform is

19  the installed base of applications that have been written to run on that platform.  The larger the

20  installed base of applications, the more valuable the platform is to the consumer, and the higher the

21  consumer's incentive to purchase that platform.

22         **36.**     These incentives of developers and consumers combine to create a perpetually

23  reinforcing phenomenon referred to as the "positive feedback effect."  Under the "positive

24  feedback effect," developers have incentive to write their applications to the platform with the

25  largest market share, which leads platform consumers to buy even more implementations of that

26  dominant platform and thereby further increase its market share, which even further increases the

27  incentives of developers to write applications to that platform, etc.  This self-reinforcing cycle

28  erodes the appeal of competing platforms and bars new vendors from entry into the market,

1   irrespective of the merit and price of competing platforms.  Because of the critical role of software

2   applications in this cycle, the "positive feedback effect" in the world of software development

3   often is referred to as the "applications barrier to entry."

4       **37.**   The application barrier to entry has played a critical role in both creating and

5   maintaining Microsoft's monopoly in PC operating systems.  When Microsoft's Windows

6   operating systems gained majority market share, the incentives became overwhelming for

7   developers to write most of their applications to run on Windows.  This increasing number of

8   applications written to Windows increased the incentives of operating system consumers to select

9   Windows over competing operating systems.  In turn, as these economic incentives led operating

10  system consumers to further increase the market share of Windows, this increased market share

11  caused developers to target an even higher percentage of their applications to run on Windows.

12      **38.**   This self-reinforcing cycle eroded the appeal of competing operating systems, and

13  barred new vendors from effective entry into the market for PC operating systems, irrespective of

14  the merit and price of competing operating systems.

15      **39.**   The applications barrier to entry increases as the costs to developers and consumers

16  of "switching" to a new platform increase.

17      **40.**   Developers who have written applications for one vendor's operating system face

18  switching costs if they wish to "port" their application to run on another vendor's operating

19  system.  Porting an application to run on a second operating system requires rewriting, debugging,

20  and testing the computer code.  To maximize their potential return on investment, developers have

21  strong incentives to develop the first version of their application for the operating system with the

22  largest market share – Microsoft's Windows.  By differentiating its operating system from others

23  through particular dependencies, Microsoft has further discouraged developers from porting their

24  applications to other operating systems.  The more Windows differs from competitors' systems,

25  the more expensive it will be to port, and the less incentive developers will have to develop

26  applications for competitors' operating systems.  Unless a competing vendor's installed base of

27  operating systems is sufficiently large to justify the cost of porting the application, developers will

28  write their applications *only* for the dominant operating system – Microsoft's Windows – thereby

12.

1    intensifying the feedback effect.

2        **41.**    For consumers, switching costs provide a powerful economic incentive to acquire

3    and continue to use the operating system that has the largest selection of applications and the

4    greatest amount of developer interest, that is, the operating system with the largest market share.

5    Switching costs can include far more than the cost of acquiring a new operating system.  They can

6    include, for example, the costs of acquiring or porting new applications, having new applications

7    that are unable to work with existing applications, losing the ability to share newly created

8    documents with users of the abandoned operating system, transferring data to the new applications,

9    and training employees to use the new applications.  So long as a consumer's cost of switching

10   entails more than the cost of acquiring a new operating system, there is a strong economic

11   disincentive for consumers to switch, even if competing operating systems are more efficient and

12   lower-priced.  If the cost of switching also entails the replacement or reconfiguration of devices

13   connected with the computer, such as servers, printers or storage devices, the economic

14   disincentive to switch is even greater.

15       **42.**    In order to protect its monopoly position, Microsoft has repeatedly differentiated its

16   products through the introduction of vendor dependencies designed to raise switching costs, rather

17   than through superior performance or value to consumers.  By making it more costly for

18   consumers and developers to switch away from its products, Microsoft has exploited its market

19   power in order to raise barriers to competition.

20   **C.    THE RISE OF THE INTERNET AND THE MIDDLEWARE THREAT TO**
21   **MICROSOFT'S PC OPERATING SYSTEM MONOPOLY**

22       **43.**    Although the roots of the Internet can be traced back to as early as 1969, it was not

23   until the early 1990s with the development of the World Wide Web ("the web") and graphical web

24   browsers that usage fundamentally and dramatically expanded.

25       **44.**    The goal of the Internet was to create a network over which different computers

26   based on different operating systems and communications protocols could nonetheless connect and

27   interoperate with each other.  At its inception, the Internet was a public project based on open

28   standards and protocols that were not vendor-specific.  The development of standard

13.

1 communication protocols like TCP/IP and HTTP allowed networked communications between
2 unknown, untrusted, heterogeneous computers around the world.

3     45.    As Internet connections became ubiquitous, every computer, even a home PC,
4 became a networked computer. Moreover, networks were no longer just closed, vendor-specific
5 networks within a particular enterprise. Instead, enterprises increasingly began to communicate
6 and interoperate with one another across the Internet. The ability to access the information and
7 services offered over the Internet made PCs much more valuable to consumers than when PCs
8 could be operated on only a standalone basis. The Internet promised compelling new applications
9 such as email, e-commerce, or streaming video and audio, which simply could not be offered on a
10 Windows PC that was not connected to a global network.

11     46.    This ability to interoperate between different computer platforms connected to the
12 Internet using open interfaces and standards created a significant opportunity for consumers and
13 developers. If applications could be delivered using these open interfaces and standards, or a
14 standard API layer could be built upon those interfaces and standards, consumers and developers
15 would no longer be locked into purchasing or writing applications written for a specific operating
16 system. Instead, applications could be written to a common "middleware" platform that every
17 computer connected to the Internet could run.

18     47.    The development of a "middleware" Internet platform could significantly reduce the
19 applications barrier protecting Microsoft's monopoly power in PC operating systems. Since
20 consumers could use these new applications without giving up their existing applications,
21 switching costs associated with adopting the new "middleware" platform would be significantly
22 reduced. Just as Microsoft was able to use a "middleware" version of Windows to gradually
23 transition its MS-DOS users to a new platform, competitors could use a "middleware" Internet
24 platform to transition users away from Microsoft Windows operating system, without requiring the
25 users to give up their existing applications. Once developed, this new platform also would
26 promote competition in the operating systems market because applications would be available
27 across multiple platforms and would not be dependent upon the presence of a specific operating
28 system.

14.

**48.**   By 1995, the emergence and rapid success of the Netscape Navigator web browser and Java platform suggested that the idea of alternative platforms for harnessing these applications was far more than a theoretical possibility.  Microsoft immediately perceived the threat that these new middleware platforms posed to its PC operating system monopoly, and began its campaign of illegal acts to attack these alternatives.

**49.**   Within months of its release, Navigator achieved a dominant share of the new market for web browsers, which allowed users to locate, access, display, and manipulate information and applications located on the web.  Increasingly, web browsing became one of the primary activities for PC users.

**50.**   Because Netscape had "ported" its browser across many different platforms (*e.g.*, Windows, Macintosh, Solaris) and was, in effect, a middleware platform to which many applications could be written, Microsoft's Windows monopoly was directly threatened by this nascent platform.  As Bill Gates warned his executives in 1995:

> "A new competitor 'born' on the Internet is Netscape.  Their browser is dominant, with a 70% usage share, allowing them to determine which network extensions will catch on.  They are pursuing a multi-platform strategy where they move the key API into the client to commoditize the underlying operating system."  (Exhibit A).

**51.**   Through a series of anticompetitive acts designed to restrain the emergence of the alternative platform and maintain its monopoly in PC operating systems, Microsoft effectively pushed Netscape out of the web browser market.

**D.**   **MICROSOFT'S ANTICOMPETITIVE ACTS AGAINST THE JAVA PLATFORM**

**The Features and Attributes of the Java Platform**

**52.**   In 1995, Sun created, designed, and introduced the Java platform.  The Java platform provides an elegant solution for developing applications in heterogeneous network environments because applications written for the Java platform are portable across many different, otherwise incompatible, operating systems.  As a platform that could run across a variety of devices and operating systems, the Java platform was ideal for developing applications for the Internet.  In addition, the Java platform was attractive to developers because versions of the platform could be scaled to run from small devices like telephones and smart cards to powerful server computers.

15.

53.     The Java platform is comprised of (a) the Java programming environment and (b) the Java runtime environment.

54.     The Java programming environment consists of the components a developer uses to write an application to be executed in the Java runtime environment:  (a) the Java programming language; (b) the Java compiler; and (c) the Java class libraries.  The Java programming language is a general-purpose, object-oriented programming language specified by a well-defined grammar. The Java compiler is a tool that translates programs written in the human-readable source code for the Java programming language into computer-readable bytecode instructions understood by the Java virtual machine.  The Java class libraries implement the set of standard Java APIs (commonly used functions) that are available to programmers writing applications for the Java platform.

55.     The Java runtime environment consists of the components that must be present in order to run a Java-based application:  (a) Java virtual machine and (b) Java class libraries.  The Java virtual machine interprets the Java bytecode instructions and executes the code as appropriate for the particular operating system on which that Java virtual machine resides.  The Java class libraries also must be present because these libraries include code that implements the core APIs that the Java-based applications will call when they run.

56.     The Java runtime environment creates a common, standardized layer above the operating system, to which programmers can write applications.  By writing applications to this standardized "middleware" layer that is identical across every systems platform that implements a Java runtime, a software developer can significantly minimize, if not entirely eliminate, the work necessary to ensure that the same program will run on multiple platforms.

57.     From the bottom-up, the Java platform was designed to be "object-oriented" and support "distributed computing."  "Object-oriented" programming refers to a process in which applications are assembled from different "components" or "objects," each of which is itself a separate, discrete function capable of performing a particular task.  This design feature substantially improves developer productivity because it allows applications to be assembled more quickly with fewer errors.

58.     "Distributed computing" refers to a computing model in which different components

16.

1    or objects can be executed on different computers on a network. For example, part of an email

2    program might execute on a user's PC and another part on a server computer. Distributed

3    computing enhances the efficiency of a network, and promotes the availability of data and

4    applications regardless of location or device. As the number of devices connected to the Internet

5    grows and the speed of their network connections rises, applications are increasingly distributed

6    across multiple machines on the network. These new kinds of distributed applications, called

7    "web services," are transforming the computer industry, and the Java platform has been the

8    platform of choice upon which to build such web services applications.

9         **59.**    Because the Java platform was designed to operate in a network environment, it also

10   contains important security innovations. Java-based applications run in a security "sandbox."

11   Thus, if a user encounters a web page that downloads a Java-based application (called an

12   "applet"), the security sandbox is designed to prevent execution of applications that contain

13   malicious code like viruses, or poorly written code that might access memory not allocated to its

14   process. For example, before a Java-based application is run, the downloaded bytecode is

15   "verified" to ensure it is not seeking to perform any illegal operations. In addition, a Java security

16   manager performs runtime checks on programs to ensure that illegal or dangerous calls are not

17   made, and can grant more access if the Java bytecode is from a trusted source.

18        **60.**    Because Sun appreciated that the Java platform was still evolving and might need to

19   interact with existing code that was not written in the Java programming language, Sun developed

20   an interface called the Java Native Interface (JNI), which allows Java code to interact with code

21   written in another programming language, such as C++.

22   **Licensing, Compatibility, and Control of the Java Platform**

23        **61.**    Since its release in 1995, the source code for the Java platform has been widely

24   licensed by Sun in order to encourage the rapid and widespread adoption and compatible

25   implementation of the Java platform on as many operating systems and browsers as possible. The

26   Java platform has been the most rapidly adopted programming environment in the history of the

27   software industry.

28        **62.**    To ensure that Java-based applications would run across the wide variety of

17.

1   operating systems and browsers that support the Java platform, Sun had to first develop and

2   carefully define a standardized application programming environment through specifications and

3   standard API libraries. Then it licensed the Java platform source code to systems manufacturers

4   and browser developers who were willing to implement the Java platform on their respective

5   operating system or browser. Equally important, Sun secured the firm agreement and mutual

6   commitment of each party implementing the Java platform that the party would implement the

7   Java platform following the specifications and API definitions in a consistent, compatible manner.

8       63.    Once implemented, compatibility could be maintained only if each party further

9   agreed to maintain compliance as the set of specifications and APIs changed and evolved over

10  time. To ensure compatibility, Sun published detailed specifications, created class libraries, and

11  developed compatibility test suites for its licensees implementing the Java platform on their

12  respective operating system or browser.

13      64.    Because the value of the Java platform rested so heavily on programmers being able

14  to rely on a standardized application programming environment across different platforms, it was

15  critical that all licensees maintain compliance with these specifications and APIs. If any licensee

16  broke compatibility, particularly if its implementation had significant market share, the utility and

17  value of the Java platform would be substantially diminished for all. This, in turn, would render

18  the Java platform commensurately less attractive as a platform to which developers would target

19  their applications.

20      65.    In stark contrast to Microsoft's practices relating to Windows, Sun licenses the

21  source code for the Java platform to a large number of runtime and tools vendors, as well as

22  applications developers and operating system and browser vendors. Given Sun's open licensing

23  policies, the Java platform was and is vendor-independent. For example, Sun has developed and

24  distributed an implementation of the Java runtime, but so have many other licensed vendors,

25  including IBM, Novell, Oracle, BEA Systems, Borland, and Webgain. Thus, consumers can

26  substitute any licensed vendor's runtime for those distributed by any other licensed vendor, and

27  still continue to execute their pre-existing Java-based applications with little or no switching cost.

28      66.    Because the same Java-based application can run on all Java runtimes, consumers

18.

1   are free to choose the fastest, the cheapest and/or the most versatile Java runtime available for their

2   needs, with the assurance that their existing Java applications will execute properly on whatever

3   runtime they choose.  Similarly, developers are free to choose the most productive toolset, or the

4   cheapest, with the assurance that the applications they develop using that toolset will execute

5   properly on any licensed Java runtime they may install.

6        67.   Although Sun has retained its ownership and intellectual property rights relating to

7   the Java platform, the development and approval of technology specifications, reference

8   implementations, and compatibility test suites for the Java platform are managed by an open

9   organization of Java developers and licensees known as the Java Community Process$^{SM}$ ("JCP").

10   Anyone can join and participate in the JCP.  Two Executive Committees, each consisting of 16

11   members, represent major stakeholders and the community of developers and others who have

12   adopted the Java platform (the "Java community").  These Executive Committees approve the

13   passage of specifications and reconcile discrepancies between the specifications and the

14   compatibility test suites.  Current members include, among others, representatives from Apple,

15   BEA Systems, Borland, Cisco, Compaq, Hewlett-Packard, IBM, and Oracle.  Members of the

16   Executive Committees are elected by the Java community.  Although Sun has a permanent seat on

17   the Executive Committees, Sun does not control the process.  As a result, changes to the Java

18   platform are subject to the JCP's approval, not Sun's.

19   **Microsoft Believed the Java Platform Threatened Its PC-Operating System Monopoly**

20        68.   The Java platform posed a threat to Microsoft's monopoly.  Since a Java runtime

21   could be developed for many operating systems (*e.g.*, Windows, Mac OS, Solaris, Linux),

22   applications written for the Java platform could run on *all* major operating systems, expanding the

23   potential market for the developers' applications.  Unlike existing vendor-specific platforms (*e.g.*,

24   Microsoft Windows, Apple Mac OS), the Java platform would span across those platforms,

25   aggregating all of those users into an even larger installed base that software developers could

26   economically target.

27        69.   Perhaps most threatening to Microsoft, once a competing set of Java applications

28   were developed, consumers could choose to replace the underlying operating system and still be

19.

able to utilize all of their existing Java applications, so long as the new operating system also supported the Java platform. The ability to substitute a competing operating system without incurring the high cost associated with switching applications was a major benefit for consumers, and a direct threat to Microsoft's continuing ability to maintain its monopoly.  If applications were increasingly written as Java applications, consumers could even substitute competing operating systems made for non-Intel-compatible desktop operating systems such as Sun's Solaris operating system or Apple's Macintosh operating system because applications would not be tied to a particular operating system or microprocessor.  In addition, where fast network connections exist, consumers could run Java applications from a server, and substitute "thin-client" network computers/terminals for the "fat-client" Intel-compatible PCs currently running Windows.

70.     The Java platform thus threatened to dissipate or eliminate the anticompetitive effects of the application barrier to competition in the PC operating system market, as well as the interoperability barrier in the workgroup server market, by reducing the cost of switching from one desktop or workgroup server operating system to another.  By including a compatible Java implementation with their operating system or browser, Microsoft's competitors could afford consumers and developers the ability to switch their competing operating system or browser for Microsoft's Windows operating system or Internet Explorer browser, while continuing to use the existing base of Java applications with little or no switching cost.  If enough applications were written for the Java platform, Microsoft realized that the dominance of Windows could wane as the positive feedback effect of operating system dependency was eliminated.

71.     Soon after the announcement of Sun's Java technology licensing program, senior Microsoft executives quickly perceived the Java platform as a substantial threat to its monopoly position:

- In February 1996, Microsoft Executive Vice-President Paul Maritz asserted that "Netscape/Java is using the browser to create a 'virtual operating system'" that threatens to render Windows "devalued, eventually replaceable." (Exhibit B).
- In September 1996, Microsoft Chairman and CEO Bill Gates wrote that the Java technology "scares the hell out of me" because "[i]ts [sic] still very unclear to me what our OS will offer to Java client applications code that will make them unique enough to preserve our market position." (Exhibit C).

20.

1      • In December 1996, Microsoft executive John Ludwig worried
          that Microsoft had "lost the attention of the leading edge" of the
2         software development industry because "Java is the next big
          industry-transforming idea" and that "if we don't come up with a
3         compelling business case for the industry fast, which we can
          back up with credible technology, then we are going to face 4-5
          years at least of being the (increasingly) 2nd tier platform
4         vendor." (Exhibit D).

5      **72.**     To neutralize the threat posed by the Java platform, Microsoft, at the direction of

6    Bill Gates, devised plans to "wrest control of Java away from Sun" and "turn Java into just the

7    latest, best way to write Windows applications." (Exhibit E).

8      **73.**     Microsoft's anticompetitive scheme was as follows:  (a) secure access to the Java

9    platform from Sun with contractual pledges of compatibility; (b) fragment the Java platform by

10   breaching Microsoft's contractual pledges of compatibility; (c) flood the market with Microsoft's

11   incompatible implementation of the Java runtime; (d) contractually force others to distribute and

12   use "polluted" Java applications and runtimes; (e) use exclusionary agreements and coercion to

13   foreclose Sun's alternative channels for distribution or development of compatible Java runtime

14   implementations; and (f) interfere with the development of Java-based applications for compatible

15   runtimes.

16   **Microsoft Gained Access to Java Technology from Sun by Promising Compatibility**

17     **74.**     To effectuate this anticompetitive scheme, Microsoft first needed access to the Java

18   technology, so it entered into a license agreement with Sun in March 1996.  In exchange for access

19   to the source code for the Java technology and the right to make and distribute products

20   incorporating the Java technology, Microsoft agreed, among other things, to refrain from

21   distributing products unless they passed Sun's compatibility test suites.  The compatibility tests

22   were designed to ensure that all implementations conformed to Sun's published specifications and

23   "public" APIs.

24     **75.**     But even while it appeared to be publicly embracing the Java technology, in private

25   Microsoft executives planned to "kill cross-platform Java by grow[ing] the polluted Java market."

26   (Exhibit F).

27   **Microsoft Fragmented the Java Platform**

28     **76.**     Microsoft knew that the critical next step in executing this plan was to create

                                                21.

implementations that deviated from and were incompatible with the standard Java programming environment, the very standard that Microsoft had committed to adhere to in its agreement with Sun. By fragmenting the Java platform into two, incompatible environments, Microsoft hoped to recreate its applications barrier and force developers and consumers to choose the environment that had the largest installed base: Microsoft's environment. As Microsoft's Senior Vice President Jim Allchin put it: "I would explicitly be different – *just to be different*. . . . [W]ithout something to pollute Java more to Windows (show new cool features that are only in Windows) we expose ourselves to more portable code on other platforms." (Exhibit G).

77.     To fragment the Java platform, Microsoft breached its contractual obligations to Sun by developing a Java runtime with strategic incompatibilities that differed from all other licensed Java runtime implementations in ways that rendered the applications developed for its implementation tied to and dependent on Microsoft's incompatible implementation. For example, Microsoft refused to support JNI – the standard interface for allowing Java code to interact with native code written in a different language. Instead, Microsoft forced developers to use its incompatible alternative called RNI by supporting only that interface in Microsoft's version of the Java runtime.

78.     Taking advantage of its monopoly position, Microsoft bundled its incompatible implementation of the Java runtime into a plethora of products, including its Windows operating system and Internet Explorer browser, ensuring that its incompatible runtime would achieve a larger market share than all other Java runtime implementations. According to the head of Microsoft's Java development team, "Distribution (w/Windows)" was a key point of leverage for Microsoft because it wanted to "[d]rive MS Java VM and classlibs (w/Win32 extensions!) to a broad installed base" and "encourage fragmentation of the Java [class library] space" in order to ensure that "write once, run everywhere does not happen." (Exhibit H).

79.     Microsoft further fragmented the Java programming environment by introducing incompatible extensions to the Java programming language in its development tools for the Java platform, such as Visual J++, that caused Microsoft's corrupted versions of the Java compilers to produce output that would run properly only on Microsoft's Java runtime, and not on any others,

22.

including those of Sun or its other licensees.  These changes not only were strategically designed to break compatibility, but were also designed to favor the Microsoft-specific distributed object model – COM+/DCOM – over the Java standard – RMI.  Microsoft's corrupted Java tools deceptively generated incompatible code that worked with this Microsoft-specific object model. Moreover, Microsoft refused to ship the code that implemented RMI with its development tools, and instead required developers to try to search out and separately download RMI from Microsoft's website in order to discourage its use.  Microsoft's incompatible extensions also were developed to encourage software developers to directly "call" the Windows platform (*i.e.*, Win32 APIs) rather than Java APIs, ensuring that applications written using Microsoft's polluted extensions would run on only Microsoft's platforms.

80.     According to the head of Microsoft's Tools Division, Paul Gross, the "true goal" of Microsoft's language extensions was "controlling the future of Java." (Exhibit I).  Or as a colleague of Mr. Gross put it more bluntly, "Screw Sun, cross-platform will never work.  Let's move on and steal the Java language." (Exhibit J).

81.     Part of Microsoft's strategy was to conceal from developers and consumers the Windows-dependencies built into Microsoft's implementations of the Java platform, in the hopes that would-be cross-platform developers would unwittingly become dependent on Windows.  As Microsoft executive Thomas Reardon wrote in November 1996,

> "at this point its not good to create MORE noise around our win32 Java classes, instead we should just quietly grow j++ share and assume that people will take more advantage of our classes without ever realizing they are building win32-only Java classes." (Exhibit K).

Similarly, Microsoft Vice President John Ludwig believed that concealment of Microsoft's plans would give Microsoft a competitive advantage over Sun and its other licensees:

> "subversion has always been our best tactic . . . subversion is almost invariably a better tactic than a frontal assault . . . it leaves the competition confused, they don't know what to shoot at anymore." (Exhibit L).

**Microsoft Flooded the Market with Incompatible Implementations of the Java Runtimes**

82.     After developing its incompatible implementation, Microsoft used its massive

23.

1   distribution channels to flood the marketplace with its corrupted implementation. Because

2   Microsoft incorporated its version of the Java runtime into both Internet Explorer 4.0 browser and

3   Windows 98 operating system, every new PC containing Windows 98 and every PC that

4   downloaded Microsoft's then-latest browser contained Microsoft's incompatible implementation

5   of the Java runtime. In addition, Microsoft bundled the incompatible runtime with its software

6   development tools and countless other software products, including Microsoft Office, and

7   Microsoft Money.

8   **Microsoft Forced Others to Distribute or Use Its Incompatible Products**

9       **83.** Microsoft not only exploited its Windows monopoly to flood the market with

10  incompatible implementations, it also exploited its monopoly power to extract exclusive dealing

11  contracts with independent software vendors (ISVs) that required ISVs like Aimtech Corp.,

12  Seagate Software, and Tower Technologies to use or distribute Microsoft's incompatible products,

13  exclusively, preferentially, or by default.

14      **84.** Microsoft also entered into agreements with other companies, including Hewlett-

15  Packard and Transvirtual Technologies, in order to induce those companies to develop "clones" of

16  the Java technology that support Microsoft's incompatible language extensions.

17  **Microsoft Foreclosed Sun's Alternative Channels for Distribution of the Java Runtime**

18      **85.** In May 1995, Netscape, a licensee of Sun's Java technology, agreed to include an

19  implementation of the Java runtime with every copy of Navigator, Netscape's web browser.

20  Navigator quickly became the principal vehicle by which Java runtimes were distributed to

21  Windows users. Given Netscape's significant market share at that time, it appeared that the Java

22  runtime would achieve ubiquitous distribution on Windows systems as a result.

23      **86.** Microsoft executives viewed Netscape's distribution of a Java runtime as

24  significantly increasing the threat that Netscape's combined browser/Java runtime would diminish

25  Microsoft's application barrier and cause Microsoft to lose its monopoly power.

26      **87.** Microsoft's anticompetitive actions directed against Netscape's Navigator browser

27  thus were, in significant part, undertaken to close a primary distribution channel for Java runtimes

28  for Windows, which otherwise would not have been controlled by Microsoft. Among others, those

anticompetitive acts included:

- In its Windows license agreements with Original Equipment Manufacturers (OEMs), Microsoft imposed a series of restrictions that unlawfully thwarted the distribution of rival browsers like Navigator in favor of Microsoft's Internet Explorer;

- Microsoft unlawfully excluded Internet Explorer from the Windows Add/Remove Programs utility and commingled browser and Windows operating system code;

- Microsoft entered into exclusionary contracts with Internet Access Providers (IAPs) that severely restricted Netscape's access to a key, efficient distribution channel for browsers;

- Microsoft entered into "First Wave" agreements with ISVs that conditioned early access to critical information for Windows on the ISV's use and distribution of Internet Explorer;

- Microsoft used threats and intimidation to force Apple to bundle Internet Explorer with its Macintosh operating system as the default browser.

88. As a direct result of these actions, Netscape's share of the browser market rapidly plummeted, dramatically decreasing Sun's ability to promote the distribution of Java runtimes on Windows systems. Furthermore, Microsoft's actions significantly contributed to Netscape's decision in 1998 to cease developing its own implementations of the Java runtime.

**Microsoft Unreasonably Restrained Trade By Intentionally Interfering with the Development of Java-Based Applications for Compatible Runtimes**

89. Microsoft engaged in efforts to pressure Intel Corporation, another licensee of the Java technology, from developing a high-performance Windows-compatible implementation of the Java virtual machine, effecting a boycott against the production of compatible Java virtual machine implementations by two of the PC industry's largest players. Microsoft also pressured Intel not to develop multimedia support for the Java platform to further restrain the Java platform's ability to compete with the Windows platform.

90. Similarly, Microsoft entered into an agreement in July 1997 with RealNetworks, a developer of popular software for the creation and playback of streaming multimedia content, conditioning Microsoft's distribution of the RealNetworks' media player on RealNetworks'

agreement to exert its best efforts to ensure that its player primarily uses Windows-specific technology, rather than analogous interfaces that Sun or Netscape might develop.

91.     In 1997, Apple Computer was in steep decline, and many doubted whether the company would survive.  One of the leading applications for Apple's Mac operating system was Microsoft's Mac Office, a suite of business productivity applications.  As of 1997, approximately 90% of Mac operating system users running an office productivity suite used Microsoft's Mac Office.  Recognizing the critical importance to Apple of its continued support of Mac Office, Microsoft threatened to cancel its Mac Office product in order to coerce Apple into supporting Microsoft's Internet Explorer browser and polluted Java runtime implementation.

92.     Within a month of that threat, Apple and Microsoft entered into an agreement that conditioned Microsoft's support for Mac Office on Apple's agreement to bundle Microsoft's Internet Explorer with the Mac operating system, and to make Internet Explorer the default browser.  In addition, Apple was precluded from positioning icons for Netscape's Navigator on the desktop for new Macintosh systems or Mac operating system upgrades.  Furthermore, the agreement prohibited Apple from encouraging users to substitute another browser, and required Apple to encourage its employees to use Internet Explorer.  Finally, the agreement required Microsoft and Apple to collaborate on the development of Java runtime implementations for the Mac operating system, and required Apple to adopt Microsoft's non-conforming J/Direct interfaces for calling native functionality from its Java runtime.

93.     By these agreements with key systems vendors, Microsoft intended to restrain the development, distribution, and trade of an alternative applications platform – the Java platform – that competed with Microsoft's Windows platform.  The effect of Microsoft's campaign was to restrain trade, without any procompetitive justification.

**Anticompetitive Acts To Interfere with Development and Distribution of Java Platform in Other Markets**

94.     Not only has Microsoft attempted to prevent the development and distribution of the Java platform on PCs, it also has taken steps to interfere with the development and distribution of the Java platform in adjacent markets.  Since the Internet is increasing connectivity between

1   formerly independent devices, Microsoft appreciated that the success of the Java platform in these

2   adjacent markets indirectly threatened its PC operating system monopoly as well.

3       **95.**    For example, Sun has licensed the Java platform for use in television settop boxes

4   for the cable industry.  On information and belief, Sun alleges that Microsoft has used a

5   combination of threats and "investments" to ensure that certain cable companies and settop box

6   manufacturers do not distribute the Java platform.  In addition, on information and belief, Sun

7   alleges that Microsoft threatened to delay shipment of Windows to certain settop box

8   manufacturers who also manufactured PCs if they agreed to distribute the Java platform in their

9   settop boxes.

10   **Sun v. Microsoft I and Settlement Agreement**

11       **96.**    On October 7, 1997, in order to preserve the integrity of its Java platform, Sun was

12   forced to sue Microsoft in the United States District Court of the Northern District of California.

13   *See Sun Microsystems, Inc. v. Microsoft Corp.*, No. C 97-20884 RMW (PVT).  During the course

14   of that action, Sun asserted claims against Microsoft for breach of contract, copyright

15   infringement, trademark infringement, and unfair competition.

16       **97.**    Over the course of that litigation, the Court granted a series of preliminary

17   injunctions against Microsoft enjoining Microsoft from (1) using Sun's Java Compatible™ logo,

18   (2) distributing incompatible Microsoft products implementing the Java technology such as

19   Internet Explorer and Windows 98 that failed to pass Sun's compatibility tests, and (3) falsely

20   advertising that its products complied with the specifications for the Java technology, or that Sun

21   endorsed its products.  *See Sun Microsystems, Inc. v. Microsoft Corp.*, 999 F. Supp. 1301 (N.D.

22   Cal. 1998); *Sun Microsystems, Inc. v. Microsoft Corp.*, 21 F. Supp. 2d 1109 (N.D. Cal. 1998),

23   *vacated and remanded*, 188 F.3d 1115 (9th Cir. 1999); *Sun Microsystems, Inc. v. Microsoft Corp.*,

24   87 F. Supp. 2d 992 (N.D. Cal. 2000); *Sun Microsystems, Inc. v. Microsoft Corp.*, 81 F. Supp. 2d

25   1026 (N.D. Cal. 2000) (collectively "*Sun v. Microsoft I*").  As a result, Microsoft eventually

26   modified its products to fix certain incompatibilities in order to comply with the injunctions.

27       **98.**    On January 23, 2001, Sun and Microsoft entered into a Settlement Agreement and

28   Mutual Limited Release ("Settlement Agreement") with respect to *Sun Microsystems, Inc. v.*

1  *Microsoft Corp.*, No. C 97-20884 RMW (PVT).  A true and correct copy of the Settlement

2  Agreement (without attachments) is attached hereto as Exhibit M.

3      **99.**  As part of the Settlement Agreement, Microsoft, among other things, agreed to pay

4  Sun $20 million.  The parties also granted each other limited mutual releases for "such claims and

5  counterclaims as each party has against the other based upon the acts or omissions of either party

6  prior to the date of this Agreement that were the subject of this Action." (*See* Settlement

7  Agreement, ¶ 17(a)).  However, the Settlement Agreement specifically provided that Sun did not

8  release any of its "claims arising under antitrust laws it may have against Microsoft." (*See id.*, ¶

9  17(b)).

10      **100.**  As part of the Settlement Agreement, Sun terminated Microsoft's prior licenses to

11  the Java technology, and granted Microsoft a new limited license.  Under Section 6(a) of the

12  Settlement Agreement, Sun granted Microsoft a license "to continue to distribute without

13  modification in currently shipping commercial products, all as listed on Exhibit D attached, the

14  JDK 1.1.4-level binary implementations identified in Exhibit E attached, but only insofar as such

15  binary implementations do not alter or add in any way to the functionality and features of the JDK

16  1.1.4-level binary implementation that was present in the Windows 2000 First Commercial

17  Release."

18      **101.**  In addition, under Section 6(c) of the Settlement Agreement, Sun granted Microsoft

19  "a limited license . . . to incorporate the JDK 1.1.4-level binary implementations licensed under

20  paragraphs 6(a) or 6(b) above in successor versions of the products identified in Exhibit D . . ., but

21  only insofar as such modified implementations and products satisfy the limitations set forth in

22  paragraph 7 below."  Under Section 6(d), "[s]ubject to and conditioned on Microsoft's compliance

23  with all of the provisions of paragraph 7(c)," Sun also granted Microsoft "a limited license under

24  Sun's Intellectual Property Rights . . . to distribute the products identified in paragraph 6(c) above,

25  but only insofar as such products satisfy the limitations set forth in paragraph 7 below."

26      **102.**  Section 7 of the Settlement Agreement specifies that "[t]he basic intent of the

27  licenses granted . . . is to permit Microsoft to continue to distribute its current products 'as is.'"

28  Section 7(a)(v) provides that the limited license granted by Sun expressly excludes any right by

28.

1   Microsoft to develop or distribute a product that "[a]lters the manner in which any binary

2   implementation licensed under paragraph 6 is integrated with any other technology relative to the

3   manner in which the pre-existing Windows 2000 FCR 1.1.4 binary implementation (as modified in

4   accordance with the Delta List attached as Exhibit F) is integrated with any other technology."

5   **Microsoft's Decision to Exclude the Microsoft Virtual Machine for Java from Windows**

6       **103.**   Prior to signing the Settlement Agreement, Microsoft had incorporated its

7   implementation of the Java runtime – the "Microsoft Virtual Machine for Java" – into prior

8   versions of its Windows operating system products (*e.g.*, Windows 2000, Windows Me, Windows

9   98) and Internet Explorer browser.

10      **104.**   In October 2001, Microsoft began commercially distributing its Windows XP

11  operating system.  Unlike prior versions of the Windows operating system, the Windows XP does

12  not include the Microsoft Virtual Machine for Java.  Instead, unless PC manufacturers separately

13  install a Java virtual machine, the first time that a consumer running Windows XP encounters a

14  web page requiring a Java virtual machine, Windows XP generates a notice that in order to display

15  the web page correctly, the user must download and install the Microsoft Virtual Machine for Java.

16  If the consumer then selects "Download," the user is automatically directed to a Microsoft web site

17  from which the Microsoft Virtual Machine for Java is downloaded and installed.

18      **105.**   As a result, any consumer who purchased a PC with Windows XP could not access

19  Java applets contained on millions of web pages without first engaging in a time-consuming

20  download of the Microsoft Virtual Machine for Java.  In addition, after forcing consumers who

21  desire the Java platform to engage in a time-consuming download, Microsoft has ensured that

22  consumers will receive Microsoft's four-year-old implementation of the Java platform, instead of a

23  current, compatible implementation of the Java platform.

24  **Microsoft's Unlicensed Distribution of Sun's Copyrighted Work**

25      **106.**   Microsoft developed the Microsoft Virtual Machine for Java using copyrighted

26  source code from Sun's Java Development Kit ("JDK") software program, which Sun had

27  provided to Microsoft pursuant to the terms of its original license agreement with Microsoft.  As

28  previously shown in *Sun v. Microsoft I*, the source code for the Microsoft Virtual Machine for Java

29.

1   contains tens of thousands of lines of source code directly copied from the source code of Sun's

2   JDK, as well as tens of thousands of lines of code derived from Sun's copyrighted code.

3       **107.** Because Microsoft is neither distributing the Microsoft Virtual Machine for Java in a

4   commercial product identified in Exhibit D of the Settlement Agreement, nor distributing it in a

5   successor version of such products, Microsoft's distribution is outside the scope of the limited

6   license granted the Settlement Agreement.

7       **E.**    **MICROSOFT'S ANTICOMPETITIVE ACTS AGAINST SOLARIS ON INTEL**

8       **108.** Sun has directly competed with Microsoft in the Intel-compatible PC operating

9   system market (as well as workgroup server operating system market) with a version of its Solaris

10   operating system that can run on Intel-compatible microprocessors.

11       **109.** On information and belief, Sun alleges that Microsoft engaged in anticompetitive

12   acts designed to threaten, discourage, or prevent computer OEMs from distributing the Intel-

13   edition of the Solaris operating system.

14   **VI.**   **MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO THE**

15        **BROWSER MARKET**

16       **A.**    **WEB BROWSER MARKET**

17       **110.** The product market for web browsers consists of software applications that allow

18   users to view, navigate between, interact with, operate, and execute virtually all web content

19   located on separate servers. A web browser also provides a platform for application development.

20   The geographic market is worldwide.

21       **111.** Through its illegal conduct, Microsoft has achieved a monopoly in this market for its

22   web browser products, Internet Explorer and MSN Explorer. Based on usage studies, Microsoft's

23   Internet Explorer has approximately 90% share of the browser market.

24       **112.** Products that compete with Internet Explorer include Netscape Navigator browser,

25   Opera Software's Opera browser, NeoPlanet browser, and Sun's HotJava browser and a variety of

26   products based on the Mozilla.org technology.

27       **113.** There currently are no effective substitutes to web browsers, and substantial barriers

28   to entry exist in the web browser market. In particular, Microsoft's practice of bundling Internet

1   Explorer with its Windows PC operating systems creates a substantial barrier to entry, as does its

2   practice of offering Internet Explorer separately for free.  In addition, a positive network effect

3   exists in the web browser market.  Browser application, plug-in and content developers prefer to

4   develop applications and content for the dominant web browser with the largest consumer user

5   base.  This in turn leads consumers to prefer the dominant web browser, which has the largest

6   number of applications and specialized content.

7           **B.     MICROSOFT'S ANTICOMPETITIVE CONDUCT AND DAMAGE TO
               CONSUMERS AND COMPETITION IN THE WEB BROWSER MARKET**
8

9           **114.**   As discussed above, and as found and affirmed in *United States v. Microsoft*,

10  Microsoft engaged in a series of anticompetitive acts directed against Netscape's Navigator

11  browser in order to maintain its PC operating system monopoly.  Microsoft's acts not only

12  protected its existing monopoly, but also allowed Microsoft to secure a new monopoly over the

13  web browser market as well.

14          **115.**   By effectively pushing Netscape out of the market and seizing control of the browser

15  market, Microsoft has secured a strategic chokepoint for access to information and services on the

16  Internet.  As a result, Microsoft now has the power to:  (a) render Microsoft-specific the APIs for

17  accessing Internet services; and (b) control whether those APIs will be available on competing

18  platforms.  Instead of a system built on open standards allowing heterogeneous computers around

19  the world running on different operating systems to fully interoperate, Microsoft has both the

20  incentive and the power to force the adoption of new interfaces and protocols that will favor its

21  Windows platform and degrade the ability of competing platforms to access the full functionality

22  of the Internet.

23  **VII.   MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO
            WORKGROUP SERVER OPERATING SYSTEM MARKET**
24

25          **A.     THE WORKGROUP SERVER OPERATING SYSTEM MARKET**

26          **116.**   Workgroup servers are a particular class of servers that typically connect to and

27  interoperate with PCs in order to perform a variety of functions.  The principle functions for which

28  modern businesses purchase workgroup servers to perform are:  security (*e.g.*, authentication and

1   authorization of users when they connect their PCs to the network); file services (*e.g.*, accessing or

2   managing files or disk storage space on the network); printing services (*e.g.*, sending print jobs to a

3   printer managed by the server); distributed applications support; client administration; and

4   communications (*e.g.*, hosting and processing email, enabling users to access the Internet, hosting

5   a workgroup's website). The operating system software for workgroup servers is a central and

6   critical element in the provision of such functionality. The workgroup server hardware and

7   operating system are typically bundled and sold together.

8       **117.**  The workgroup server operating system market is worldwide, and there currently are

9   no effective substitutes to workgroup server operating systems. Sun and Microsoft directly

10   compete in the workgroup server operating system market. Microsoft's products in this market

11   include Windows NT Server 4.0 and Windows 2000 Server. Sun's products in this market include

12   its Solaris operating system for Sun's workgroup servers (*e.g.*, Sun Fire™ servers).

13       **118.**  The workgroup server operating system market is distinct from the PC operating

14   system market. Because a workgroup server operating system always works in a "client-server"

15   network that combines PCs and servers into a single network, while a PC operating system may be

16   used as a standalone product, these operating systems serve different needs. Additionally, because

17   a workgroup server operating system must serve a network of interconnected client PCs, it must be

18   more powerful and reliable than a PC operating system. Commercially, PC operating systems and

19   workgroup server operating systems are marketed and sold separately. Workgroup server

20   operating systems also are significantly more expensive than PC operating systems. Accordingly,

21   PC operating systems are not effective substitutes for workgroup server operating systems.

22       **119.**  The workgroup server operating system market also is distinct from the midrange

23   and high-end ("enterprise server") operating system markets. The computer hardware on which

24   workgroup server operating systems run belongs to a different market than the hardware on which

25   midrange and enterprise server operating systems run. Workgroup servers generally do not

26   perform "business critical" processes such as transaction processing or large-scale database

27   management, which instead are performed by more powerful and expensive enterprise servers.

28   Workgroup servers typically have one or two microprocessors and modest memory (up to around

32.

four Gigabytes), and usually cost $5,000-25,000 and generally do not exceed $50,000.  By contrast, midrange servers typically have from four to 24 microprocessors, significantly more memory (up to around 24 Gigabytes), and usually cost from $100,000 to $1,000,000.  Enterprise servers typically have at least 24 microprocessors (32 and 64 microprocessors are not uncommon) and significantly more memory (up to several hundred Gigabytes), and can cost up to several million dollars each.  Workgroup server operating systems also are marketed and licensed differently from midrange and enterprise server operating systems.  Consequently, the operating systems for midrange and enterprise servers are not substitutes for operating systems for workgroup servers, and there is a distinct demand for workgroup server operating systems that is not met by the demand for midrange and enterprise server operating systems.

120.   Microsoft's share of the workgroup server operating system market has grown rapidly.  In 1996, Microsoft's unit share for sales of servers under $25,000 was only 24%.  By 2001, its share was 61%.  Because the above data probably includes some sales for specialized servers that do not function as workgroup servers or enterprise servers, Microsoft's market share is most likely understated.  Moreover, given that Microsoft's anticompetitive conduct with respect to this market has only increased with its recent Windows 2000 server products and planned Windows .NET server products, Microsoft's share of the workgroup server operating system market is very likely to continue to significantly increase in the immediate future.

**B.    WORKGROUP SERVER THREAT TO MICROSOFT'S PC OPERATING SYSTEM MONOPOLY**

121.   Up until the early to mid 1990s, Microsoft did not offer commercially significant workgroup server operating system products.  Instead, companies like Novell, IBM, and Sun were leading providers of workgroup server operating systems.

122.   Microsoft, however, came to realize that with the rising importance of networked, distributed computing both within enterprises and across the Internet, workgroup servers were rapidly becoming a powerful and valuable platform for applications.  If developers increasingly wrote applications that ran in whole or in substantial part on workgroup servers instead of PCs and those applications were not tied to APIs controlled by Microsoft, the application barrier to entry

33.

1 protecting Microsoft's PC operating system monopoly would gradually erode and its monopoly

2 power would dissipate. Microsoft understood that if commercially valuable applications primarily

3 ran on workgroup servers instead of PCs, consumers would be free to switch away from

4 Microsoft's monopoly PC operating system to alternatives like non-Intel-compatible desktop

5 computers (e.g., Apple's Mac computers), non-Intel compatible-workstations (e.g., Sun's Sparc

6 workstations), or "thin-client" network computers (e.g., Sun's Sun Ray™ Appliance).

7     **123.** Just as Microsoft set out to attack alternative application platforms like the browser

8 and Java platforms, Microsoft set out to attack and control the workgroup server operating system

9 market in order to prevent competitors from using workgroup servers as a platform that could

10 attract users away from Microsoft's monopoly product, Windows. In addition, Microsoft viewed

11 the adjacent workgroup server operating system market as a lucrative market in which to expand

12 its monopoly power. By controlling this adjacent market, Microsoft would increase its ability to

13 extract monopoly rents from consumers and secure a strategic position within enterprises from

14 which it could further expand its monopoly power.

15 **C.    MICROSOFT'S STRATEGY FOR MONOPOLIZING THE WORKGROUP SERVER**

16       **OPERATING SYSTEM MARKET**

17     **124.** Microsoft implemented a three-prong strategy for driving the adoption of Microsoft

18 products in the workgroup server market. First, Microsoft replicated the applications barrier that it

19 enjoys on the PC by reproducing all of the Windows APIs on its workgroup server operating

20 system as well. Not only did Microsoft create a common set of APIs for its PC and workgroup

21 server operating systems to leverage its installed base of Windows applications, it used its logo and

22 certification programs for its PC operating system to coerce developers to write applications that

23 also would run on its workgroup server operating system.

24     **125.** Second, Microsoft intentionally acted to lock out rivals like Sun from the workgroup

25 server operating system market by foreclosing the limited interoperability that previously existed

26 in the marketplace between Microsoft's PC operating system and non-Microsoft workgroup server

27 operating systems.

28     **126.** Third, Microsoft bundled critical networking functions and features into its PC

34.

1  operating system products, but then designed those functions and features so that customers cannot

2  fully use that functionality unless they also purchase Microsoft's workgroup server operating

3  systems.  As a result, consumers cannot substitute a non-Windows server operating system if they

4  wish to use all of this functionality that they paid for as part of the purchase price of the PC

5  operating system.  In short, Microsoft has designed and tied its PC operating system monopoly

6  products to require the use of Microsoft workgroup server operating systems in order to access and

7  utilize the full functionality contained in the PC operating system.

8          **127.**   By closing off to non-Microsoft workgroup servers the functions and features of the

9  PC operating system that are necessary and central to interoperation with workgroup servers, while

10  making those same functions and features fully accessible only to Microsoft workgroup servers,

11  Microsoft achieves the following:  (1) it impairs or reduces the value of competitive workgroup

12  server offerings by comparison with the functionality that only Microsoft workgroup server

13  products can access; (2) it exploits the widespread use of and resulting need for its monopoly PC

14  operating system by forcing consumers to purchase ancillary products as well; and (3) it increases

15  the switching costs for consumers by increasing the products that must be replaced from the PC

16  operating system alone to the PC operating system and every Microsoft device or product to which

17  it is connected.  Not only can Microsoft force consumers of adjacent workgroup server products to

18  adopt Microsoft's version by adding Windows PC operating system dependencies, Microsoft also

19  can force consumers to increase the rate at which they consume such adjacent products, by adding

20  new PC operating system dependencies to such adjacent products (forcing their consumption), or

21  by breaking backward compatibility with existing products (forcing their replacement).

22  Consequently, Microsoft is able to extract a portion of the monopoly rent available from its PC

23  operating system monopoly in the form of the forced consumption of adjacent workgroup server

24  products.

25          **D.     MICROSOFT'S EFFORTS TO REPLICATE ITS APPLICATION BARRIER IN THE**
26                  **WORKGROUP SERVER OPERATING SYSTEM MARKET**

27          **128.**   To secure power in the workgroup server operating system market, Microsoft has

28  built into its monopoly PC operating system barriers to connection and interoperation.  Microsoft

35.

1    created one such barrier by replicating in the workgroup server operating system market the

2    applications barrier to entry protecting its PC operating system monopoly.

3    **129.** One act undertaken by Microsoft to achieve that goal was to create a common set of

4    APIs for both its PC operating systems and workgroup server operating systems. Earlier versions

5    of Microsoft's PC operating system (Windows 3.0 and 3.1) were designed for 16-bit

6    microprocessors.[8] When Microsoft initially launched its first workgroup server operating system

7    (Windows NT), it developed the APIs for 32-bit microprocessors. This set of APIs, known as the

8    "Win32 APIs," were then included within subsequent versions of the PC operating system such as

9    Windows 95, Windows 98, etc. With each successive release, Microsoft has migrated the code

10   base for its PC operating system and workgroup operating system towards each other to

11   standardize the APIs offered with each. By ensuring that its workgroup server operating system

12   used the same proprietary APIs as its monopoly PC operating system, Microsoft ensured that only

13   its workgroup server operating system could run the thousands of applications already written for

14   Windows.

15   **130.** By creating a common set of APIs between the PC and the workgroup server

16   operating systems, Microsoft also sought to exploit the nexus between PC and server in the

17   increasingly important realm of distributed computing. As discussed previously, applications are

18   increasingly written as distributed applications in which some components of an application might

19   execute on a PC and other components might execute on a server. To ensure that these

20   components work well together, distributed applications are customarily written as a unified whole

21   using a single set of tools. Because substantial components of such distributed applications must

22   be installed and run on the Windows operating system due to Microsoft's illegal maintenance of its

23   monopoly position on the PC, these distributed client-server applications tend to be written to the

24   Microsoft-specific Win32 APIs and related Microsoft-specific object model called Component

25   Object Model (COM). Thus, by monopolizing the PC node of the network, Microsoft can force

26   ────────────────

27   [8] A "16-bit microprocessor" can process data and memory addresses represented by a 16-bit number. A "bit" is a binary digit that can hold only one of two values: "0" or "1."

28   Microprocessors with higher bit numbers (32-bit, 64-bit, etc.) have increased capability for handling larger programs and executing them more quickly.

36.

1   consumers and developers to use Microsoft APIs and object models when developing distributed

2   applications that will run on both the PC and workgroup server.  Moreover, because Microsoft and

3   Microsoft alone, controls the Win32 APIs and COM, no other vendor could offer the Win32 APIs

4   and COM on their workgroup server operating systems, absent Microsoft's consent.

5       131.   Another act undertaken by Microsoft to replicate its applications barrier to entry was

6   to use the logo and certification requirements for its PC operating system products to coerce

7   developers to write applications that would also run on Windows NT – Microsoft's workgroup

8   server operating system.

9       E.   **MICROSOFT'S EFFORTS TO LOCK-OUT COMPETITION BY FORECLOSING INTEROPERABILITY EFFORTS AND ENGAGING IN DISCRIMINATORY**

10           **LICENSING PRACTICES**

11      132.   Microsoft has strong incentives to create interoperability problems for its

12  competitors, and can do so due to its dominant position in the PC operating system market.

13  Limited interoperability lowers the quality of the service that can be provided by competing

14  workgroup server operating systems.  Creating such interoperability problems allows Microsoft to

15  exploit its monopoly power in the PC operating system market in order to shift demand to its own

16  workgroup server operating system, thereby improperly increasing Microsoft's market power in

17  the adjacent market of workgroup server operating systems.

18      133.   Creating such interoperability problems also assists Microsoft's efforts to maintain

19  its monopoly in the PC operating system market.  In the increasingly important realm of

20  distributed computing (in which single applications are executed partially on the client and

21  partially on the server), the nexus between PC and server creates a "positive feedback effect" for

22  the company with the dominant PC operating system market share – here Microsoft with

23  Windows.  By creating interoperability problems between Windows and the workgroup server

24  operating systems of its competitors, Microsoft can not only gain market power for its workgroup

25  server operating systems, but also leverage that market power to further entrench its Windows

26  monopoly.  The further entrenched Windows PC monopoly creates an even larger market share for

27  ─────────────────────

28  [9] As used herein, "COM" also encompasses other COM-based Microsoft technologies such as COM+, DCOM, and ActiveX.

1   Microsoft's workgroup server operating systems, which in turn even further entrenches the

2   Windows PC monopoly.

3       134.   A key chokepoint that Microsoft controls and has used to achieve those goals is its

4   ability to define and control the interfaces and protocols between the Windows client and the

5   workgroup server operating system.

6       135.   The cost of such a strategy to Microsoft is low.  Refusing to disclose technical

7   information necessary for workgroup server interoperation with the PC is essentially costless.

8   Similarly, degrading existing competitors' interoperability by making slight changes to the PC

9   operating system and then not disclosing that information also can be achieved at a low cost.

10      136.   This anticompetitive strategy can succeed only because of Microsoft's dominance in

11  the markets for client PC operating systems.  If Microsoft did not have an effective monopoly in

12  the market for PC operating systems, sellers of PC operating systems would compete in both price

13  and degree of interoperability with the whole market of workgroup server operating systems.  For

14  example, if Microsoft refused to support interfaces and protocols supported by the majority of

15  workgroup server operating systems, it would likely lose market share to PC operating systems

16  that supported such interfaces.  Similarly, if it tried to enhance demand for its workgroup server

17  operating systems by withholding functionality in its PC operating system to users of non-

18  Microsoft workgroup server operating systems, it could lose market share for its PC operating

19  system to competitors who offered a wider range of functionality without such limits.  Thus, the

20  inability of users to substitute away from Microsoft's dominant PC operating system and office

21  productivity applications makes it possible for Microsoft to successfully degrade the relative

22  quality of competitors' products in the workgroup server operating system market.

23      137.   Microsoft has intentionally created barriers to interoperation between PCs and non-

24  Microsoft workgroup servers with a purpose of locking out competitors like Sun.  Microsoft has

25  intentionally developed and adopted Microsoft-specific interfaces designed to exclude competitors

26  from providing competing workgroup server operating systems that interoperate with Windows

27  PCs to the same extent as Microsoft's workgroup server operating system.  Microsoft also has

28  intentionally refused to provide competing firms in the market for workgroup server operating

1  systems with the information or licenses required to allow them to interoperate with Windows PC

2  computers as effectively as Windows workgroup servers.

3    **138.** Not only has Microsoft intentionally refused to make disclosures necessary for

4  interoperability with its monopoly PC operating system products, it has intentionally taken steps to

5  foreclose even the limited degree of interoperability it previously allowed in the past.

6    **139.** Under a license from Microsoft granting it access to technical information

7  concerning the then-current versions of Windows, AT&T developed a product called Advanced

8  Server for UNIX ("AS/U"), which was a software layer that, when placed upon a UNIX server

9  operating system, enabled some limited interoperation between Windows PCs and UNIX servers

10 for particular network services such as file, print and the then-existing security system. Sun

11 licensed the source code for AS/U from AT&T in order to develop its own version of AS/U for its

12 Solaris operating system. Sun termed this product PC NetLink.

13   **140.** While AS/U PC Netlink allowed some interoperability between Windows PCs and

14 Sun servers, there were major limitations to interoperation. Examples of interoperation not

15 supported by AS/U and PC Netlink included running Windows applications, running

16 COM/DCOM applications, supporting MTS transactions or MSMQ queuing, or supporting certain

17 advanced file services.

18   **141.** But even that high a level of impairment in interoperability was not high enough to

19 satisfy Microsoft. To ensure that competitors like AT&T and Sun could not have access to more

20 recent versions of its workgroup server operating system products, Microsoft refused to give

21 AT&T continued access to technical information for newer versions of Windows in order to

22 support its AS/U product. As a result, neither AS/U nor PC Netlink could be updated for later

23 versions of Windows NT 4.0 or for Windows 2000 Server. Both products therefore are effectively

24 obsolete, particularly since Microsoft's latest workgroup server product (Windows 2000 Server)

25 contains additional features and functionality with which AS/U and PC Netlink cannot

26 interoperate. Following a dispute between Microsoft and AT&T regarding the terms of their

27 agreement, Microsoft announced that it paid AT&T an undisclosed amount to allow Microsoft to

28 avoid its disclosure obligations.

142.   In addition, while refusing to license at any price the technology necessary in order for Sun's servers to interoperate with Microsoft's PC operating system, Microsoft has agreed to license key portions of that technology on a discriminatory basis to other UNIX vendors who compete with Sun.

143.   Microsoft has licensed its COM technology to UNIX vendors like Digital Equipment Corp. (now Compaq, Inc.) and Silicon Graphics, Inc., but refuses to license Sun on the same terms. Such discriminatory licensing practices are intentionally designed to reward companies that Microsoft views as "friends" and punish those it views as "enemies." Because Sun is a vigorous, direct competitor of Microsoft, Microsoft seeks to disadvantage Sun in the marketplace through these discriminatory licensing practices.

144.   Furthermore, Microsoft engaged in a series of deceptive and anticompetitive acts relating to its Windows Interface Source Environment (WISE) program, which granted certain licensees access to the source code for Windows NT in order to develop products that would allow Microsoft applications to run on competing UNIX operating systems. Microsoft's deceptive and anticompetitive conduct with respect to participants in that program such as Bristol Technology, Inc. and Mainsoft Corporation further demonstrates Microsoft's efforts to hinder or foreclose opportunities for competitors from offering interoperability solutions with Microsoft's PC and workgroup server operating systems.

F.     **MICROSOFT ENSURES THAT ONLY ITS WORKGROUP SERVER OPERATING SYSTEM CAN FULLY INTEROPERATE WITH CRITICAL FEATURES AND FUNCTIONALITY IN ITS PC OPERATING SYSTEM**

145.   Microsoft has exploited its monopoly power in the PC operating system market to favor its workgroup server operating system. Use of a PC in a networked environment requires close interoperation between the PC (the client) and the workgroup server for certain key functions. Among the most important core functions of any such networked environment are security (authentication and authorization), file and print services, directory services, network administration, and distributed application support. The business versions of its monopoly PC operating system that Microsoft sells for use in such networked environments (*e.g.*, Windows 2000 Professional and Windows XP Professional) contain software components for performing each of

40.

these key networking functions.  Thus, when a consumer purchases a copy of these PC operating system products, a substantial portion of the purchase price can fairly be allocated to these components.

146.  Through use of Microsoft-specific interfaces and protocols that it refuses to disclose or license, Microsoft has designed these vital networking functions and features in such a way that only Microsoft's workgroup server operating system can fully interoperate with them.  As a result, consumers must purchase Microsoft's workgroup server operating system if they wish to realize the full value of the functions and features of Microsoft's PC operating system that Microsoft's illegally maintained monopoly power effectively forces them to purchase.

147.  Alternatively, if consumers choose to purchase a non-Microsoft workgroup server operating system, then they must forego not only the use of substantial portions of the Windows PC operating system that they have already paid for, but they also must incur substantial, additional costs to deliver and install additional functionality on their PCs in order to interoperate with the non-Microsoft workgroup servers.  By imposing these additional costs on consumers who choose competing workgroup server operating systems, Microsoft effectively diminishes the commercial appeal of these competing alternatives.

148.  The following is a list containing examples of:  (a) functions and features contained in versions of Microsoft's monopoly PC operating systems like Windows 2000 Professional and Windows XP Professional that cannot be fully accessed, used, or re-created by competing non-Microsoft workgroup server operating systems; and (b) the corresponding undisclosed, Microsoft-specific technologies, interfaces, and protocols that block such interoperability and competition:

| Functions and Features | Undisclosed, Microsoft-Specific Technology |
|---|---|
| Security | • Active Directory<br>• Extensions to Kerberos Authentication Standards<br>• X.509 Extensions for Digital Certificates<br>• Security Support Provider Interface (SSPI)<br>• Passport |

| File/Print Services | • Extensions to Common Internet File Systems (CIFS) • Microsoft's Distributed File System (DFS) |
|---|---|
| Directory Services | • Active Directory • Extensions to Kerberos Authentication Standards |
| Distributed Application Support | • COM • COM+ • DCOM • ActiveX • Win32 APIs • Microsoft Remote Procedure Call (MSRPC) • Microsoft Message Queuing (MSMQ) • Microsoft Transaction Server (MTS) |
| Network Administration | • IntelliMirror • Microsoft Management Console (MMC) • Windows Management Instrumentation (WMI) |

149.    Microsoft-specific extensions to the Kerberos Authentication Standards exemplify how Microsoft has used its PC operating system monopoly to engage in exclusionary conduct with substantial anticompetitive effect in the workgroup server operating system market.

150.    Authentication is the method for identifying a user, device, or application connected to a network before access to the network is granted. For example, a user typically enters a password and user name before being allowed to sign-on to the network. Once a user is authenticated, he may be authorized for different types of access. Authorization is the process of enforcing policies to determine what types of activities, resources, or services a user is permitted to use.

151.    Kerberos is a public standard for providing a highly secure means to authenticate the identity of users, devices, and applications connected to a computer network. It was originally developed at the Massachusetts Institute of Technology, and is an open standard published by the Internet Engineering Task Force. Kerberos has been widely adopted by competing operating systems, allowing them to interoperate securely.

152.    Microsoft's PC operating systems – Windows 2000 Professional and Windows XP

42.

1  Professional – contain a Local Security Authority, which implements a modified version of

2  Kerberos that incorporates undisclosed extensions to the public standard. Because a non-

3  Microsoft server that implements the industry-standard version of Kerberos cannot create the

4  required Microsoft-specific security "tickets," nor use all the data passed in the Microsoft

5  "tickets," a non-Microsoft server cannot interoperate with the Windows 2000 Servers. As a result,

6  if consumers wish to use the advanced security features implemented and sold in the Windows PC

7  operating systems that they purchased, they must purchase and use only a Microsoft workgroup

8  server operating system.

9       **153.** In addition to the "core" networking features identified above, Microsoft also has

10  bundled additional features and functions in its PC operating systems that only Microsoft

11  workgroup server operating systems can support. For example, Microsoft bundles the Windows

12  Media Player with every copy of its PC operating system. Windows Media Player is a software

13  program that stores, manages, and plays audio and video content from CD, DVDs, or "streaming

14  content" downloaded from the web. Microsoft also bundles Windows Media Services – server

15  software for "streaming" audio or video content – with every copy of its workgroup server

16  operating system – Windows 2000 Server. For streaming content, the Windows Media Player

17  must receive a Microsoft-specific format called Advanced Streaming Format. Only Microsoft's

18  Windows Media Services software can serve or "stream" this Microsoft-specific Advanced

19  Streaming Format. As a result, if firms wish to stream audio or video to the millions of Windows

20  PCs with Windows Media Player, then they must purchase and use Microsoft's workgroup server

21  operating system in order to deliver content in the Microsoft-specific Advanced Streaming Format.

22   **G.    OTHER TECHNICAL TIES AND BUNDLING PRACTICES THAT FORCE THE
        ADOPTION OF MICROSOFT SERVER APPLICATIONS THAT WILL ONLY RUN**
23   **ON MICROSOFT'S WORKGROUP SERVER OPERATING SYSTEM**

24       **154.** Not only does Microsoft use anticompetitive acts to directly force the adoption of its

25  workgroup server operating systems, it also engages in a series of acts to force consumers to adopt

26  server applications that will run only on Microsoft's workgroup server operating systems. Though

27  indirect, this conduct is just as powerful, and can set in motion a series of technical ties that force

28  consumers to purchase more Microsoft products in order to access all of the features and

1   functionality available in Microsoft's monopoly products like Windows and Office.

2       **155.**   For example, Microsoft bundles Outlook, a personal information management and

3   communication program (*e.g.,* email, calendar, contacts, etc.), within Office, its office productivity

4   application suite for Windows PCs.  To access the full features and functionality of Outlook,

5   consumers must purchase a Microsoft server application called Exchange.  Exchange will run on

6   only Microsoft's server operating systems like Windows NT Server 4.0 or Windows 2000 Server.

7   But to access all of the full features and functionality of the latest version of Exchange, Exchange

8   2000, not only must consumers use a Microsoft workgroup server operating system, they must

9   specifically upgrade to the Windows 2000 Server operating system and activate the Active

10  Directory feature, which substantially increases interoperability problems with any non-Microsoft

11  server operating system connected to the network.  Since Outlook and Exchange contain

12  Microsoft-specific interfaces and protocols that Microsoft refuses to disclose or license,

13  competitors cannot provide competing server applications that will fully interoperate with all of

14  the features and functionality of Outlook.  Thus, by tying to its monopoly products on the PC

15  through Office, Microsoft is able to foreclose competition not just for its office productivity suite,

16  but also for an array of server products that must interoperate with that critical PC application.

17      **H.**     **MICROSOFT'S EXCLUSIONARY CONDUCT REGARDING CLIENT ACCESS**
             **LICENSES AND CERTIFICATION PROGRAMS FOR APPLICATIONS**
18

19      **156.**   Beginning with Windows 2000, Microsoft has implemented a new licensing policy

20  regarding the client access licenses (CALs), which consumers must purchase in order to allow

21  their PCs to access services provided by a Microsoft server operating system or application.  Prior

22  to Windows 2000, a consumer was required to purchase a Windows Server CAL only if the client

23  used NT for:  (a) file and print services, (b) Microsoft Message Queue Server, (c) Microsoft

24  Transaction Server, or (d) Remote Access Service.

25      **157.**   The Windows 2000 Server license, however, now requires a CAL for each client

26  computer that either is used by a Windows 2000-authenticated user or uses Windows 2000 Server

27  Services. An authenticated user is defined to include a user who runs any application that

28  authenticates to Active Directory.  Thus, even though such a user may use a competing workgroup

1    server operating system for sign-on, print and file services, etc., that customer will need to

2    purchase a CAL for every user running a program authenticating to Active Directory.

3        **158.**   The anticompetitive effect of this change in licensing policy is made plain in the

4    context of a firm that uses a non-Microsoft workgroup operating system, but also needs to run

5    Microsoft Exchange – a key server-side messaging and groupware software for Windows, which is

6    optimized to work well with Microsoft's dominant Office product.  Previously, users of Microsoft

7    Exchange who did not use Windows NT's operating system were not required to purchase a

8    Windows NT CAL.  But since Exchange 2000 now authenticates to Active Directory, users will be

9    required to purchase Windows 2000 CALs in addition to the Windows 2000 Server and Exchange

10   licenses.  Since the CALs constitute a substantial percentage of the total cost of ownership for

11   Microsoft's products, firms will have strong economic incentives to adopt Microsoft Windows

12   2000 Server operating system over non-Microsoft alternatives.  By requiring server applications

13   developed by Microsoft (*e.g.*, Exchange) to authenticate with Active Directory, Microsoft can

14   advantage its workgroup operating system over competitors' systems.

15       **159.**   Microsoft also is using its certification policy to achieve this result.  In order to carry

16   a "Certified for Windows 2000 Server" logo, a third-party application must authenticate to Active

17   Directory.  As a result, all users running applications certified to Windows 2000 Server will have

18   to purchase CALs for Windows 2000 Server, even though they may be running a competing

19   workgroup server operating system as their primary domain controller.  Since the "Certified for

20   Windows 2000" logo is of significant commercial importance, firms will have significant

21   economic incentives to use Windows 2000 Server operating system throughout their enterprise,

22   excluding competing products.

23   **VIII.   MICROSOFT'S TYING OF ITS IIS WEB SERVER SOFTWARE TO ITS
24          WORKGROUP SERVER OPERATING SYSTEM**

25       **A.     WEB SERVER SOFTWARE MARKET**

26       **160.**   The product market for web server software consists of a software application

27   designed to serve web pages to clients over a network.  The web server software hosts pages,

28   scripts, programs, and multimedia files and serves them to a client, typically a web browser.

45.

1   Although primarily used on computers with a network connection, web server software also can be

2   used on computers without networks for testing purposes or presentation interfaces. The

3   geographic market for web server software is worldwide.

4       **161.**   The web server software handles requests from web browsers located on the same

5   computer as the web server, or on another computer connected to the web server through a

6   network connection. Web server software generally has the capability to understand and fill

7   requests using a variety of standard protocols such as HTTP (an information request protocol) or

8   HTML (an information tagging standard). Web server software also may include the ability to

9   provide secure, encrypted connections with web browsers in order to complete confidential

10  information exchanges, such as online commercial transactions.

11      **162.**   Web server software typically is able to execute smaller programs that can provide

12  data for normally static web pages through technologies such as Java servlets, Java Server Pages,

13  Microsoft's Active Server Pages, or Visual Basic Scripts.

14      **163.**   Microsoft's products in the web server market include Internet Information Server

15  ("IIS"). Sun offers competing products in the market, including iPlanet™ Web Server. Other

16  competing products in the market include the open-source Apache web server. Microsoft's market

17  share among web servers has consistently grown over the past several years. According to recent

18  published reports, Microsoft has now taken the lead in providing web servers for secure

19  connection web sites.

20      **164.**   There currently are no effective substitutes to web server software, and barriers to

21  entry exist. In particular, Microsoft's bundling of the IIS web server software at no additional

22  charge with its workgroup server operating system creates a substantial barrier to entry in terms of

23  distribution, and significantly restrains competition on the merits in the web server software

24  market.

25  **B.**     **MICROSOFT'S UNLAWFUL TYING OF IIS TO ITS WORKGROUP SERVER**
            **OPERATING SYSTEM**
26

27      **165.**   Microsoft has market power in the market for workgroup server operating systems,

28  and Microsoft bundles its web server software – IIS – with every copy of its workgroup server

46.

1  operating system products.  Since Windows NT 4.0, consumers have been unable to purchase

2  Microsoft's workgroup server operating system without IIS.  While a browser mediates

3  communications between a PC and the Internet, the web server software mediates communications

4  between a server and the Internet.  By controlling this critical interface, Microsoft can control how

5  information is delivered over the Internet.

6      **166.**   Relying on the same tactic that it used to seize control of the browser market,

7  Microsoft has bundled IIS with its workgroup server operating system in order to use its market

8  power to expand into the adjacent market for web server software.  Since every consumer who

9  purchases a Windows workgroup server operating system product like Windows 2000 Server will

10  already have paid for web server software, Microsoft's bundling harms competition in the web

11  server software market.

12      **167.**   Once Microsoft dominates the web server market, it will be able to force the

13  adoption of protocols and interfaces that can be accessed using only client-side Microsoft-specific

14  technology.  By controlling these critical web server interfaces and refusing to disclose and license

15  the protocols necessary for full interoperability, Microsoft forecloses competition in the web server

16  market.

17      **168.**   Microsoft's efforts to force the adoption of Microsoft-specific web server

18  technologies like Windows Media Server and the Passport authentication system (discussed

19  below) are examples of this type of anticompetitive conduct.

20  **IX.   MICROSOFT'S ANTICOMPETITIVE CONDUCT RELATING TO OFFICE
21        PRODUCTIVITY SUITE MARKET**

22      **A.   OFFICE PRODUCTIVITY SUITE MARKET**

23      **169.**   The product market for office productivity applications consists of the software for

24  performing common business tasks.  Such software is typically sold bundled together as an office

25  productivity suite, though individual components also can be purchased individually.  An office

26  productivity suite generally contains a word processing application, a spreadsheet application, a

27  presentation application, and a database application.  Additional applications for personal

28  information management (*e.g.*, email, calendar, address book) also may be included.  The

1    geographic market is worldwide.

2         **170.**   Microsoft has achieved and maintained a monopoly in this market for its office

3    productivity suite, Office.  Based on worldwide revenues for 1999, Microsoft's Office product has

4    a 96% market share for office productivity suite applications.

5         **171.**   Other competing products in the office productivity applications suite market

6    include IBM/Lotus's Smart Suite, Corel's WordPerfect Office, and Sun's StarOffice.

7         **172.**   Two significant barriers to entry protect Microsoft's monopoly position.  First, office

8    productivity applications are very sophisticated products that require enormous expenditures for

9    research and development.  Since Microsoft offers its products in a bundled suite with

10   considerable pricing incentives to purchase as a bundled product, any competing firm must

11   develop not only a single program (*e.g.*, a word processor), but also all of the complementary

12   applications in the suite.  Second, because Microsoft uses Microsoft-specific document formats

13   and data files, the inability of competing products to read or fully interoperate with those formats

14   places them at a considerable competitive disadvantage.

15        **173.**   Office is Microsoft's suite of office productivity applications.  Office comes in a

16   variety of different configurations.  Office Professional, for example, bundles the following

17   applications together:  Microsoft Word (word processor), Microsoft Excel (spreadsheet), Microsoft

18   Outlook (personal information manager and email), Microsoft PowerPoint (presentation graphics),

19   and Microsoft Access (database).

20   **B.    MICROSOFT'S ANTICOMPETITIVE CONDUCT**

21        **174.**   Microsoft uses its control of the office productivity suite market to protect its PC

22   operating system monopoly.  Because office productivity suites are the primary way in which the

23   majority of users interact with their PC, Microsoft Office is a strategically important weapon that

24   Microsoft wields to maintain and expand its monopoly.  Office productivity suites constitute a

25   critical basis for the applications barrier to entry protecting Microsoft's PC operating system

26   monopoly.

27        **175.**   By controlling these critical applications, Microsoft controls whether they are ported

28   to competing platforms.  If a company other than Microsoft controlled Office, it would be

1    interested in porting its application suite to as many platforms as possible, assuming it was

2    economically rewarding to do so.  By contrast, if Microsoft ported Office to competing operating

3    systems like Solaris or Linux, it would remove a critical part of the applications barrier protecting

4    its PC operating system monopoly.  Thus, Microsoft has refused to port Office to competing

5    platforms in order to illegally maintain its monopoly, or it has used Office, in the case of the

6    Macintosh operating system, to exact anticompetitive agreements in exchange for continued

7    support on competing platforms.

8        **176.**   Because Microsoft has had unique access and knowledge of the Windows APIs

9    necessary for the development of office productivity suite applications, while denying competitors

10   the same degree of access to such information, Microsoft was able to place its implementations at

11   a significant competitive advantage as a result of its monopoly power.  By providing Microsoft

12   developers working on Office with earlier and better access to changes to the Windows APIs,

13   Microsoft has advantaged Office over competing products like Corel's WordPerfect Office,

14   IBM/Lotus's SmartSuite, or Sun's StarOffice.

15       **177.**   By controlling Office, Microsoft also controls the file formats generated by these

16   applications.  To maintain its monopoly position and decrease competition, Microsoft has adopted

17   Microsoft-specific file formats, obstructing competitors' abilities to interoperate with such files.

18   Consequently, competing office productivity suites, like Sun's StarOffice, are unable to read or

19   duplicate these Microsoft-specific file formats in the same manner as Microsoft's Office.  As a

20   consequence, for example, a word processing document saved in Microsoft's standard Word

21   format cannot be manipulated using StarOffice in the same manner that it can be manipulated

22   using Microsoft's Word program.  By precluding full interoperability with competing office

23   productivity applications, Microsoft obstructs competition.

24       **178.**   Microsoft also uses its control of Office to create technical ties and dependencies

25   that force consumers to purchase additional Microsoft workgroup server products, including

26   Microsoft Exchange Server, Microsoft Internet Information Server, and Microsoft SQL Server.  In

27   order to effectively use all of Office's functionality in a networked client/server environment, a

28   consumer must purchase these additional Microsoft products.  As a result, if a firm later wishes to

49.

1   switch its office productivity suite or operating system, it will incur increased switching costs

2   because it necessarily will have purchased and implemented not just Office, but a plethora of other

3   Microsoft products as well. This interlocking web of technical ties and dependencies is

4   intentionally designed by Microsoft to raise the barriers to entry protecting its monopoly positions

5   by significantly raising switching costs. As distributed computing continues to become

6   increasingly important, Microsoft's ability to exploit these ties and dependencies to drive

7   additional server product sales only increases.

8       179.   Additionally, Microsoft has used its control over the licensing and pricing of

9   Windows to advantage Office over competing products. For example, as an OEM, IBM sold PCs

10  with Microsoft's Windows. But it also sold an office productivity suite, SmartSuite, as an

11  alternative to Microsoft's Office. Over the course of several years, Microsoft repeatedly tried to

12  move IBM away from competing with Microsoft Office by leveraging the fact that IBM needed to

13  license Windows from Microsoft. Through inducements, threats, and retaliatory conduct,

14  Microsoft punished IBM for offering and promoting an alternative to Office by charging IBM a

15  higher price for licensing Windows, delaying granting IBM a license to Windows 95, and

16  withholding technical and marketing support relating to Windows.

17      180.   On information and belief, Sun alleges that Microsoft also has discounted the

18  effective price it charges OEMs for Windows depending on whether the OEMs also pre-load and

19  ship Office, or a home version, Microsoft Works. In fact, some OEMs have entered into

20  agreements with Microsoft that effectively require the OEMs to ship Microsoft Office applications

21  or Microsoft Works with every new PC loaded with Windows. On information and belief, Sun

22  also alleges that Microsoft also has entered into contracts or made representations that it will

23  discount the effective price for Microsoft Office applications if OEMs agree not to install and ship

24  competing office productivity suites with their PCs.

25      181.   Microsoft also has used product pricing and bundling of Office itself to disadvantage

26  competing products and maintain and expand the scope of its office productivity suite. For

27  example, according to Microsoft, the estimated retail price of Office XP Professional Edition is

28  $579. If the component applications were separately purchased, the total estimated retail price

would be $1565.  If a consumer wanted only Microsoft's dominant word processing (Word) and spreadsheet program  (Excel), the estimated retail price would be $678 – $99 more than purchasing the complete Office bundle.  As a result, consumers have strong incentives to purchase the Office suite, even though they may want only some of the bundled programs.  The anticompetitive effect of this conduct is that it reduces competition for particular office productivity applications that may be more attractive to consumers.  For example, consumers may prefer personal information management/email programs that compete with Microsoft's Outlook.  But after being required to pay for a bundle of applications that includes Outlook, consumers will be less likely to purchase a competing personal information management/email program, even though it may offer superior functionality and a better individual price.

182.  Microsoft also disadvantages competing office productivity applications by tightly integrating the applications bundled in Microsoft Office to ensure that competing productivity applications cannot provide the same set of functionality as the Microsoft programs.

X.  MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO .NET AND PASSPORT

A.  MIDDLEWARE RUNTIME MARKET

183.  The product market for middleware runtimes consists of a layer of software above the operating system, but below the application program, that provides a common programming abstraction set of APIs that developers can target.  Middleware runtimes are designed to mask underlying hardware or software heterogeneity across different computing platforms by providing a common runtime environment.  The geographic market is worldwide.

184.  Microsoft's products in the middleware runtime market include Microsoft's implementation of the Java Runtime Environment and Microsoft's .NET Framework – the Common Language Runtime and .NET Framework classes.  Sun competes in the market by offering its implementation of the Java Runtime Environment.

185.  Although Microsoft has not yet obtained substantial market share for its .NET Framework, Microsoft has announced that it intends to eventually bundle the .NET Runtime with its workgroup server operating system and PC operating system.  Once Microsoft bundles its .NET

51.

1    Framework with its operating system products, it will achieve rapid distribution and massive

2    installed market share.

3          **186.**   Substantial barriers to entry, specifically relating to distribution and deployment,

4    will protect Microsoft's market position.

5    **B.    MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO THE .NET**

6    **FRAMEWORK**

7          **187.**   Having illegally debilitated the vendor-independent Navigator/Java middleware

8    platforms that threatened its PC operating system monopoly, Microsoft now is exploiting its

9    illegally obtained and maintained monopoly distribution channels to leverage market share for its

10   own middleware platform, one that, in sharp contrast to the Navigator/Java middleware platforms,

11   is Microsoft-specific.  Microsoft refers to its new Microsoft-specific middleware platform as the

12   .NET Framework.  When the potential of the Navigator and Java platforms to capitalize on the

13   Internet paradigm became apparent, Microsoft was neither poised nor well-suited to provide a

14   competitive alternative to those platforms.  Now that it has illegally crushed the threat poised by

15   the Navigator and Java middleware platforms, and thereby bought itself years of time to clone

16   much of the functionality of the Java platform, Microsoft has touted the belated introduction of its

17   new .NET middleware platform as its most important initiative, one that will fundamentally

18   transform its own business and the Internet in general.  Just as it developed the Windows platform

19   on top of MS-DOS in order to encourage developers to write to the new platform, Microsoft now

20   will provide the .NET Framework as a middleware layer on top of Windows, and encourage

21   developers to increasingly write their applications to this new platform, gradually obsolescing the

22   Windows platform and transferring Microsoft's monopoly from the PC operating system to the

23   middleware layer.  Microsoft hopes to use its ill-gotten .NET market share to leverage market

24   share in the increasingly important realm of server-based computing, a realm that currently poses

25   the greatest threat to Microsoft's desktop hegemony.  By infusing .NET with Microsoft-specific

26   interfaces and protocols shared by the Microsoft servers facilitating dynamic web services,

27   Microsoft threatens to control, and render Microsoft-specific, the market for dynamic web services

28   and other server-based computing.  Microsoft also hopes to leverage its .NET market power to

52.

1    increase its market share in the adjacent market of embedded devices.

2        **188.**   The .NET Framework is Microsoft's new environment for building, deploying, and

3    running Web services and other applications.  The .NET Framework will exist as a layer on top of

4    the Windows operating system, and will essentially replace a considerable portion of Windows.  It

5    consists of three parts:  a Common Language Runtime ("CLR"), the .NET Framework classes, and

6    ASP.NET.

7        **189.**   The .NET Framework is comparable to and will compete with the Java platform by

8    mimicking many of the benefits of the Java platform, while nevertheless retaining tight links to

9    Microsoft-specific interfaces and protocols.  On information and belief, Sun alleges that Microsoft

10   employees who had access to the source code for Sun's Java Development Kit, were involved in

11   the design and development of the .NET Framework.  Like the Java virtual machine, the CLR is

12   designed to inspect, load and execute applications in a tightly controlled "sandbox," reducing

13   threats posed by malicious code (*e.g.*, viruses) or inadvertent actions from trusted code.  Also, like

14   Java programs, .NET programs must be compiled to a processor-independent intermediate

15   language (Microsoft's Intermediate Language for the CLR, Java bytecode for the Java VM), and

16   then translated into native code by the runtime (either the CLR or Java VM, respectively).

17   Similarly, like the Java classes, the .NET Framework classes are libraries of prewritten code that

18   implement APIs that build on top of and essentially replace the current Windows APIs.

19       **190.**   Microsoft has announced that it intends to bundle the .NET Framework with a wide

20   variety of products, including its Windows operating systems, Office suite, and software

21   development tools.  By exploiting the massive distribution channels afforded by its monopoly

22   power, Microsoft quickly will be able to blanket all PC operating systems and workgroup server

23   operating systems with a runtime that will compete with Sun's Java runtime.  Having choked off

24   distribution of the vendor-independent Navigator/Java platforms, and having ubiquitously

25   distributed the Microsoft-dependent .NET middleware platform through illegally obtained and

26   maintained monopoly distribution channels, Microsoft will have ensured the initiation of a

27   "positive feedback effect" that will create market power for its Microsoft-dependent .NET

28   middleware platform.  Under this "positive feedback effect," developers will have overwhelming

53.

incentives to write to the Microsoft-dependent .NET platform. The resultant ever-growing installed base of applications written to the .NET platform will create overwhelming incentives for consumers to purchase the .NET platform, which in turn will further enhance the incentives of developers to write applications to .NET, and the self-reinforcing cycle thereby will be entrenched.

191. By mimicking the general architecture and design of the Java platform, Microsoft has validated that the Java platform was and is the right solution for developing applications in a networked computer environment. However, because Microsoft ultimately was unable to seize control of the Java platform, it now seeks to exploit its illegally obtained and maintained monopoly distribution channels to garner market power for a similar platform that delivers many of the benefits of the Java platform, yet is laced with a panoply of Microsoft-specific interfaces and protocols.

192. If left unchecked to exploit the power of its monopoly position, Microsoft intends to use the .NET Framework to move its current monopoly in the PC operating system market into a more expansive and potentially more dangerous monopoly that encompasses software development on every computing device connected to the network.

193. In addition, Microsoft is using the development tools for the .NET Framework to continue to attempt to confuse developers and fracture the Java programming environment. On October 10, 2001, Microsoft released a beta version of a product called Visual J#.NET. Visual J#.NET is a development tool that will connect into Microsoft's integrated software development tool, Visual Studio.NET. Visual J#.NET contains a Microsoft-specific implementation of a polluted version of the Java language that will produce programs that can run on Microsoft's .NET Framework. Although Visual J#.NET purports to provide support for writing programs in the Java language, Microsoft has changed the syntax of the Java language in a number of ways, ensuring that that the source code written using Visual J#.NET will not be compatible with source code written following the public specifications for the Java language. Moreover, Visual J#.NET contains a compiler that, instead of compiling code into standard Java bytecodes, compiles the code into Microsoft Intermediate Language code, which will run on only the Microsoft-specific .NET Framework. Thus, Visual J#.NET distorts the Java language from a language that can be

1   used to write vendor-independent code that will run on a wide variety of platforms to Microsoft-

2   dependent code that will run on only the Microsoft platform.

3       **194.**   In addition, on information and belief, Sun alleges that Microsoft has made false and

4   deceptive statements regarding the ability of its Visual J#.NET product to pass the Java

5   compatibility test suites.  Furthermore, if Microsoft has used Sun's Java Compatibility Kit to test

6   Visual J#.NET as it has represented, then such activity would exceed the scope of the limited

7   license granted to Microsoft under the Settlement Agreement with Sun.

8       C.   **MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO PASSPORT**

9       **195.**   In addition to using the .NET Framework to establish a new Microsoft-specific

10   platform for the Internet, Microsoft is using its Passport service in an attempt to control network

11   authentication over the Internet.  Passport is Microsoft's service for providing single sign-on

12   authentication across the Internet, and is a foundation service for Microsoft's .NET web services.

13   By entering a single sign-in name and password, users can be authenticated for access to Passport-

14   enabled sites.

15       **196.**   When a registered Passport user attempts to enter a Passport-enabled site, they click

16   a sign-on icon on that Passport Partner Website, which silently redirects them to a central Passport

17   Login Server operated by Microsoft.  Once the user enters a sign-in name and password, the

18   Passport Login Server authenticates the user, writes Passport "cookies" to the user's browser, and

19   provides an encrypted authentication "ticket" and profile information which is passed back to the

20   participating Passport Partner Website.  By running an application program called the Passport

21   Manager, the Passport Partner Website can decrypt the authentication ticket, manage authorization

22   and profile access, and silently re-verify the authentication cookies as the user moves from page to

23   page on the Passport Partner Website.

24       **197.**   Microsoft is using its monopoly power to drive the use and adoption of its Passport

25   service.  For example, Microsoft repeatedly prompts users to register for Passport when they install

26   Windows XP.  Passport registration also is required or prompted for the following Microsoft

27   products and services:

28           (a)    Windows XP updates

|     |     |                                                      |
|-----|-----|------------------------------------------------------|
| 1   | (b) | MSN Explorer                                         |
| 2   | (c) | Microsoft Office XP Outlook                          |
| 3   | (d) | MSN Messenger                                        |
| 4   | (e) | Hotmail accounts                                     |
| 5   | (f) | Passport enabled e-commerce sites                    |
| 6   | (g) | Microsoft web sites                                  |
| 7   | (h) | Front Page/Visual Studio products                    |
| 8   | (i) | Participation in Microsoft's Open Licensing Program  |
| 9   | (j) | Participation in beta software programs              |

According to Microsoft, over 130 million Passport accounts have been opened. By tying the Passport service to the latest version of its monopoly PC operating system – Windows XP – and leveraging its control over key distribution channels for authentication services, the number of Passport accounts is likely to rapidly increase.

198.   By forcing adoption of a Microsoft-specific authentication system, Microsoft will compel consumers to purchase Microsoft server operating systems and applications. Only a Microsoft Windows Server 2000 product running Active Directory can act as a Passport Login Server that authenticates users through a single sign-in, since Microsoft has not disclosed or licensed the technology necessary for a competitor to provide that functionality. Microsoft does claim that servers running competing operating systems like UNIX can act as a Passport Partner Web Server, re-directing authentication to a Microsoft Passport Login Server. But even with respect to this limited role, Microsoft has favored its Windows platform by ensuring that the Passport Manager software necessary to perform that function on a UNIX platform cannot provide full support for Passport-enabled applications and is more difficult to implement and operate.

199.   Microsoft also announced in September 2001 that future versions of Passport would incorporate and support the Kerberos authentication protocols. But since Microsoft already has implemented Microsoft-specific extensions to Kerberos in other Microsoft products, it is likely to implement those same Microsoft-specific Kerberos extensions in its Passport service, ensuring that competitors cannot provide products that fully interoperate with Passport.

<div align="center">56.</div>

## XI. MICROSOFT'S ANTICOMPETITIVE ACTS RELATING TO DEVELOPER TOOLS

**200.** Microsoft is the dominant provider of application developer tools for the Windows platform. Microsoft's integrated development environment, Visual Studio, has a dominant share in the market for developer tools for the Windows platform.

**201.** Microsoft has designed Visual Studio to force or favor the development of applications that make use of Microsoft-specific interfaces and protocols over the use of existing open, vendor-independent interfaces and protocols. Microsoft also has designed Visual Studio to increase the switching costs that would be incurred to port an application written for the Windows platform using Visual Studio to a competing platform.

**202.** On information and belief, Sun believes Microsoft has priced Visual Studio in order to discourage competitors from developing and selling their own application developer tools for the Windows platform and competing platforms.

**203.** On information and belief, Microsoft has engaged in a series of anticompetitive steps designed to injure competing tools vendors such as Sun, Borland Software Corporation, and Symantec Corporation, among others.

## XII. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### Illegal Maintenance of Intel-Compatible PC Operating System Monopoly in Violation of Section 2 of the Sherman Act

**204.** Sun incorporates the allegations in paragraphs 1 through 203 above.

**205.** Microsoft possesses monopoly power in the market for Intel-compatible PC operating systems. Significant entry barriers characterize that market.

**206.** Microsoft has willfully maintained that power by anticompetitive and unreasonably exclusionary conduct, including exclusionary licensing practices, reducing interoperability with competing operating systems and alternative computing platforms, tying, and refusals to deal, among other acts, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. Unless restrained by the Court, Microsoft will continue to unlawfully maintain its monopoly power causing irreparable and continuing harm to Sun, for which Sun has no adequate legal remedy.

57.

1    **207.**   Microsoft's anticompetitive acts have harmed consumers and competition.

2    **208.**   Microsoft has acted with the specific intent to maintain its monopoly power, and its

3    illegal conduct has enabled it do so.

4    **209.**   Microsoft's conduct occurred in and affected interstate commerce.

5    **210.**   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

6    Section 2 of the Sherman Act, Sun has been and will continue to be damaged by, without

7    limitation, diminished licensing fees, lost computer workstation sales, lost server sales, lost

8    software product sales, lost sales of consulting services, and a diminution in value to Sun's

9    trademarks, reputation, and goodwill in amounts to be proven at trial.  Sun's injury is of the type

10   the antitrust laws are intended to prohibit and thus constitutes antitrust injury.  Unless the activities

11   complained of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is

12   without an adequate remedy at law.

13                          **SECOND CLAIM FOR RELIEF**
                   **Illegal Monopolization of Web Browser Market**
14                  **in Violation of Section 2 of the Sherman Act**

15   **211.**   Sun incorporates the allegations in paragraphs 1 through 210 above.

16   **212.**   Microsoft possesses monopoly power in the market for web browsers.  Significant

17   entry barriers characterize that market.

18   **213.**   Through the anticompetitive conduct described above, Microsoft has willfully

19   obtained and maintained that power by anticompetitive and unreasonably exclusionary conduct in

20   violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.  Unless restrained by the Court,

21   Microsoft will continue to unlawfully maintain its monopoly power causing irreparable and

22   continuing harm to Sun, for which Sun has no adequate legal remedy.

23   **214.**   Microsoft's anticompetitive acts have harmed consumers and competition.

24   **215.**   Microsoft has acted with the specific intent to obtain and maintain its monopoly

25   power, and its illegal conduct has enabled it do so.

26   **216.**   Microsoft's conduct occurred in and affected interstate commerce.

27   **217.**   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

28   Section 2 of the Sherman Act, Sun has been and will continue to be damaged by, without

58.

1   limitation, diminished licensing fees, lost computer workstations sales, lost server sales, lost

2   software product sales, lost sales of consulting services, and a diminution in value to Sun's

3   trademarks, reputation, and goodwill in amounts to be proven at trial. Sun's injury is of the type

4   the antitrust laws are intended to prohibit and thus constitutes antitrust injury. Unless the activities

5   complained of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is

6   without an adequate remedy at law.

7                              THIRD CLAIM FOR RELIEF
        Unlawful Tying of Internet Explorer to Windows PC Operating System
8                      in Violation of Section 1 of the Sherman Act

9       **218.**   Sun incorporates the allegations in paragraphs 1 through 217 above.

10      **219.**   The Microsoft Windows PC operating system and Microsoft Internet Explorer web

11  browser were and/or are separate and distinct products. They were and/or are sold in separate

12  markets; their functions were and/or are different; and there was and/or is separate demand for

13  them.

14      **220.**   Microsoft has tied and plans to continue to tie its Internet Explorer web browser to

15  its PC operating system.

16      **221.**   Microsoft has sufficient market power in the Intel-compatible PC operating system

17  market to restrain competition in the web browser market as a result of its tying arrangement.

18      **222.**   The tie affects a not insubstantial amount of interstate commerce in web browsers.

19      **223.**   The purpose and effect of this tying is to prevent customers from choosing among

20  web browsers on their merits and to restrain competition in the web browser market. There are no

21  benefits from this tying that outweigh the harm to competition in the web browser market.

22      **224.**   Microsoft's anticompetitive acts have harmed consumers and competition.

23      **225.**   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

24  Section 1 of the Sherman Act, Sun has been and will continue to be damaged by, without

25  limitation, lost licensing fees, lost workstation sales, lost server sales, lost software product sales,

26  lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and

27  goodwill in amounts to be proven at trial. Sun's injury is of the type the antitrust laws are intended

28  to prohibit and thus constitutes antitrust injury. Unless the activities complained of are enjoined,

1   Sun will suffer immediate and irreparable injury for which Sun is without an adequate remedy at

2   law.

### FOURTH CLAIM FOR RELIEF
**Attempted Monopolization of the Workgroup Server Operating System Market in Violation of Section 2 of the Sherman Act**

5   **226.**   Sun incorporates the allegations in paragraphs 1 through 225 above.

6   **227.**   Microsoft has willfully engaged, and is engaging, in a course of conduct, including

7   exclusionary licensing practices, reducing interoperability between Microsoft's operating systems

8   and rival workgroup server operating systems, tying, and refusals to deal, among other acts, in

9   order to obtain a monopoly in the workgroup server operating system market, and there is a

10   dangerous probability that, unless restrained, it will succeed, in violation of Section 2 of the

11   Sherman Act, 15 U.S.C. § 2, if it has not already done so.

12   **228.**   Microsoft's anticompetitive acts have harmed consumers and competition.

13   **229.**   Microsoft has acted with a specific intent to monopolize and destroy effective

14   competition in the workgroup server operating system market.

15   **230.**   Microsoft's conduct occurred in and affected interstate commerce.

16   **231.**   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

17   Section 2 of the Sherman Act, Sun has been and will continue to be damaged by, without

18   limitation, lost licensing fees, lost computer workstation sales, lost server sales, lost software

19   product sales, lost sales of consulting services, and a diminution in value to Sun's trademarks,

20   reputation, and goodwill in amounts to be proven at trial.  Sun's injury is of the type the antitrust

21   laws are intended to prohibit and thus constitutes antitrust injury.  Unless the activities complained

22   of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is without an

23   adequate remedy at law.

### FIFTH CLAIM FOR RELIEF
**Unlawful Tying of Windows Workgroup Server Operating System to PC Operating System In Violation of Section 1 of the Sherman Act**

26   **232.**   Sun incorporates the allegations in paragraphs 1 through 231 above.

27   **233.**   Microsoft's Windows PC operating system products (*e.g.*, Windows 2000

28   Professional and Windows XP Professional) and Windows workgroup server operating systems

60.

products (*e.g.*, Windows 2000 Server) are separate and distinct products.  They are sold in separate markets; their functions are different; and there is separate demand for them.

234.    Microsoft has tied and plans to continue to tie its Windows workgroup server operating system products to its Windows PC operating system.

235.    Microsoft has sufficient market power in the Intel-compatible PC operating system market to restrain competition in the workgroup server operating system market as a result of its tying arrangement.

236.    The tie affects a not insubstantial amount of interstate commerce in workgroup server operating systems.

237.    The purpose and effect of this tying is to prevent customers from choosing among workgroup sever operating systems on their merits and to restrain competition in the workgroup server operating system market.  There are no benefits from this tying that outweigh the harm to competition in the workgroup server operating system market.

238.    As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of Section 1 of the Sherman Act, Sun has been and will continue to be damaged by, without limitation, lost licensing fees, lost workstation sales, lost server sales, lost software product sales, lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and goodwill in amounts to be proven at trial.  Sun's injury is of the type the antitrust laws are intended to prohibit and thus constitutes antitrust injury.  Unless the activities complained of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is without an adequate remedy at law.

### SIXTH CLAIM FOR RELIEF
### Unlawful Tying of IIS Web Server to Workgroup Operating System
### In Violation of Section 1 of the Sherman Act

239.    Sun incorporates the allegations in paragraphs 1 through 238 above.

240.    Microsoft's workgroup server operating system products (*e.g.*, Windows NT 4.0 Server, Windows 2000 Server) and IIS web server are separate and distinct products.  They are sold in separate markets; their functions are different; and there is separate demand for them.

241.    Microsoft has tied and plans to continue to tie IIS web server to its workgroup server

61.

1   operating system products.

2       **242.**  Microsoft has sufficient market power in the workgroup server operating system

3   market to restrain competition in the web server market as a result of its tying arrangement.

4       **243.**  The tie affects a not insubstantial amount of interstate commerce in web server

5   software.

6       **244.**  The purpose and effect of this tying is to prevent customers from choosing among

7   web servers on their merits and to foreclose competing web servers from an important distribution

8   channel, thereby restraining competition in the web server market. There are no benefits from this

9   tying that outweigh the harm to competition in the web server market.

10       **245.**  Microsoft's anticompetitive acts have harmed consumers and competition.

11       **246.**  As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

12   Section 1 of the Sherman Act, Sun has been and will continue to be damaged by, without

13   limitation, lost licensing fees, lost server sales, lost software product sales, lost sales of consulting

14   services, and a diminution in value to Sun's trademarks, reputation, and goodwill in amounts to be

15   proven at trial. Sun's injury is of the type the antitrust laws are intended to prohibit and thus

16   constitutes antitrust injury. Unless the activities complained of are enjoined, Sun will suffer

17   immediate and irreparable injury for which Sun is without an adequate remedy at law.

18                              **SEVENTH CLAIM FOR RELIEF**
    **Unlawful Tying of .NET Framework to PC and Workgroup Server Operating System**
19   **Products in Violation of Section 1 of the Sherman Act**

20       **247.**  Sun incorporates the allegations in paragraphs 1 through 246 above.

21       **248.**  Microsoft's .NET Framework and Windows PC operating systems and Windows

22   workgroup server operating systems are separate and distinct products. They are sold in separate

23   markets; their functions are different; and there is separate demand for them.

24       **249.**  Microsoft has announced it intends to tie the .NET Framework to its Windows PC

25   operating systems and Windows workgroup server operating systems.

26       **250.**  Microsoft has sufficient market power in the Intel-compatible PC operating systems

27   market and the workgroup server operating system market to restrain competition in the

28   middleware runtime market as a result of its tying arrangement.

1    **251.**   The tie affects a not insubstantial amount of interstate commerce in middleware

2    runtime software.

3    **252.**   The purpose and effect of this tying is to prevent customers from choosing among

4    middleware runtimes on their merits and to foreclose competing middleware runtimes from an

5    important distribution channel, thereby restraining competition in the middleware runtime market.

6    There are no benefits from this tying that outweigh the harm to competition in the middleware

7    runtime market.

8    **253.**   Microsoft's anticompetitive acts have harmed consumers and competition.

9    **254.**   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

10   Section 1 of the Sherman Act, Sun has been and will continue to be damaged by, without

11   limitation, lost licensing fees, lost workstation sales, lost server sales, lost software product sales,

12   lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and

13   goodwill in amounts to be proven at trial.  Sun's injury is of the type the antitrust laws are intended

14   to prohibit and thus constitutes antitrust injury.  Unless the activities complained of are enjoined,

15   Sun will suffer immediate and irreparable injury for which Sun is without an adequate remedy at

16   law.

17
                                  EIGHTH CLAIM FOR RELIEF
                   **Unlawful Exclusive Dealing and Other Exclusionary Agreements**
18                        **in Violation of Section 1 of the Sherman Act**

19   **255.**   Sun incorporates the allegations in paragraphs 1 through 254 above.

20   **256.**   Microsoft's agreements with ISVs, Apple Computer, and Intel not to develop for,

21   distribute, or use a non-Microsoft compatible implementation of the Java platform unreasonably

22   restrained competition.  Microsoft's agreements with OEMs and ISPs restricting the distribution of

23   non-Microsoft products like Netscape Navigator that were important alternative distribution

24   channels for distribution of compatible implementations of the Java runtime also unreasonably

25   restrained and substantially lessened competition in the relevant markets.  These agreements

26   unreasonably restrained trade and restricted the access of Sun to significant channels of

27   distribution, thereby restraining nascent competition in the PC operating system and workgroup

28   server operating system markets.

257. The purpose and effect of these agreements was to restrain trade and competition in the PC operating system and workgroup server operating system markets. These agreements violated Section 1 of the Sherman Act, 15 U.S.C. § 1.

258. Microsoft's anticompetitive acts have harmed consumers and competition.

259. Although Microsoft has since modified some of these agreements, the continuing anticompetitive effects of the agreements are substantial; the modified agreements are themselves anticompetitive, and there is a serious threat that, unless enjoined, Microsoft will re-impose the unlawful terms that it has expressed an intention it will not enforce.

260. As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of Section 1 of the Sherman Act, Sun has been and will continue to be damaged by, without limitation, lost licensing fees, lost computer workstation sales, lost server sales, lost software product sales, lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and goodwill in amounts to be proven at trial. Sun's injury is of the type the antitrust laws are intended to prohibit and thus constitutes antitrust injury. Unless the activities complained of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is without an adequate remedy at law.

## NINTH CLAIM FOR RELIEF
### Illegal Monopolization of Office Productivity Suite Market

261. Sun incorporates the allegations in paragraphs 1 through 260 above.

262. Microsoft possesses monopoly power in the market for office productivity suites. Significant entry barriers characterize that market.

263. Through the anticompetitive conduct described above, Microsoft has willfully obtained and maintained that power by anticompetitive and unreasonably exclusionary conduct in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. Unless restrained by the Court, Microsoft will continue to unlawfully maintain its monopoly power causing irreparable and continuing harm to Sun, for which Sun has no adequate legal remedy.

264. Microsoft's anticompetitive acts have harmed consumers and competition.

265. Microsoft has acted with the specific intent to obtain and maintain its monopoly

64.

1   power, and its illegal conduct has enabled it do so.

2      266.   Microsoft's conduct occurred in and affected interstate commerce.

3      267.   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of

4   Section 2 of the Sherman Act, Sun has been and will continue to be damaged by, without

5   limitation, diminished licensing fees, lost computer workstation sales, lost server sales, lost

6   software product sales, lost sales of consulting services, and a diminution in value to Sun's

7   trademarks, reputation, and goodwill in amounts to be proven at trial.  Sun's injury is of the type

8   the antitrust laws are intended to prohibit and thus constitutes antitrust injury.  Unless the activities

9   complained of are enjoined, Sun will suffer immediate and irreparable injury for which Sun is

10   without an adequate remedy at law.

11
                            TENTH CLAIM FOR RELIEF
                                Cartwright Act
12

13      268.   Sun incorporates the allegations in paragraphs 1 through 267 above.

14      269.   Microsoft's agreements, or combinations, with ISVs, Apple Computer, and Intel not

15   to develop for, distribute, or use a non-Microsoft compatible implementation of the Java platform,

16   unreasonably restrained trade.  The purpose and effect of these agreements was to restrain nascent

17   competition in PC operating system and workgroup server operating system markets, causing

18   substantial anticompetitive effects within these markets.

19      270.   Microsoft's agreements with OEMs and ISPs restricting the distribution of

20   compatible implementations of the Java runtime via non-Microsoft products like Netscape

21   Navigator also unreasonably restrained trade and restricted Sun's access to significant channels of

22   distribution.  The purpose and effect of these agreements was to restrain nascent competition in the

23   PC operating system and workgroup server operating system markets, causing substantial

24   anticompetitive effects within these markets.

25      271.   Microsoft's actions have violated California's Cartwright Act, Cal. Bus. & Prof.

26   Code §§ 16720 et seq.  Microsoft will continue to violate the Cartwright Act causing irreparable

27   and continuing harm to Sun, for which Sun has no adequate legal remedy.

28      272.   Microsoft's anticompetitive acts have harmed consumers and competition.

273.   As a direct, foreseeable, and proximate cause of Microsoft's conduct in violation of Cartwright Act, Sun has been and will continue to be damaged by, without limitation, diminished licensing fees, lost computer workstations sales, lost server sales, lost software product sales, lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and goodwill in amounts to be proven at trial.  Although unascertained, Sun's damages exceed seventy-five thousand dollars.

274.   Although Microsoft has since modified some of these agreements, the continuing anticompetitive effect of the agreements is substantial.  The modified agreements are themselves anticompetitive, and there is a serious threat that, unless enjoined, Microsoft will re-impose the unlawful terms that it has expressed an intention that it will not enforce.

### ELEVENTH CLAIM FOR RELIEF
### Unfair Competition

275.   Sun incorporates the allegations in paragraphs 1 through 274 above, except insofar as any of the allegations relate to acts or omissions that both occurred prior to January 23, 2001 and were the subject of *Sun Microsystems, Inc. v. Microsoft Corp.,* No., C97-20884 RMW (PVT) (N.D. Cal.).

276.   Microsoft's actions, as alleged, constitute unfair competition in violation of section 17200 et seq. of the California Business and Professions Code.

277.   Microsoft will continue its unlawful, unfair, and fraudulent business practices causing irreparable and continuing harm to Sun, for which Sun has no adequate legal remedy.

278.   As a direct, foreseeable, and proximate cause of Microsoft's unlawful, unfair, and fraudulent business practices, Sun has been and will continue to be damaged by, without limitation, diminished licensing fees, lost computer workstation sales, lost server sales, lost software product sales, lost sales of consulting services, and a diminution in value to Sun's trademarks, reputation, and goodwill in amounts to be proven at trial.  Although unascertained, Sun's damages exceed seventy-five thousand dollars.

TWELFTH CLAIM FOR RELIEF
Copyright Infringement

279.  Sun incorporates the allegations in paragraphs 1 through 278 above.

280.  Sun is the owner of registered copyrights in the source code for the Java Development Kit ("JDK") computer program.  Attached hereto as Exhibit N are true and correct copies of:  (1) the Certificate of Registration for JDK 1.0 alpha (TXu 835-277); (2) the Certificate of Registration and Supplementary Registration for version 1.0 alpha 2 of Sun's JDK (Certificate of Registration Nos. Stat. TX 4-576-685 and TX 4-825-238; (3) the Certificate of Registration for JDK 1.0 (TX 4-679-495); (4) the Certificate of Registration and Supplementary Registration for version 1.0.2 of Sun's JDK (Certificate of Registration Nos. TX 4-576-686 and TX 4-648-608); (5) the Certificate of Registration and Supplemental Registration for version 1.1 of Sun's JDK (Certificate of Registration Nos. TX 4-576-687 and TX 4-648-508); and (6) the Certificate of Registration for JDK 1.1.3 (No. TX 4-648-509).

281.  Microsoft's Virtual Machine for Java, which Microsoft previously incorporated into a number of products, including its Internet Explorer browser and Windows operating system, is based on source code copied or derived from Sun's copyrighted JDK source code.

282.  Microsoft is no longer incorporating its Virtual Machine for Java into Internet Explorer 6.0 and Windows XP, and is instead separately distributing the Microsoft Virtual Machine for Java by requiring users of those products to separately download and install the Microsoft Virtual Machine for Java the first time they encounter web pages containing Java applications.

283.  Microsoft's distribution is unlicensed because it is outside the scope of Microsoft's limited license under the Settlement Agreement between Sun and Microsoft, and therefore constitutes copyright infringement under 17 U.S.C. § 501 *et seq.*

284.  Microsoft's infringement of Sun's copyright in its source code has caused and, if not enjoined, will continue to cause irreparable and continuing harm to Sun, for which Sun has no adequate legal remedy.

285.  As a direct and proximate result of Microsoft's wrongful infringement of Sun's

1  copyright in its source code, Sun has been and will continue to be damaged by, without limitation,

2  a diminution in the value of its trademarks, reputation, and goodwill in an amount to be proven at

3  trial.

4        **286.**   Microsoft's wrongful infringement of Sun's copyright in its source code is knowing,

5  deliberate, willful, fraudulent, and without extenuating circumstances. Sun is therefore entitled to

6  recover three times the amount of its actual damages, as well as its attorneys' fees and costs

7  incurred in this action.

8  <div align="center">**PRAYER FOR RELIEF**</div>

9      **WHEREFORE,** Sun prays for relief against Microsoft as follows:

10        **287.**   That the Court adjudge and decree that Microsoft:

11            (a)   unlawfully maintained its Intel-compatible PC operating system monopoly

12  in violation of Section 2 of the Sherman Act;

13            (b)   unlawfully acted to obtain and maintain its web browser monopoly in

14  violation of Section 2 of the Sherman Act;

15            (c)   unlawfully tied Internet Explorer to its Windows PC operating system in

16  violation of Section 1 of the Sherman Act;

17            (d)   unlawfully attempted to monopolize the workgroup server operating system

18  market in violation of Section 2 of the Sherman Act;

19            (e)   unlawfully tied its Windows workgroup server operating systems to its

20  Windows PC operating system in violation of Section 1 of the Sherman Act;

21            (f)   unlawfully tied its IIS web server to its Windows workgroup server

22  operating system in violation of Section 1 of the Sherman Act;

23            (g)   unlawfully tied its .NET Framework to its Windows workgroup server

24  operating system and/or PC operating system in violation of Section 1 of the Sherman Act;

25            (h)   engaged in unlawful exclusive dealing and other exclusionary agreements in

26  violation of Section 1 of the Sherman Act;

27            (i)   unlawfully obtained and maintained its office productivity applications

28  monopoly in violation of Section 2 of the Sherman Act;

<div align="center">68.</div>

1          (j)     violated the California Cartwright Act;

2          (k)     unlawfully committed acts of unfair competition in violation of Cal. Bus. &

3  Prof. Code §§ 17200 et seq.; and

4          (l)     infringed Sun's copyrighted source code in the Java platform by distributing

5  the Microsoft Virtual Machine for Java outside the scope of its license from Sun.

6     **288.**   That Microsoft, all persons acting on its behalf or under its control, and all

7  successors thereto, be enjoined from:

8          (a)     distributing any Microsoft Windows PC operating system or web browser

9  unless Microsoft distributes the most current, unmodified binary implementation of the Java

10  Runtime Environment for Windows provided by Sun to Microsoft, and ensures it is installed and

11  enabled as the default Java Runtime Environment for any and all configurations of such products,

12  so long as Sun's implementation passes the relevant Java compatibility tests available from the

13  Java Community Process, and Sun makes its implementation available on a royalty-free basis;

14          (b)     distributing Microsoft's .NET Framework (Common Language Runtime,

15  .NET Class Libraries, and ASP.NET) as part of any Windows PC operating system, Windows

16  workgroup server operating system, office productivity applications suite, or browser, unless

17  Microsoft distributes the most current, unmodified binary implementation of the Java Runtime

18  Environment for Windows provided by Sun to Microsoft, and ensures it is installed and enabled as

19  the default Java Runtime Environment for any and all configurations of such products, so long as

20  Sun's implementation passes the relevant Java compatibility tests available from the Java

21  Community Process, and Sun makes its implementation available on a royalty-free basis;

22          (c)     inducing or funding any third party to develop or distribute implementations

23  of the Java technology that do not conform to Sun's published specifications for the Java

24  technology;

25          (d)     distributing any browser product, unless at least 180 days prior to its

26  commercial distribution of each such browser product, Microsoft discloses to the public at large all

27  source code for such browser product, including (without limitation) a complete specification of all

28  interfaces and protocols between such browser product and any Microsoft operating system or

69.

1   middleware product, and grants to the public at large a royalty-free, non-exclusive, perpetual

2   license on a non-discriminatory basis to make, use and distribute products implementing or derived

3   from Microsoft's source code pursuant to industry-standard open source license agreement (*e.g.*,

4   GNU license);

5              (e)      bundling Microsoft's IIS web server with Windows Server operating

6   systems;

7              (f)      distributing any Microsoft product that subsets or supersets any published

8   standard or protocol approved by and available for non-discriminatory license through an

9   independent, internationally recognized industry standards organization;

10             (g)      distributing any Microsoft PC operating system, unless 180 days prior to its

11   commercial distribution of such products, Microsoft publicly discloses and licenses free of charge

12   on a royalty-free, non-discriminatory, non-exclusive basis all interfaces, protocols, and technical

13   information that Microsoft employs to enable Microsoft's  PC operating system to interoperate

14   effectively with applications and/or platform software (*e.g.*, workgroup server operating systems,

15   middleware, etc.) installed on that or any other device, including (without limitation) any PC,

16   server, telephone, personal digital assistant or set-top box;

17             (h)      distributing Microsoft's Virtual Machine for Java unless it is shipped as an

18   integrated component of the products listed in Exhibit D of the January 23, 2001 Settlement

19   Agreement between Sun and Microsoft or successor versions of such products;

20             (i)      engaging in the unlawful practices described in this Complaint and from

21   engaging in any similar unlawful practices.

22        **289.**   That Sun recover damages as provided by law, including treble damages.

23        **290.**   That Sun recover the costs of this suit, including its attorneys' fees, as provided by

24   law.

25        **291.**   That the Court grant any such other relief as the Court deems just and proper.

26

27

28

1

**JURY DEMAND**

2

Sun demands trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

3

4     Dated:  March 8, 2002

5

6                                              DAY CASEBEER
                                               MADRID & BATCHELDER LLP
7

8                                              By:  _____
                                                      Lloyd R. Day, Jr.
9
                                               Attorneys for Plaintiff
10                                             SUN MICROSYSTEMS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

71.

| To: | Executive Staff and direct reports |
| From: | Bill Gates |
| Date: | May 26, 1995 |

## The Internet Tidal Wave

Our vision for the last 20 years can be summarized in a succinct way.  We saw that exponential improvements in computer capabilities would make great software quite valuable. Our response was to build an organization to deliver the best software products. In the next 20 years the improvement in computer power will be outpaced by the exponential improvements in communications networks. The combination of these elements will have a fundamental impact on work, learning and play. Great software products will be crucial to delivering the benefits of these advances. Both the variety and volume of software will increase.

Most users of communications have not yet seen the price of communications come down significantly. Cable and phone networks are still depreciating networks built with old technology. Universal service, monopolies, and other governmental involvement around the world have kept communications costs high. Private networks and the Internet which are built using state of the art equipment have been the primary beneficiaries of improved communication technology. The PC is just now starting to create additional demand that will drive a new wave of investment.  A combination of expanded access to the Internet, ISDN, new broadband networks justified by video based applications and interconnections between each of these will bring low cost communication to most businesses and homes within the next decade.

The Internet is at the forefront of all of this and developments on the Internet over the next several years will set the course of our industry for a long time to come. Perhaps you have already seen memos from me or others here about the importance of the Internet. I have gone through several stages of increasing my views of its importance. Now I assign the Internet the highest level of importance. In this memo I want to make clear that our focus on the Internet is critical to every part of our business. The Internet is the most important single development to come along since the IBM PC was introduced in 1981. It is even more important than the arrival of graphical user interface (GUI). The PC analogy is apt for many reasons. The PC wasn't perfect. Aspects of the PC were arbitrary or even poor. However a phenomena grew up around the IBM PC that made it a key element of everything that would happen for the next 15 years. Companies that tried to fight the PC standard often had good reasons for doing so but they failed because the phenomena overcame any weaknesses that resisters identified.

### The Internet Today

The Internet's unique position arises from a number of elements. The TCP/IP protocols that define its transport level support distributed computing and scale incredibly well. The Internet Engineering Task Force (IETF) has defined an evolutionary path that will avoid it running into future problems even as virtually everyone on the planet connects up. The HTTP protocols that define HTML Web browsing are extremely simple and have allowed servers to handle incredible traffic reasonably well. All of the predictions about hypertext - made decades ago by pioneers like Ted Nelson - are coming true on the Web. Although other protocols on the Internet will continue to be used (FTP, Gopher, IRC, Telnet, SMTP, NNTP), HTML with extensions will be the standard that defines how information will be presented. Various extensions to HTML including content enhancements like tables, and functionality enhancements like secure transactions, will be widely adopted in the near future. There will also be enhanced 3D presentations providing for virtual reality type shopping and socialization.

Another unique aspect of the Internet is that because it buys communications lines on a commodity bid basis and because it is growing so fast, it is the only "public" network whose economics reflect the latest

MSS 0033594
CONFIDENTIAL

Bill Gates
May 26, 1995
The Internet Tidal Wave

advances in communications technology. The price paid for corporations to connect to the Internet is determined by the size of your "on-ramp" to the Internet and not by how much you actually use your connection. Usage isn't even metered. It doesn't matter if you connect nearby or half way around the globe. This makes the marginal cost of extra usage essentially zero encouraging heavy usage.

Most important is that the Internet has bootstrapped itself as a place to publish content. It has enough users that it is benefiting from the positive feedback loop of the more users it gets, the more content it gets, and the more content it gets, the more users it gets. I encourage everyone on the executive staff and their direct reports to use the Internet. I've attached an appendix which Brian Fleming helped me pull together that shows some hot sites to try out. You can do this by either using the .HTM enclosure with any Internet browser or, if you have Word set up properly, you can navigate right from within this document. Of particular interest are the sites such as "YAHOO" which provide subject catalogs and searching. Also of interest are the ways our competitors are using their Websites to present their products. I think SUN, Netscape and Lotus do some things very well.

Amazingly it is easier to find information on the Web than it is to find information on the Microsoft Corporate Network. This inversion where a public network solves a problem better than a private network is quite stunning. This inversion points out an opportunity for us in the corporate market. An important goal for the Office and Systems products is to focus on how our customers can create and publish information on their LANs. All work we do here can be leveraged into the HTTP/Web world. The strength of the Office and Windows businesses today gives us a chance to superset the Web. One critical issue is runtime/browser size and performance. Only when our Office + Windows solution has comparable performance to the Web will our extensions be worthwhile. I view this as the most important element of Office 96 and the next major release of Windows.

One technical challenge facing the Internet is how to handle "real-time" content --specifically audio and video. The underlying technology of the Internet is a packet network which does not guarantee that data will move from one point to another at a guaranteed rate. The congestion on the network determines how quickly packets are sent. Audio can be delivered on the Internet today using several approaches. The classic approach is to simply transmit the audio file in its entirety before it is played. A second approach is to send enough of it to be fairly sure that you can keep playing without having to pause. This is the approach Progressive Networks Real Audio (Rob Glaser's new company) uses. Three companies (Internet Voice Chat, Vocaltec, and Netphone) allow phone conversations across the Internet but the quality is worse than a normal phone call. For video, a protocol called CU-SeeMe from Cornell allows for video conferencing. It simply delivers as many frames per second as it sees the current network congestion can handle, so even at low resolution it is quite jerky. All of these "hacks" to provide video and audio will improve because the Internet will get faster and also because the software will improve. At some point in the next three years, protocol enhancements taking advantage of the ATM backbone being used for most of the Internet will provide "quality of service guarantees". This is a guarantee by every switch between you and your destination that enough bandwidth has been reserved to make sure you get your data as fast as you need it. Extensions to IP have already been proposed. This might be an opportunity for us to take the lead working with UUNET and others. Only with this improvement and an incredible amount of additional bandwidth and local connections will the Internet infrastructure deliver all of the promises of the full blown Information Highway. However, it is in the process of happening and all we can do is get involved and take advantage.

I think that virtually every PC will be used to connect to the Internet and that the Internet will help keep PC purchasing very healthy for many years to come. PCs will connect to the Internet a variety of ways. A normal phone call using a 14.4k or 28.8k baud modem will be the most popular in the near future. An ISDN connection at 128kb will be very attractive as the connection costs from the RBOCs and the modem costs come down. I expect an explosion in ISDN usage for both Internet connection and point-to-point connections. Point-to-point allows for low latency which is very helpful for interactive games. ISDN point-to-point allows for simultaneous voice data which is a very attractive feature for sharing information. Example scenarios include planning a trip, discussing a contract, discussing a financial transaction like a bill or a purchase or taxes or getting support questions about your PC answered. Eventually you will be able to find the name of someone or a service you want to connect to on the Internet and rerouting your call

---

**Microsoft** Confidential                    -2-                    \\lincoln_bu\public\web\itw.doc

MSS 0033595
CONFIDENTIAL

to temporarily be a point-to-point connection will happen automatically. For example when you are browsing travel possibilities if you want to talk to someone with expertise on the area you are considering, you simply click on a button and the request will be sent to a server that keeps a list of available agents who can be working anywhere they like as long as they have a PC with ISDN. You will be reconnected and the agent will get all of the context of what you are looking at and your previous history of travel if the agency has a database. The reconnection approach will not be necessary once the network has quality of service guarantees.

Another way to connect a PC will be to use a cable-modem that uses the coaxial cable normally used for analog TV transmission. Early cable systems will essentially turn the coax into an Ethernet so everyone in the same neighborhood will share a LAN. The most difficult problem for cable systems is sending data from the PC back up the cable system (the "back channel"). Some cable companies will promote an approach where the cable is used to send data to the PC (the "forward channel") and a phone connection is used for the back channel. The data rate of the forward channel on a cable system should be better than ISDN. Eventually the cable operators will have to do a full upgrade to an ATM-based system using either all fiber or a combination of fiber and Coax--however, when the cable or phone companies will make this huge investment is completely unclear at this point. If these buildouts happen soon, then there will be a loose relationship between the Internet and these broadband systems. If they don't happen for some time, then these broadband systems could be an extension of the Internet with very few new standards to be set. I think the second scenario is very likely.

Three of the biggest developments in the last five years have been the growth in CD titles, the growth in On-line usage, and the growth in the Internet. Each of these had to establish critical mass on their own. Now we see that these three are strongly related to each other and as they come together they will accelerate in popularity. The On-line services business and the Internet have merged. What I mean by this is that every On-line service has to simply be a place on the Internet with extra value added. MSN is not competing with the Internet although we will have to explain to content publishers and users why they should use MSN instead of just setting up their own Web server. We don't have a clear enough answer to this question today. For users who connect to the Internet some way other than paying us for the connection we will have to make MSN very, very inexpensive - perhaps free. The amount of free information available today on the Internet is quite amazing. Although there is room to use brand names and quality to differentiate from free content, this will not be easy and it puts a lot of pressure to figure out how to get advertiser funding. Even the CD-ROM business will be dramatically affected by the Internet. Encyclopedia Brittanica is offering their content on a subscription basis. Cinemania type information for all the latest movies is available for free on the Web including theater information and Quicktime movie trailers.

## Competition

Our traditional competitors are just getting involved with the Internet. Novell is surprisingly absent given the importance of networking to their position however Frankenberg recognizes its importance and is driving them in that direction. Novell has recognized that a key missing element of the Internet is a good directory service. They are working with AT&T and other phone companies to use the Netware Directory Service to fill this role. This represents a major threat to us. Lotus is already shipping the Internotes Web Publisher which replicates Notes databases into HTML. Notes V4 includes secure Internet browsing in its server and client. IBM includes Internet connection through its network in OS/2 and promotes that as a key feature.

Some competitors have a much deeper involvement in the Internet than Microsoft. All UNIX vendors are benefiting from the Internet since the default server is still a UNIX box and not Windows NT, particularly for high end demands. SUN has exploited this quite effectively. Many Web sites, including Paul Allen's ESPNET, put a SUN logo and link at the bottom of their home page in return for low cost hardware. Several universities have "Sunsites" named because they use donated SUN hardware. SUN's Java project involves turning an Internet client into a programmable framework. SUN is very involved in evolving the Internet to stay away from Microsoft. On the SUN Homepage you can find an interview of Scott McNealy by John Gage where Scott explains that if customers decide to give one product a high market share

MSS 0033596
CONFIDENTIAL

(Windows) that is not capitalism. SUN is promoting Sun Screen and HotJava with aggressive business ads promising that they will help companies make money.

SGI has also been advertising their leadership on the Internet including servers and authoring tools. Their ads are very business focused. They are backing the 3D image standard, VRML, which will allow the Internet to support virtual reality type shopping, gaming, and socializing.

Browsing the Web, you find almost no Microsoft file formats. After 10 hours of browsing, I had not seen a single Word .DOC, AVI file, Windows .EXE (other than content viewers), or other Microsoft file format. I did see a great number of Quicktime files. All of the movie studios use them to offer film trailers. Apple benefited by having TCP support before we did and is working hard to build a browser that built from OpenDoc components. Apple will push for OpenDoc protocols to be used on the Internet, and is already offering good server configurations. Apple's strength in education gives them a much stronger presence on the Internet that their general market share would suggest.

Another popular file format on the Internet is PDF, the short name for Adobe Acrobat files. Even the IRS offers tax forms in PDF format. The limitations of HTML make it impossible to create forms or other documents with rich layout and PDF has become the standard alternative. For now, Acrobat files are really only useful if you print them out, but Adobe is investing heavily in this technology and we may see this change soon.

Acrobat and Quicktime are popular on the network because they are cross platform and the readers are free. Once a format gets established it is extremely difficult for another format to come along and even become equally popular.

A new competitor "born" on the Internet is Netscape. Their browser is dominant, with 70% usage share, allowing them to determine which network extensions will catch on. They are pursuing a multi-platform strategy where they move the key API into the client to commoditize the underlying operating system. They have attracted a number of public network operators to use their platform to offer information and directory services. We have to match and beat their offerings including working with MCI, newspapers, and other who are considering their products.

One scary possibility being discussed by Internet fans is whether they should get together and create something far less expensive than a PC which is powerful enough for Web browsing. This new platform would optimize for the datatypes on the Web. Gordon Bell and others approached Intel on this and decided Intel didn't care about a low cost device so they started suggesting that General Magic or another operating system with a non-Intel chip is the best solution.

## Next Steps

In highlighting the importance of the Internet to our future I don't want to suggest that I am alone in seeing this. There is excellent work going on in many of the product groups. Over the last year, a number of people have championed embracing TCP/IP, hyperlinking, HTML, and building clients, tools and servers that compete on the Internet. However, we still have a lot to do. I want every product plan to try and go overboard on Internet features. One element that will be critical is coordinating our various activities. The challenge/opportunity of the Internet is a key reason behind the recent organization. Paul Maritz will lead the Platform group to define an integrated strategy that makes it clear that Windows machines are the best choice for the Internet. This will protect and grow our Windows asset. Nathan and Pete will lead the Applications and Content group to figure out how to make money providing applications and content for the Internet. This will protect our Office asset and grow our Office, Consumer, and MSN businesses. The work that was done in the Advanced Technology group will be extremely important as it is integrated in with our products.

We must also invest in the Microsoft home page, so it will be clear how to find out about our various products. Today it's quite random what is on the home page and the quality of information is very low. If you look up speeches by me all you find are a few speeches over a year old. I believe the Internet will become our most important promotional vehicle and paying people to include links to our home pages will be a worthwhile way to spend advertising dollars. First we need to make sure that great information is

---

MSS 0033597
CONFIDENTIAL

Bill Gates
May 26, 1995
The Internet Tidal Wave

available. One example is the demonstration files (Screencam format) that Lotus includes on all of their products organized by feature. I think a measurable part of our ad budget should focus on the Internet. Any information we create - white papers, data sheets, etc., should all be done on our Internet server.

ITG needs to take a hard look at whether we should drop our leasing arrangements for data lines to some countries and simply rely on the Internet.

**The actions required for the Windows platform are quite broad. Paul Maritz is having an Internet retreat in June which will focus on coordinating these activities. Some critical steps are the following:**

1.  **Server.** BSD is working on offering the best Internet server as an integrated package. We need to understand how to make NT boxes the highest performance HTTP servers. Perhaps we should have a project with Compaq or someone else to focus on this. Our initial server will have good performance because it uses kernel level code to blast out a file. We need a clear story on whether a high volume Web site can use NT or not because SUN is viewed as the primary choice. Our plans for security need to be strengthened. Other Backoffice pieces like SMS and SQL server also need to stay out in front in working with the Internet. We need to figure out how OFS can help perhaps by allowing pages to be stored as objects and having properties added. Perhaps OFS can help with the challenge of maintaining Web structures. We need to establish distributed OLE as the protocol for Internet programming. Our server offerings need to beat what Netscape is doing including billing and security support. There will be substantial demand for high performance transactions servers. We need to make the media server work across the Internet as soon as we can as new protocols are established. A major opportunity/challenge is directory. If the features required for Internet directory are not in Cairo or easily addable without a major release we will miss the window to become the world standard in directory with serious consequences. Lotus, Novell, and AT&T will be working together to try and establish the Internet directory. Actually getting the content for our directory and popularizing it could be done in the MSN group.

2.  **Client.** First we need to offer a decent client (O'Hare) that exploits Windows 95 shortcuts. However this alone won't get people to switch away from Netscape. We need to figure out how to integrate Blackbird, and help browsing into our Internet client. We have made the decision to provide Blackbird capabilities openly rather than tie them to MSN. However, the process of getting the size, speed, and integration good enough for the market needs work and coordination. We need to figure out additional features that will allow us to get ahead with Windows customers. We need to move all of our Internet value added from the Plus pack into Windows 95 itself as soon as we possibly can with a major goal to get OEMs shipping our browser preinstalled. This follows directly from the plan to integrate the MSN and Internet clients. Another place for integration is to eliminate today's Help and replace it with the format our browser accepts including exploiting our unique extensions so there is another reason to use our browser. We need to determine how many browsers we promote. Today we have O'Hare, Blackbird, SPAM, MediaView, Word, PowerPoint, Symettry, Help and many others. Without unification we will lose to Netscape/HotJava.

    Over time the shell and the browser will converge and support hierarchical/list/query viewing as well as document with links viewing. The former is the structured approach and the later allows for richer presentation. We need to establish OLE protocols as the way rich documents are shared on the Internet. I am sure the OpenDoc consortium will try and block this.

3.  **File sharing/Window sharing/Multi-user.** We need to give away client code that encourages Windows specific protocols to be used across the Internet. It should be very easy to set up a server for file sharing across the Internet. Our PictureTel screen sharing client allowing Window sharing should work easily across the Internet. We should also consider whether to do something with the Citrix code that allows you to become a Windows NT user across the Network. It is different from the PictureTel approach because it isn't peer to peer. Instead it allows you to be a remote user on a shared NT system. By giving away the client code to support all of these scenarios, we can start to show that a Windows machine on the Internet is more valuable than an arbitrary machine on the net. We have immense leverage because our Client and Server API story is very strong. Using VB or VC to write internet applications which have their UI remoted is a very powerful advantage for NT servers.

MSS 0033598
CONFIDENTIAL

Bill Gates
May 26, 1995
The Internet Tidal Wave

4. **Forms/ Languages**. We need to make it very easy to design a form that presents itself as an HTML page. Today the Common Gateway Interface (CGI) is used on Web servers to give forms 'behavior' but its quite difficult to work with. BSD is defining a somewhat better approach they call BGI. However we need to integrate all of this with our Forms3 strategy and our languages. If we make it easy to associate controls with fields then we get leverage out of all of the work we are doing on data binding controls. Efforts like Frontier software's work and SUN's Java are a major challenge to us. We need to figure out when it makes sense to download control code to the client including a security approach to avoid this being a virus hole.

5. **Search engines**. This is related to the client/server strategies. Verity has done good work with Notes, Netscape, AT&T and many others to get them to adopt their scaleable technology that can deal with large text databases with very large numbers of queries against them. We need to come up with a strategy to bring together Office, Mediaview, Help, Cairo, and MSN. Access and Fox do not support text indexing as part of their queries today which is a major hole. Only when we have an integrated strategy will we be able to determine if our in-house efforts are adequate or to what degree we need to work with outside companies like Verity.

6. **Formats**. We need to make sure we output information from all of our products in both vanilla HTML form and in the extended forms that we promote. For example, any database reports should be navigable as hypertext documents. We need to decide how we are going to compete with Acrobat and Quicktime since right now we aren't challenging them. It may be worth investing in optimizing our file formats for these scenarios. What is our competitor to Acrobat? It was supposed to be a combination of extended metafiles and Word but these plans are inadequate. The format issue spans the Platform and Applications groups.

7. **Tools**. Our disparate tools efforts need to be brought together. Everything needs to focus on a single integrated development environment that is extensible in an object oriented fashion. Tools should be architected as extensions to this framework. This means one common approach to repository/projects/source control. It means one approach to forms design. The environment has to support sophisticated viewing options like timelines and the advanced features SoftImage requires. Our work has been separated by independent focus on on-line versus CD-ROM and structured display versus animated displays. There are difficult technical issues to resolve. If we start by looking at the runtime piece (browser) I think this will guide us towards the right solution with the tools.

**The actions required for the Applications and Content group are also quite broad. Some critical steps are the following:**

1. **Office**. Allowing for collaboration across the Internet and allowing people to publish in our file formats for both Mac and Windows with free readers is very important. This won't happen without specific evangelization. DAD has written some good documents about Internet features. Word could lose out to focused Internet tools if it doesn't become faster and more WYSIWYG for HTML. There is a crucial strategy issue of whether Word as a container is a strict superset of our DataDoc containers allowing our Forms strategy to embrace Word fully.

2. **MSN**. The merger of the On-line business and Internet business creates a major challenge for MSN. It can't just be the place to find Microsoft information on the Internet. It has to have scale and reputation that it is the best way to take advantage of the Internet because of the value added. A lot of the content we have been attracting to MSN will be available in equal or better form on the Internet so we need to consider focusing on areas where we can provide something that will go beyond what the Internet will offer over the next few years. Our plan to promote Blackbird broadly takes away one element that would have been unique to MSN. We need to strengthen the relationship between MSN and Exchange/Cairo for mail, security and directory. We need to determine a set of services that MSN leads in - money transfer, directory, and search engines. Our high-end server offerings may require a specific relationship with MSN.

MSS 0033599
CONFIDENTIAL

3. **Consumer**. Consumer has done a lot of thinking about the use of on-line for its various titles. On-line is great for annuity revenue and eliminating the problems of limited shelf-space. However, it also lowers the barriers to entry and allows for an immense amount of free information. Unfortunately today an MSN user has to download a huge browser for every CD title making it more of a demo capability than something a lot of people will adopt. The Internet will assure a large audience for a broad range of titles. However the challenge of becoming a leader in any subject area in terms of quality, depth, and price will be far more brutal than todays CD market. For each category we are in we will have to decide if we can be #1 or #2 in that category or get out. A number of competitors will have natural advantages because of their non-electronic activities.

4. **Broadband media applications**. With the significant time before widescale iTV deployment we need to look hard at which applications can be delivered in an ISDN/Internet environment or in a Satellite PC environment. We need a strategy for big areas like directory, news, and shopping. We need to decide how to pursue local information. The Cityscape project has a lot of promise but only with the right partners.

5. **Electronic commerce**. Key elements of electronic commerce including security and billing need to be integrated into our platform strategy. On-line allows us to take a new approach that should allow us to compete with Intuit and others. We need to think creatively about how to use the internet/on-line world to enhance Money. Perhaps our Automatic teller machine project should be revived. Perhaps it makes sense to do a tax business that only operates on on-line. Perhaps we can establish the lowest cost way for people to do electronic bill paying. Perhaps we can team up with Quickbook competitors to provide integrated on-line offerings. Intuit has made a lot of progress in overseas markets during the last six months. All the financial institutions will find it very easy to buy the best Internet technology tools for us and others and get into this world without much technical expertise.

## The Future

We enter this new era with some considerable strengths. Among them are our people and the broad acceptance of Windows and Office. I believe the work that has been done in Consumer, Cairo, Advanced Technology , MSN, and Research position us very well to lead. Our opportunity to take advantage of these investments is coming faster than I would have predicted. The electronic world requires all of the directory, security, linguistic and other technologies we have worked on. It requires us to do even more in these areas than we were planning to. There will be a lot of uncertainty as we first embrace the Internet and then extend it. Since the Internet is changing so rapidly we will have to revise our strategies from time to time and have better inter-group communication than ever before.

Our products will not be the only things changing. The way we distribute information and software as well as the way we communicate with and support customers will be changing. We have an opportunity to do a lot more with our resources. Information will be disseminated efficiently between us and our customers with less chance that the press miscommunicates our plans. Customers will come to our "home page" in unbelievable numbers and find out everything we want them to know.

The next few years are going to be very exciting as we tackle these challenges and opportunities. The Internet is a tidal wave. It changes the rules. It is an incredible opportunity as well as incredible challenge. I am looking forward to your input on how we can improve our strategy to continue our track record of incredible success.

## HyperLink Appendix

Related reading, double click to open them On-line! (*Microsoft LAN only, Internet Assistant is not required for this part!!*):

MSS 0033600
CONFIDENTIAL

Bill Gates
May 26, 1995
The Internet Tidal Wave

- Gordon Bell on the Internet email by Gordon Bell
- Affordable Computing: advertising subsidized hardware. by Nicholas Negroponte
- Brief Lecture Notes on VRML & Hot Java email by William Barr
- Notes from a Lecture by Mark Andreesson (Netscape) email by William Barr
- Application Strategies for the World Wide Web by Peter Pathe (Contains **many more links!**)

Below is a hotlist of Internet Web sites you might find interesting. I've included it as an embedded .HTM file which should be readable by most Web Browsers. Double click it if you're using a Web Browser like O'Hare or Netscape.



HotList.htm

A second copy of these links is below as Word HTML links. *To use these links, you must be running the Word Internet Assistant, and be connected to the Web.*

**Cool, Cool, Cool..**

The Lycos Home Page
Yahoo
RealAudio Homepage
HotWired - New Thinking for a New Medium

**Competitors**

Microsoft Corporation World-Wide-Web Server
Welcome To Oracle
Lotus on the Web
Novell Inc. World Wide Web Home Page
Symantec Corporation Home Page
Borland Online
Disney/Buena Vista
Paramount Pictures
Adobe Systems Incorporated Home Page
MCI
Sony Online

**Sports**

ESPNET SportsZone
The Gate Cybersports Page
The Sports Server
Las Vegas Sports Page

**News**

CRAYON
Mercury Center Home Page

**Travel/Entertainment**

ADDICTED TO NOISE
CDnow! The Internet Music Store
Travel & Entertainment Network home page
Virtual Tourist World Map
City.Net

MSS 0033601
CONFIDENTIAL

Bill Gates
May 26, 1995
The Internet Tidal Wave

**Auto**

<u>Dealernet</u>
<u>Popular Mechanics</u>

MSS_0033602
CONFIDENTIAL

*COPY : CAMDIR*
*FROM EXEC RETREAT*
*CONFIDENTIAL*

# *Internet Browsers*
## *1. Netscape's actions*
## *2. How to Win*

**Paul Maritz**

**Feb 22, 1996**

# The Problem: Browser Market Share



ATTORNEYS ONLY

NEW YORK  AG

MSS 5051503
CONFIDENTIAL

MS. CONFIDENTIAL

MS6 6008247
CONFIDENTIAL



*1*

# Why does it matter

- Pages become applications
- Netscape/Java is using the browser to create a "virtual operating system"
  - no longer a browser, now an environment
  - has end-user momentum (unlike Appware, etc.)
  - will redefine client/server computing
- Windows will become devalued, eventually replaceable?

# Netscape Navigator History

- 1.0 Q4'CY94
  - Major release - rewrite of NCSA code
- 1.1 Q2'95
  - minor - tables
- 1.2 Q3'95
  - minor
- 2.0 Q1'96
  - major

NEW YORK  AG

MS6 6008248
CONFIDENTIAL                    2

ATTORNEYS ONLY  

# Navigator

- Navigator 2.0 -- shipping today on Win3.x, Win95, WinNT, Mac, X.
  - Framesets
  - Javascript
  - Java support (not on win3.x or Mac yet)
  - Plugins
  - Mail, News Client Built In
- Security (w/ Verisign)
  - Client authentication, secure news/mail
- Chat, Smartmarks, VRML (PaperSoft) Add-Ins
- 24 3rd party plugins (Director, Acrobat)

# Authoring Tools

- Navigator Gold -- beta today on WIn95 and WinNT
  - Easy HTML editing, bundled with browser
  - Posting to ISP
- LiveWire -- beta this quarter?
  - Site mgmt
  - Server based JavaScript
  - Server admin
- LiveWire Pro -- beta this quarter?
  - DB connectivity

NEW YORK  AG

MS6 6008249
CONFIDENTIAL

3

ATTORNEYS ONLY    MSS 5051505
CONFIDENTIAL

## Speculation:

- Navigator 3.0 -- Q3 96
  - ■ User features:
    - –2D layout (BlackBird)
    - –HTML/JavaScript/Java as send note
    - –Integration of InSoft/VRML
  - ■ Developer features:
    - –common Java object model (with Sun?)

## Speculation:

- Navigator 3.0 -- Q3 96
  - ■ (Proprietary?) Security/Identity:
    - –Private newsgroups (w/ AOL?)
    - –Personalized communication
  - ■ (Proprietary?) Commerce
    - –information standards
    - –payment standards
  - ■ "Keep MS on treadmill":
    - –Javascript object model tweaks (aka MS treadmill)
    - –plug-in tweaks

NEW YORK  AG

MS6 6008250
CONFIDENTIAL

4

ATTORNEYS ONLY   

# Speculation:

- Navigator 4.0 -- Q4 96/Q1 97
  - Next generation streaming media
  - Integration with backend workgroup store (using Informix?)
  - Database-focused controls/plug-ins, local replication for mail/news

# Netscape as a company

- Browser is their core competence:
  - browser- excellent work
  - tools, server - OK

NEW YORK  AG

MS6 6008251
CONFIDENTIAL                         5

ATTORNEYS ONLY      MSS 5051507
                    CONFIDENTIAL

## Netscape as a company

- Able to scale up quickly:
  - Clark, Barksdale, Doer - know how to work "system"
  - Andreessen - giving good direction on browser
  - Hahn (Collabra) will drive good workgroup direction
  - Schell, Sha - good technical managers
- Able to react quickly (eg. Blackbird, IIS)

## Netscape as a company

- Obsessed with MS
  - will not support MS initiatives (eg. DocObj)
  - using market cap to address our strategy
    - eg. Since Dec 7th, identified MM as their weakness:
    - Insoft, Papersoft, Critieron acquisitions
  - shades of Novell

NEW YORK  AG

MS6 6008252
CONFIDENTIAL

6

ATTORNEYS ONLY    MSS 5051508
CONFIDENTIAL

# Java

- Gaining as scripting language
  - Netscape
  - Lotus ✓ WILL SUPPORT W/ NOTES
  - Macromedia
  - Adobe, etc.
- Class Libraries define "API"
- Becoming the "brand" for software components

# Sun & Java

- Licensing tied to the VM (interpreter)
- Trying to get innovations in API to flow back to Sun
- Working on JavaOS (an OS to sit under the runtimes)
  - diskless workstation, 5-10MB memory
  - ship by year-end?
  - selling to OEMs
- Core Java no longer at Sun?

ATTORNEYS ONLY

NEW YORK  AG

MS6 6008253
CONFIDENTIAL          7

MSS 5051509
CONFIDENTIAL

# How to Win

## Netscape strengths

- Browser
  - share
  - technology
- Market Position (Netscape=Internet)
- Good business people
  - exploiting position to build customers, partnerships (eg. Telco's, IBM, TCI)

NEW YORK  AG

MS6 6008254
CONFIDENTIAL

8

ATTORNEYS ONLY        MSS 5051510
CONFIDENTIAL

# Netscape Weaknesses

- Not dominant on the server
  - future innovations (eg. identity/security/workgroup) require server cooperation/infrastructure
- Tools not overwhelming
- Going for broke
  - willing to match MS across the board
- Will become more threatening as they grow (eg. to Sun)

# MS weaknesses

- Late Win3.1, Mac offerings
- Behind on browser features
- Late on Servers (Proxy, Commerce)
- No control over Java
- Windows/Office not viewed as factors
  - Pages evolving into applications - not using Win API
  - Office95 limited relevance as tool

NEW YORK AG

MS6 6008255
CONFIDENTIAL

9

ATTORNEYS ONLY    MSS 5051511
CONFIDENTIAL

## MS strengths

- Deep assets: desktop, server, apps, tools
- Broad LORG/SMORG/EU channel asset
- More $'s even than Netscape
- Content (timely?)
- Access??

## Product Strategy

- Catch Netscape 2.0, neutralize Java
- Lead on extending pages to apps
- User features:
  - Integrated with Windows, Mail
  - conferencing
  - multimedia
- Tie back to Windows
  - UI
  - API's
  - H/W acceleration

NEW YORK  AG

MS6 6008256
CONFIDENTIAL                10

ATTORNEYS ONLY          MSS 5051512
                        CONFIDENTIAL

# Better Product

- IE3.0:
  - ■ match Netscape 2.0 (framesets, plugins, etc.)
  - ■ get control of Java with Java support/tools
    - – Java can not be an advantage for Netscape
  - ■ Extend platform for a richer experience
    - – Viewing (Docobj)
    - – Programmability and Client/Server (OCXs).
    - – Multimedia & games (Active VRML)
    - – Phone & Conferencing (Microsoft Conferencing, SDK)

# Better Product

- Make Windows the Intra/Internet browser (shellview)
  - ■ Customer benefits from one place to view and work with all information (Webview)
  - ■ Common paradigm for Intranet/Internet

NEW YORK AG

MS6 6008257
CONFIDENTIAL

11

ATTORNEYS ONLY      

# Better Product

Need to be cross platform:
- NT with Shell Update Release (SUR)
  - Available when SUR is in beta
- Macintosh
  - In broad beta Q1 96 (on the web now)
- Win 3.1 (Internet Explorer 1.5)
  - Included with Gibraltar now
  - Broad distribution Q1 next year (on the web now)
  - Need stack and dialer
- UNIX (partner)

# Better Product

- Get ahead as pages evolve to applications
  - forms, data-binding, client/server behavior, multimedia
- Get control of, then leverage the programming model
  - extend HTML to leverage MS tools (and vice versa)
  - Use COM/OLE objects:
    – as way to add behavior client/server
    – provide needed x-platform support (Mac client, UNIX server)
    – neutralize Java
  - easy to extend the browser
  - superset plug-ins
  - safety
- Build identity ("Active") for these services

NEW YORK AG

MS6 6008258
CONFIDENTIAL

12

ATTORNEYS ONLY          MSS 5051514
CONFIDENTIAL

# Better Product

- End-user features
  - Conferencing
  - Phone
- Mail
  - HTML support
  - Browser integration
- Workgroup
  - HTML forms
  - Exchange Store integration with IIS

# Better Product: Servers & Tools

- Tools
  - easy to scale up from HTML
    - forms
    - data binding
    - objects
  - complete management solution
- Servers
  - fast, scaleable
  - complement programming, databinding model

NEW YORK  AG

MS6 6008259
CONFIDENTIAL
:3

ATTORNEYS ONLY        MSS 5051515
CONFIDENTIAL

# MS Products Timeline

- IE2.0, IIS now, Frontpage
- Apr: Frontpage 1.1
- June/July: IE3.0
- July: Office97
- Aug: Frontpage 1.2
- Sep/Oct: Inet Add-on (Integrated Explorer, Oprah, Athena)
- H2'96 ?
    - HTML Forms
    - Inet Studio
    - IIS 2.0
    - Merchant Server

# Marketing/Sales

- End-user share build
    - broad retail reach
    - promotion
    - access partnerships
- Business
    - Intranet
    - Client-server apps
    - Commerce
- Evangelism/Partners:
    - Web-masters
    - ICP's, ISV's, OEMs, Netop's, etc.
- Microsoft
    - Web Sites
    - internal business
    - Content
- Radical?

NEW YORK  AG

MS6 6008260
CONFIDENTIAL

ATTORNEYS ONLY

MSS 5051516
CONFIDENTIAL

14

# End Users

- **Share in "post NS2.0 gap" (next 6-9mons) is job#1:**
  - ■ Massive seeding of IE
    - – Magazines, tradeshows, via partners, high-profile events etc
    - – IE being free is a key advantage to push
  - ■ Big push with Internet Starter Kit and Plus 2.0
    - – Pay for premium merchandising positions
    - – Bounties for resellers from MSN?

# End Users

- **Share in "post NS2.0 gap" (next 6-9mons) is job#1:**
  - ■ Leverage access partners
  - ■ Broad advertising on the web & with traditional media?
  - ■ MS Content?, "MSN" Services? (free email, personalization?)

NEW YORK  AG

MS6 6008261
CONFIDENTIAL

15

ATTORNEYS ONLY          MSS 5051517
CONFIDENTIAL

# Business

- Own the Intranet:
  - ▪ Marketing/Sales: speak to corps on how to use the Intranet
  - ▪ Make Summer/Fall Product set the "Intranet" solution:
    - – Office/FP
    - – IE3.0/Inet Add-on
    - – NT/IIS
  - ▪ stress browser/server being free

# Business

- Commerce/Merchant Server
  - ▪ show how to exploit
- Show how to build "Web-based" client-server apps
- Exchange/Workgroup integration
- Show whw to use the Internet as your "WAN"

NEW YORK  AG

MS6 6008262
CONFIDENTIAL                          16

ATTORNEYS ONLY        MSS 5051518
CONFIDENTIAL

# Microsoft itself

- MS usage of the Web
  - All of our web sites needs to be the top IE 3 sites
  - We need a plan to convert the company
  - The web needs to be our primary communication tool
- Browser share needs to be a top priority for our sales teams and the customer units
  - Account plans
  - Building channel infrastructure
  - Training

# Webmasters

- Need to identify and build relationships
  - PDC, Tech ed and other programs to reach them en mass.
    - Probably need some new vehicles to reach them
- Make site mgt easier for them
  - Free front page and internet studio
  - Utilities to help them manage their site
- Build an authorized webmaster program and advertise broadly to end users and businesses

NEW YORK  AG

MS6 6008263                        17
CONFIDENTIAL

ATTORNEYS ONLY       MSS 5051519
CONFIDENTIAL

# ICPs

- Build 'first wave" like programs to provide value to ICPs that build on our platform and use our logo:
  - Create web sampler CD, add key partners web pages to it and bundle with Windows 95
  - Being in the pre-populated favorites list
  - Doing an internet theme
  - Being a part of special events CD
  - Link presence on our homepage
  - Link presence in an automated favorites update.
  - etc etc
- Special marketing pool of $30M to build co-marketing opportunities with the key sites

# ISPs

- Allow ISPs to be in Windows and the Internet Starter Kit
  - Type in your area code and get a list of ISPs to choose from
  - Issue: MSN being in the access business creates a challenge and materially limits the number of ISP partnerships we can build.
    - There are limits to the number of MSN resale or MSN Access Partners we can have.
- Provide customization opportunities so ISPs can brand their offering and add specific features
- Co-marketing funds to encourage ISP partners to promote our browser and get new customers for them
- Cross platform is ▬▬ key to this group

NEW YORK  AG

MS6 6008264
CONFIDENTIAL                    18

ATTORNEYS ONLY      MSS 5051520
                    CONFIDENTIAL

# Public Netops

- Let them sell access
- Incent them to push our clients, servers
- Give them capability to offer additional services:
  - content
  - mail
  - commerce
  - identity, etc.

# Traditional ISVs

- Allow them to distribute our browsers for free
- Develop first wave programs that:
  - Encourage them to build on our extensions and use our logo for their own sites
  - Take advantage of appropriate extensions in their products (docobj)

NEW YORK  AG

MS6 6008265
CONFIDENTIAL

19

ATTORNEYS ONLY        MSS 5051521
CONFIDENTIAL

# OEMs

- Encouraging them to ship Windows with all their systems since IE is a part of it
- MDA terms that provide co-marketing support for:
  - Enhancing their own site to be built on IE 3 and using our logo
  - Shipping our web sampler CD, with their own and our partners web pages on it (might not be separate CD)
  - Quickly pre-installing our product updates

# Resellers

- Co-marketing and merchandising dollars for:
  - Premium display of the Internet Starter Kit and Plus 2.0.
  - Enhancing their own site to be built on IE 3 and using our logo
  - Advertising

NEW YORK  AG

MS6 6008266
CONFIDENTIAL

20

ATTORNEYS ONLY

MSS 5051522
CONFIDENTIAL

# 1996 Evangelism

- Need series of boot-strap events/seminars
  - cross MS divisions
  - focussed on broad "non-end user" community:
    - business
    - ICP's
    - Webmasters
    - corp developers

# Issues:

- Who are our partners?
  - We need to build many alliances to help promote out platform
  - Some may require a larger amount of "sacrifice" than we are used to:
  - Examples:
    - AOL, Compuserve
    - Macromedia
    - Oracle
    - Apple
    - Sun
    - RealAudio

NEW YORK  AG

MS6 6008267
CONFIDENTIAL

21

ATTORNEYS ONLY      MSS 5051523
CONFIDENTIAL

# Issues:

- Access
  - is it a help or hindrance?
- Identity
  - who gets the names?
- Windows "box"
  - who do we us the asset?

# Radical

- Use $'s:
  - "buy" coolest sites (ESPN?,?) now
  - give away content?
- Partner with Intel to fund first nationwide QoS network:
  - tie to Windows client/MMX
  - give away voice calls (for a while)

NEW YORK  AG

MS6 6008268
CONFIDENTIAL                    22

ATTORNEYS ONLY      MSS 5051524
CONFIDENTIAL

# BACKUP

## Netscape Mission

"Premier provider of open software that
enables people and companies to
exchange information and conduct
commerce over the Internet and other
global networks"

NEW YORK  AG

MS6 6008269
CONFIDENTIAL

23

ATTORNEYS ONLY          MSS 5051525
CONFIDENTIAL

# History

- Founded April 94 by Clark and Andreessen
- $8M original funding — $4M Clark, $4M VC
- Barksdale joined 95?
- Navigator 1.0 shipped 12/94
- IPO 8/95
- Collabra acquired 11/95
- Insoft acquisition 2/96
- Paper acquisition 2/96
- Currently ~700 employees (200 new in January)

# Ownership



NEW YORK AG

MS6 6008270
CONFIDENTIAL

24

ATTORNEYS ONLY       MSS 5051526
CONFIDENTIAL

# Key People

| Jim Clark (50) | Chairman Founder | SGI -- Chairman Founder |
|---|---|---|
| Jim Barksdale (52) | President, CEO | AT+ Wireless -- CEO<br>McCaw -- President/COO<br>Federal Express -- VP COO |
| Marc Andreessen (24) | VP, Technology | Uofl, NCSA |
| Eric Bina, Rob McCool, Jon Mittelhauser,<br>Aleks Totic, Chris Houck, Lou Montulli | SVPs | NCSA, Lynx |
| Peter Currie (38) | CFO | McCaw -- EVP CFO<br>Morgan Stanley -- Principal |
| Roberta Katz | General Counsel<br>Secretary | McCaw -- SVP, General Counsel<br>Heller, Ehrman, White & McAuliffe |
| Todd Rulon-Miller | VP, Sales and Support | Software Alliance -- President, CEO<br>NeXT -- VP |
| Mike Homer (37) | VP Mktg | EO -- VP Engineering<br>GO -- VP Marketing<br>Apple |
| Rick Schell (43) | VP Eng | General Magic -- VP/GM<br>Bonanza -- VP<br>Sun, Intel |
| Jon Shirley (45) | VP/GM Int'l Apps | Oracle -- VP GMs<br>Wyse -- VP/GM |
| Kandis Malefyt | VP HR | SGI -- Director HR<br>ISI |

# Organizational Characteristics

- Fast Response -- shared mindset, quick decision processes, delegation
- Expansive -- broad view of platform and business
- Focus -- no sacred cows to protect
- High Risk -- initiatives announced with little followthru thinking
- Anti-Microsoft -- reactive to MS strategy

NEW YORK  AG

25

MS6 6008271
CONFIDENTIAL

ATTORNEYS ONLY        MSS 5051527
CONFIDENTIAL

# Revenues



85% growth in latest quarter

# Q4 Revenue Mix -- Products



Service details.

- 10x increase in ad revenue
- Maintenance contracts
- Fees for consulting/support on WSJ, Intuit, other home pages

NEW YORK  AG

MS6 6008272              26
CONFIDENTIAL

ATTORNEYS ONLY     MSS 5051528
                   CONFIDENTIAL

## Cost Structure



## Core Technologies

- Navigator -- HTML, JavaScript, Java
- HTTP/Commerce Server
- Navigator Gold, LiveWire -- Authoring and Site Mgmt
- Groupware -- Collabra Acquisition
- Conferencing/streaming a/v -- Insoft Acquisition
- 3D -- PaperSoft Acquisition

## Collaboration Products

- Mail, News -- shipping today in 2.0
- Collabra Share -- shipping today on Win3.x, Win95, WinNT, Mac
  - Threaded discussions/newsgroups
  - Replication between Collabra products, to/from Notes, to/from Internet
- News Server (Unix), Mail Server (Post.Office, Unix/NT)
- Insoft -- not shipping
  - Audio and video conferencing/streaming

## Server Market Share



NEW YORK AG

MS6 6008274
CONFIDENTIAL

28

ATTORNEYS ONLY    MSS 5051530
CONFIDENTIAL

# Servers

- Communications Server – shipping today on Unix, NT
  - Similar to MSFT IIS
- Commerce Server – shipping today on Unix, NT
  - Communications Server plus security
- Proxy Server – shipping today on Unix
- Mail/News Servers -- shipping today on Unix, NT (mail only)
- NSAPI - strategic API, unlikely to be adopted by others

# Solutions

- Merchant System – shipping today on Unix (SGI/Sparc)
  - Staging Server, Merchant Server, Transaction Server, templates and scripts
- Publishing System – shipping today on Unix
  - Commerce server, Membership mgmt, Search (Verity), Billing, CC Processing
- Community System – shipping today on Unix
  - Commerce server, Chat, Newsgroups, Membership mgmt, Search (Verity)
- IStore – shipping today on Unix
  - Commerce server, Catalog manager, CC/order processings

NEW YORK  AG

29

MS6 6008275
CONFIDENTIAL

ATTORNEYS ONLY   MSS 5051531
CONFIDENTIAL

# Future Directions - Server

- Database integration (Informix partnership)
- Strong merchant push
  - Verifone
- Site/Content mgmt
  - Likely using Informix databases
- Java/JavaScript as programming solution
  - Long term replacement to NSAPI
  - Work with Sun on DB access

# Other Points

- 2.0 product delayed for perf
- Likely need to migrate to NT
- 2 revs away on Solutions products
  - Picked 1-2 key sites to work with, learning w/ customers, building great sites, using knowledge to deliver shrink wrapped product
  - Custom solutions will hurt us -- they are way ahead in learning curve, customer understanding, penetration, marquee sites

NEW YORK  AG

MS6 6008276
CONFIDENTIAL

30

ATTORNEYS ONLY    MSS 5051532
CONFIDENTIAL

# PR/Marketing

- Huge leverage with partnerships
  - Sun, Adobe, Silicon graphics
- Perceived as leader
  - BlackBird, security, 3D
- Reactive to Microsoft announcements
  - BlackBird, 3D, InSoft
- Wired -- Mastered Internet PR

# Web Site Share

NEW YORK  AG

*31*

MS6 6008277
CONFIDENTIAL

ATTORNEYS ONLY     MSS 5051533
CONFIDENTIAL

# Web Site

- Primary Vehicle for External Communication
  - Home – Announcements, download, menu
  - Net exploration launch point
  - Online Netscape store, 3rd party products
  - Netscape discussion groups
  - Company, Product, and Partner Info
  - Net and Product Help
  - News, Press releases
- Usage Helps Them Learn
  - Eat their own Web dogfood

# Q4 Revenue Mix -- Channels



- Retail up 5 points over previous quarter
- Direct (telemarketing, online, field) down 4 points from previous quarter

NEW YORK AG

MS6 6008278
CONFIDENTIAL

32

ATTORNEYS ONLY        MSS 5051534
CONFIDENTIAL

## Developer Relations

- 12,000 developers enrolled in programs
- 24 addins to extend Navigator 2.0, 41 partners
- 28 companies endorsing Java
- 1st major conference in March 1 week prior to MSFT PDC

## Enterprise Penetration

- 70% of F100 use products
- Cisco, Wells Fargo, Intel, SGI, Sandia, Nat Semi, Mobil, McDonnell Douglas, Eli Lilly, Allen-Bradley, ATT, Electronic Arts, Fidelity, Siemens ROLM, Chemical Bank
- Sell Direct and OEM

NEW YORK  AG

33

MS6 6008279
CONFIDENTIAL

ATTORNEYS ONLY     MSS 5051535
CONFIDENTIAL

# Value Added Channel

- Goal - Highly leveraged model
- Heavy recruiting - VAR's 250 (Jun 95); 600 (Sep 95); 1,000 (Nov 95); 1500 (12/95)
- Today:  Partners slotted in following programs:
  - VAD > Reseller
  - Developer (>12,000; ICP, Web master focused)
  - ISP (>100)
- Tomorrow: Program tailoring
  - Certification, training, sales incentives

Source: Netscape      Microsoft Confidential      SBD Group            57
2/22/96

# Retail Channel

- Product hit stores in June 95
- Use two tiered structure: Access, Ingram, Ventana
- Browser - #1  9 weeks running in Comm category
- High retail presence US; minimal abroad
- Retailers pushing Navigator 2.0
- Prominent in Communication/Internet section

2/22/96        Microsoft Confidential      SBD Group              68

NEW YORK  AG

MS6 6008280            34
CONFIDENTIAL

ATTORNEYS ONLY     MSS 5051536
CONFIDENTIAL

## *NETSCAPE*
# Revenue Mix -- Geography



# International Status

- Subs located in:
  - Australia
  - France
  - Germany
  - Japan
  - UK
- New Subs opening in 1996
  - Canada; Hong Kong; Italy, Scandinavia, Singapore
- 38 distributors representing 29 countries

Source: MS Int'l field survey, Didier Benchimol, VP European Sales, Netscape

| 2/22/96 | Microsoft Confidential | SBD Group | 70 |

NEW YORK  AG

MS6 6008281          35
CONFIDENTIAL

ATTORNEYS ONLY    MSS 5051537
CONFIDENTIAL

# Threats

- Growing in "traditional" channels
  - 70% Fortune 500 penetration
  - Growing retail share
- Moving beyond HTML to "Platform for Communicating PC's"
  - Programmability, database, multi-media
  - Personalization, client authentication
  - Cross platform, PC and other devices
- Acquisitions/Partnerships
  - AOL, Lotus/IBM, Sun
  - Borland, MacroMedia, Adobe, VeriSign
- Wired, wired, wired!

# Opportunities

- Arrogance/Partnerships
  - Growing/threatening partners (W3C, developers)
- Reactive to Microsoft
  - Always try to out-announce Microsoft
- Cross Platform/Anti-Microsoft
  - Force them to play the platform game or lose
- Migration
  - Existing Win32/VB/Office users and corporations
- Mission Critical
  - Stabilty/reliability an issue
- Growth outside of browser
  - Tools, etc. could get beyond core competency

NEW YORK  AG

MS6 6008282
CONFIDENTIAL

36

ATTORNEYS ONLY        MSS 5051538
CONFIDENTIAL

| From: | Yuval Neeman |
|---|---|
| Sent: | Wednesday, October 02, 1996 11:00 AM |
| To: | Developer Tools Strategy; Peter Kukol; Patrick Dussud; Brad Lovering; David Stutz; Victor Stone; Ben Slivka; Adam Bosworth; Bob Muglia |
| Subject: | RE: Think Week (Long!) |

Let me show my ignorance,
I downlaod a Java (or applet) and the app offers me the the ability to change the font and background color of the UI. I expect subsequent usage of the app to have use these defaults.
Aslo to use Adam's example I have some data access app, Initialy i need to tell it what database type I want use (Oracle) and the specific database, after I use it for a while guess what, there is a new oracle driver (it now actualy works...) and I want to tell my app to use the new - specific driver.

Where is this information stored ?
- In code in a class file on my local drive
- On the server in some user personalization gizmo

It has to be persisted somewhere in the file system ir in some configuration database. So where is the magic. How is uninstall or upgrade simpler ?

Yuval.

| From: | Bob Muglia |
|---|---|
| Sent: | Tuesday, October 01, 1996 9:56 PM |
| To: | Developer Tools Strategy; Peter Kukol; Patrick Dussud; Brad Lovering; David Stutz; Victor Stone; Ben Slivka; Adam Bosworth |
| Subject: | FW: Think Week (Long!) |

fyi...

bob

| From: | Aaron Contorer |
|---|---|
| Sent: | Monday, September 30, 1996 12:37 PM |
| To: | Bob Muglia |
| Subject: | FW: Think Week (Long!) |

It is my understanding that this issue falls entirely under your group, but please let me know if there is any way I could help, or any people I should talk to to better understand this for Bill.

——Original Message——
| From: | Bill Gates |
|---|---|
| Sent: | Monday 30 September 1996 11:25 AM |
| To: | Aaron Contorer |
| Subject: | FW: Think Week (Long!) |

This scares the hell out of me.

Its still very unclear to me what our OS will offer to Java client applications code that will make them unique enough to preserve our market position.

Understanding this is so important that it deserves top priority.

ATTORNEYS ONLY

——Original Message——
| From: | Adam Bosworth |
|---|---|
| Sent: | Sunday, September 29, 1996 2:09 PM |
| To: | Aaron Contorer |
| Cc: | Bill Gates; Gary Burd; Brad Silverberg; John Ludwig; Ben Slivka; Bob Muglia |
| Subject: | Think Week (Long!) |

MSS 0065262
CONFIDENTIAL

I think it is important to understand that Java is not just a language. If it were just a language, it would not be a threat to us. We would and could easily just build the best implementation of this language and be done. It is, however, much more. It is an alternative to COM. Now I realize that this is, even for me, a provocative statement. I'm going to

try to back it up. First I'll use some examples and then discuss the issue in a slightly more wide-ranging fashion.

**Examples:**
When listening to the Denali folks explain to various Web-masters why it doesn't run on Unix, I hear the statement that COM isn't on Unix. Ignoring whether this is or isn't true, Java is on Unix and requires no dealing with setup, install, de-install, or anything else. Thus it is really easy to understand how a system for dynamically authoring Web pages on the server that depended upon Java objects rather than COM ones would have wider appeal. In Trident I'm asked how the local Dataset gets brought across the wire. I answer dataSource controls and can demo this. But, it assumes that some piece of code is permanently available on my machine to do ODBC. I'm asked why I don't just read the data over the wire using JDBC. I answer that I want to and will. Why? Because the JDBC class can be dynamically loaded, executed directly against the wire format coming over the same wire (Java is good at this, the right classes are there), and then discarded. No install. Nothing sitting in my registry file. Works on any platform. So the fact that JDBC can be loaded across the wire essentially makes it a wire level protocol as far as I'm concerned in as much as I never need to keep custom code on my machine that talks to a specific wire protocol. Next, let's consider authoring a calender control. Up to now I've been telling folks that COM works here and Applet's don't because I want to be able in Trident to sink the events of the control like DateChanged fired when the user clicks on the control and COM provides an architecture both for me sinking the events and for a RAD tool discovering what these events are and Applet's don't. This isn't true anymore. With LiveConnect I can simply pass in a script function in my page as a parameter of the Applet and the Applet can fire it. Or with JavaBeans, I can easily write one extra property in the Applet (EventSink) set my one new method SetHandleEvents, and then when I want to fire the event I just write a single line of code this.EventSink->DateChanged(NewDate). (The syntax may be slightly off). To implement the same think in our OLE Controls, I must allocate a conection point container, add a connection point, add a pointer to the sink to the connection point, marshall the arguments into the form that the Invoke method of the IDispatch interface expects, and then fire it. This is actually quite a lot of hard code which provides no runtime benefit in real life. Thus it is a lot harder and bigger to write than the Java equivalent. Sure we could use the same architecture from C++, but that's the point. This is an architecture, not just a language. Another example. We were told that it would be easy to write controls in Java. It was just a language. Well, considering the importance to us, I'd assume if it were easy we'd be doing it by now. But as of this writing, there isn't even clear agreement about how you will write such a thing because the Java folks are afraid/embarrased to expose the raw plumbing to the Java programmer because it is so much harder than the Borland Javabeans alternatives. So right now we have nothing. I literally cannot write today a calendar control in Java that will fire events to my script in Trident. Netscape is shipping today a browser that can. This cannot stand and, if it does, obviously I'll be forced to support LiveConnect with great speed in Trident because the alternative would be that Netscape would interact better with Java Components than I do.

**General Issue:**
A key general issue that Gary Burd is better equipped to explain than I am is that Java has a competitive advantage in simplicity of implementation precisely because the architecture isn't language neutral. They have brilliantly used the language to solve problems where we must (in C++) write lots of explicit code to do what essentially amounts to runtime plumbing and this code is hard to write and hard to understand. This shows up in every facet of the language. Indeed, the way to sink events in AWT is still simpler. You subclass the appropriate method of the object. Period. No wiring. JavaBeans has taken this to a new level by adding equivalents to our TypeInfos and our EventBinding ConnectionPoints that are lightyears simpler to implement and will almost certainly run a lot faster because they are essentially not overhead. All of these benefit from the fact that the objects can be dynamically loaded and don't require install/setup and you have only to look at Office to understand what a total nightmare Setup is for us at this point. This single fact, dynamic loading without setup/install/registration conflicts is alone a major asset for Java. The next issue is the classes. Java people have a zeitgeist which mandates that widgets built in Java run anywhere. This may limit them (no direct draw), but at the end of the day they do have access to a bitplane in AWT and many of them have simply written all their controls at that level bypassing all the slowness and ineficiency of the rest of AWT and using the bitplane as a universal portable layer. This works. This is what BOngo from Marimba and the forms that NetScape bought from a spin-off of the Nextstep folks and others are doing. At the same time, AWT 1.1 is about to come out and it is, by all accounts, a lot faster and better than AWT 1.0. We cannot fight this with complex classes that only work on Windows 32 bit platforms alone. We must also be the best provider of these AWT classes and the ones who then quietly offer "extensions" that do realize either the power of Windows (DirectDraw) or of Trident, but in ways that seduce rather than collide. We must acknowledge that Java competes with COM in order to understand what to do about it, not just put our heads in the sand. And we must actually go the last step and make certain that it is really easy to build dynamic extensions to our frameworks whether they are Denali or Trident using Java even if that means doing it differently than we would for C++. This doesn't mean just making it easy to put Java behind a Trident Page to construct a component as Bobmu is planning with Trics. It means also making it easy to build components in Java that either have nothing to do with Trident (they extend Denali) or just extend Trident but don't like it like DataSourceControls or sliders or ChartControls or animatedart.

Concerned

ATTORNEYS ONLY

MSS 0065263
CONFIDENTIAL

Adam Bosworth

----------
From:      Aaron Contorer
Sent:      Friday, September 27, 1996 12:55 PM
To:        Adam Bosworth
Subject:   re: memos you are writing

Best is to email them to both me and Bill.

If in time, I will include paper printout in to-read stack, which increases probability Bill will get to them promptly.
But even if not in time, Bill says he's quite interested so I'm not worried that he won't read them soon.

I apologize for the quite short notice for this Think Week. I know you are super busy.

     -Aaron

ATTORNEYS ONLY

MSS 0065264
CONFIDENTIAL

| | |
|---|---|
| **From:** | Jon DeVaan |
| **Sent:** | Wednesday, December 18, 1996 5:21 PM |
| **To:** | Brad Silverberg |
| **Subject:** | RE: regaining industry leadership – some thoughts (not necessarily happy ones) |
| | |
| **Categories:** | Mail, Strategy |

Heck no, I want to see this stuff.  If you want to add a sentence when you forward about your relative agreement, that'd be fine.
I've actually talked to Ben about this a few times before.  More feedback later.

-----Original Message-----
**From:** **Brad Silverberg**
**Sent:** Wednesday, December 18, 1996 12:51 PM
**To:** Jon DeVaan
**Subject:** FW: regaining industry leadership – some thoughts (not necessarily happy ones)

need your guidance on stuff like this jon.  is this stuff you want me to forward on to you, even if it's half baked and i may not agree with it?  or would you prefer for me to just let this stuff rattle around inside its small circle?

-----Original Message-----
**From:** Ben Slivka
**Sent:** Wednesday,December 18,1996 1:11 AM
**To:** John Ludwig; Brad Silverberg; Bob Muglia; David Cole; Brad Chase
**Subject:** RE: regaining industry leadership – some thoughts (not necessarily happy ones)

Lots of good stuff here.
The biggest challenge we face is the <u>promise</u> of Write Once, Run Anywhere (WORA) - this has been called the "Holy Grail of Computing".  Almost anything we could possible hope to propose as the "next big thing" is likely to pale in comparison.

I think Trident is a very big deal - the future way to write cool, very accessible, very powerful applications much more quickly than any Win32, MFC, AWT, etc. programmer can write them today.  Of course, this will take several years of strong investment (iteration!) by the Office team (driving requirements), the Client team (meeting/exceeding those requirements in Trident, Java, etc.) and the Tools team (with even more productive, faster tools).  Trident + Java - with the right tool(s) - should simply embarrass the Java companies that are simply cloning Windows APIs and traditional (MFC,NextStep) application frameworks.

I also think Active Server Pages are a very big deal for a large class of corporate (i.e. distributed, database) applications - most VB apps should really be ASPs - ASPs are easier to write (as IStudio matures), easier to manage, generally cooler looking than a VB app.  But is this sexy enough to compete with Java for developer mindshare?

But even if I am 100% correct about the future of Trident and ASP, is anyone in the industry ready to hear either of these messages right now, while the Java tom-tom beats on?

Perhaps the best investment we can make right now is to spin off a "Portable Applications Group" (from Office) whose sole charter is to write great, cross-platform apps in Java.  That will give us first-hand knowledge about the needs, desires, and mentalities of a "company" like this - they can serve as a proxy for a big portion of the ISV community.  Of course the tools and clients teams will need to get lots of input from 3rd party ISVs, too.  But just as Excel and Word and Office drove innovation into Windows, we need a group focused on Java.

My key goals for our Java support:
1)  Native code generation (i.e., x86) - blazing fast performance for Java on Windows
2)  Win32 wrappers for Java - let Java developers get to the richness of Windows
3)  Best VM/Classes/Tools for "100% Pure Java" - lowest common denominator Java apps have to run significantly better on our VM+Classes, and our tools have to be the best of bread to help you develop these applications

Other ideas (some crazier than others):
1)  **Start a $100 million Windows VC fund** - we've got lots of cash in the bank, this would be a way to tell the world we're very confident about the future revenue streams for Windows ISVs
2)  **Contract out some research on real results w/Java** - right now all we see is these exagerated (best case?) productivity/cost savings from Sun and Netscape and others.
3)  **VB vs. Java bake-offs:** I'm very serious that we should have VB5 vs. Symantec Café "bake-offs" where super sharp developers that are expert in these respective products are given a real life corporate app to develop (run a separate contest to get great ideas from real corporate IT folks) and see which app gets done sooner, is smaller, is faster, is more flexible, etc.

ATTORNEYS ONLY

MSS 0731212
CONFIDENTIAL

4) **Add natural language processing to Windows** - making software easier to use is a key, key objective of everything we do. If our Windows ISVs can leverage these features to make their applications head and shoulders above Java applications.....

--bens

> -----Original Message-----
> **From:**      **John Ludwig**
> **Sent:**      Wednesday, December 18, 1996 12:42 AM
> **To:**        Brad Silverberg; Bob Muglia; David Cole; Ben Slivka; Brad Chase
> **Subject:**   regaining industry leadership -- some thoughts (not necessarily happy ones)
> **Importance:**  High

we all know that we have lost the attention of the leading edge of the isv industry, and that this is spreading throughout the isv industry. and obviously one of our top worries is "how do we regain the attention of the isv industry". i would like to articulate some things that i believe we need to consider.

first some very simple situational analysis:

- windows was a **big** industry-transforming idea and with it we had the attention of the entire industry. the windows message had some key technical elements (device abstraction, modern OS services ==> both resulting in increased programmer productivity) and business elements (more sockets for ISVs, more apps for IHVs). with this message we managed to hold the attention of the industry for a long time -- 4-5 years.

- java is the next **big** industry-transforming idea and it has the attention of the entire industry. as with windows, the java message has technical elements (a new level of abstraction (OS abstraction), a modern programming environment ==> both resulting in increased programmer productivity) and business elements (more sockets for isvs (xplatform), a new level playing field free from microsoft dominance).

i think it is probable that the java idea will hold the attention of the industry for 4-5 years as windows did. it will take that long for either a) the industry to decide it really wasn't worth it, or b) the industry to fully realize the benefits and be ready to take on the next challenge.

given this, if we want to regain the leadership mantle of the industry -- that is if we want isvs to think about our platform every day as their key platform -- we need to consider two paths, and we probably need to do both.

- first, we need to become the lead purveyor of the java, we need to lead the industry in realizing the benefits of this. we are doing a lot of the technical work already, but there is more to do particularly in the class lib area, just to get to parity with sun/netscape. we do have equivalent or better vm and tools today, tho our advantages in this area are in the 10-20% range, not the 200-300% range.

  but all the great technical work will fail if we don't also address the business element of the java wave -- a level playing field free from microsoft dominance. the leading purveyors of java to date -- netscape and sun -- have made a strong emotional appeal to the community, saying that there are new opportunities free from microsoft dominance, and that netscape and sun will work to keep them free thru programs like 100% Pure Java. if we hope to become the lead purveyor, we need to strongly counter this message with a strong emotional/business appeal that is even more compelling.

  we have not come up with this pitch yet. our hemming and hawing around things like java just convinces people that we don't want a level playing field. i believe we need to make a big public commitment to level the playing field, something that people will look at and say "wow, that is bigger opportunity than anything sun/netscape offers". it needs to be incredibly simple so that sun/netscape can't cast doubt about it. two possible areas to explore

  - distribution. we still have the most ubiquitous distribution channel of anyone. we could guarantee publicly that we will distribute 3rd party solutions (viewers, editors, etc) with our platforms products as broadly as we distribute microsoft solutions. we don't make that guarantee today and in fact piss off partners by bundling frontpage with iis for example.
  - funding of comarketing. in the vein of intel programs -- if an isv features our logo/platform, then we will help fund advertising/promo dollars.

  these aren't the most brilliant ideas in the world. we need to think harder about. if we don't come up with a compelling business case tho, then i believe that isvs will continue to favor netscape and javasoft as the leaders of this wave. technology that is 10 or 15 or 20% better is not going to make the difference. it needs to be a super simple statement, with as strong an appeal as 100% Pure.

- second, come up with the next **big** idea. as with the last ideas, it needs to be one that is perceived as an order of magnitude improvement in programming productivity. it is probable that this next big idea won't take root for 3-4 years -- the java wave has to play out, and we will want something that really takes full advantage of the next generation of hardware. the next big idea, like the last ones, will need to provide an order of magnitude more programming productivity through abstraction of some thorny problems.

  our current initiatives like activex, dcom, viper, ds, etc are just nibbling around the edges of the current wave

ATTORNEYS ONLY

MSS 0731213
CONFIDENTIAL

and none of them are going to be the big fundamental transitional technology that pulls the industry ahead. we should have folks in research thinking hard about the next big idea, but we shouldn't be kidding ourselves about the things we are developing today in the products group, i don't think we have the big transformational technologies in development.

in summary, if we don't come up with a compelling business case for the industry fast, which we can back up with credible technology, then we are going to face 4-5 years at least of being the (increasingly) 2nd tier platform vendor.  we should not be thinking that there is some magical technical bullet that is going to cause us to leap ahead in this timeframe.

ATTORNEYS ONLY


MSS 0731214
CONFIDENTIAL

From:          Ben Slivka
Sent:          Monday, April 14, 1997 3:09 AM
To:            Bill Gates
Subject:       java review with you

Bill,
I'm working with paulma to set up a 2-3 hour review for you on our Java efforts (I hope before your May think week).
When I met with you last, you had a lot of pretty pointed questions about Java, so I want to make sure I understand your
issues/concerns.
Here's a start, can you please add any that I'm missing?

1.  What is our business model for Java?
2.  How do we wrest control of Java away from Sun?
3.  How do we turn Java into just the latest, best way to write Windows applications?
4.  What are we doing to leverage/expose Windows to Java developers?
5.  Implications of our Sun contract to our evolution of Java?
6.  What patents do we have (filled/granted) that we can use against Sun?

During this review I definitely want to be very concrete, so I'll show you:
1.  Apples-to-apples performance of Java vs. C, including source code, on major Java VMs (us, Symantec, Sun, etc.)
2.  AFC vs. MFC/Win32 programs vs. JFC (Sun's new AWT/IFC combination responding to AFC)
3.  ActiveX/Beans integration, including source code

Just FYI: I took on the Java effort last August, just after my team shipped IE 3.  I knew it wouldn't be an easy (or popular)
job, but Java seemed to me to be the biggest threat to Microsoft, and I wanted to solve it.  Internet Explorer 1, 2, and 3
was a very invigorating two years for me, and while I met with some initial resistance (ex: june 1995 internet offsite), I
think the results we achieved were worth the grief I took.  I understand how important Windows is to Microsoft, and
clearly the work the Java team is doing has hit a raw nerve with you.  I trust you'll give me and my team a chance to
explain how we believe we are helping Windows be even more successful.

Thanks, bens

<div align="center">12</div>

MSS 0036513
CONFIDENTIAL

## VJ98 SKUs and Pricing - Proposal

### Strategic Objective

Kill cross-platform Java by grow the polluted Java market

### Market Situation

- Cross-platform capability is by far *the* number one reason for choosing/using Java
- There is distrust about Microsoft's commitment to Java and about it supporting the Java standards
- All Java tools have low SCI compared with non-java tools; VJ has the lowest SCI (6%) of all Java tools

### Target Market Segments

**1. Java Developers**
- Fading confidence in cross-platform Java
- LCD applications are not compelling
- Need to make Java investment payoff

From the perspective of who is making the purchase decision, the Java market has two sub-segments:

<u>Individuals</u>
Individual currently make up a large percentage of Java tools purchases (or downloads in the case of free tools and development kits). They are picking up Java out of interest created by the Sun PR-hype machine. They see the opportunity to add a skill that is demand to their resume and possibly increase their income and stature.

These individuals exist in all types of companies and schools. What differentiates them is that they are investing their own time, money and effort without necessarily the support or prodding of their employer, and thus have higher price sensitivity.

<u>Corporations (MIS, VAR, ISV, Schools)</u>
Corporations (especially large ones) have been fairly slow to adopt Java. They are concerned about the maturity of Java, the risk associated with committing to unproven technology, as well as how much return on investment they will get from Java. That said, many of them are starting to evaluate Java's potential and some are starting pilot projects to test out what kind of benefits they can get from writing applications in Java.

**Windows Developers**
- Want faster development
- Want power of C++ w/o the complexity
- Need full access to Win32 API
- Need clear advantage to move from current tool

### SKUs & Pricing

Since cross-platform capability is the fundamental desire in Java market, VJ98, being primarily the tool for Java development for Windows, does not cater to the current market demands. Thus the Java market needs to be made aware of the pitfalls of cross-platform Java and needs to be educated in the merits of Java development for windows. The proposal for VJ98 SKUs is an effort to balance the considerations:

ATTORNEYS ONLY

MSS 5022826
CONFIDENTIAL

- Since the product philosophy of VJ98 is drastically different from that of VJ1.0 and 1.1, it is critical to raise awareness of the 'new VJ' and generate trial even though it is a year old product.
- It is important to cater to the needs and price-sensitivity of the first sub-segment in Java market, as it is of substantial size.
- With Java being pitched (by MS) as just a language for Windows development, VJ is more squarely lined up with VB and VC as windows development tools. Thus the pricing and SKUs of VJ need to be more aligned with those of VB and VC.
- Since VJ98 will serve as one of the key differentiating components between VS97 and VS98, its pricing need to support the VS pricing philosophy.

**Proposed SKUs**
- **Learning Edition** – to cater to the needs of 'individuals' sub-segment in Java market. Compared with the Professional Edition, this edition will not have the features that are critical for Java development for commercial/business use (database access, server-side development, deployment).
- **Professional Edition** – to appeal to the second sub-segment of Java market and Windows developers
- **Trial Edition** – Professional Edition with try-before-buy wrapper
  - 3-month time-bomb: to raise awareness and generate trial (expected to be two-thirds of free distribution)
  - 6-month time-bomb: for bundling with books (expected to be one-third of free distribution). Even though for this segment of the market the upsell to Learning Edition will be a more effective upsell, the wrapped, time-bombed Professional Edition is preferred for bundling with books to encourage the books coverage of *all* features of VJ. The 6-month time-bomb is to align with the average 6-month use of a technical book. The try-before-buy wrapped Learning Edition, though more suited for this segment, is not recommended to avoid additional development efforts and SKU complexity.

**Pricing**

| | Reseller Channel | | Direct | | Other Channels |
|---|---|---|---|---|---|
| | Physical | ESD | Physical | SBN | Books, Mag, Shows |
| Trial Edition (time-bombed Pro Ed) | -- | free | -- | free | free |
| Learning Edition | $99 | $99 | $99 | -- | -- |
| Professional Edition | $499 | $499 | $499 | -- | -- |
| v1.1 to 98 Learning Ed Upgrade (net of rebate) | $49 | $49 | $49 | -- | -- |
| Competitive to 98 Learning Ed Upgrade (net of rebate) | $79 | $79 | $79 | -- | -- |
| v1.1 to 98 Pro Ed Upgrade (net of rebate) | $99 | $99 | $99 | -- | -- |
| Competitive to 98 Pro Upgrade (net of rebate) | $249 | $249 | $249 | -- | -- |
| Academic Edition | $49.95 | ? | $49.95 | -- | -- |

Qualifying products for competitive upgrade: listed in Appendix A

Rationale:
- $99 price is to cater to the majority of current Java market (Appendix A: 91% of all Java tools sold are priced under $100)
- $499 price is primarily to be consistent with VB and VC pricing and to support the VS pricing philosophy. However, with this price point, there is the risk of pricing VJ98 out of Java tools market

ATTORNEYS ONLY

MSS 5022827
CONFIDENTIAL

(Appendix A: >$400 product is merely 1% of Java tools sales in FY97, and 2.8% of Java tools sales Jan-July97)

- $249 competitive upgrade price is to provide a <$250 price point in order to counter the above mentioned risk
- The $99 and $49 version upgrade prices are to reward the existing VJ customers for the first year of loyalty

ATTORNEYS ONLY

MSS 5022828
CONFIDENTIAL

## Appendix A

### Java Tools Prices

|  | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| Café | $79 |  |  |
| V. Café |  | $195 | $455 (Pro Ed) |
| Supercede | $99 | $199 (ActiveX Ed) | $549 (DB Ed) |
| Java Workshop | $110 |  |  |
| Visual Age for Java* | $99 |  | $1,999 (Ent Ed) |
| JBuilder* | $99 |  | $799 |

* Just started to ship, no sales history available

### Retail Sales of Java Tools – FY97

| Product | Price | % of Vendor's Sales | % of all Java Sales |
|---|---|---|---|
| Café | $79 | 71% | 23% |
| Visaul Café | $199 | 26% | ▓▓▓▓▓ |
| Visual Café Pro | $455 | 3% | ▓▓▓▓1% |
|  |  |  |  |
| Supercede Java Edition | $99 | 100% | 2% |
| Supercede ActiveX Edition | $199 | 0% | 0% |
| Supercede DB Edtion | $549 | 0% | 0% |
|  |  |  |  |
| Visual J++ | $99 | 100% | 54% |
|  |  |  |  |
| All <$100 Products |  |  | ▓▓▓▓▓▓▓ |

Note: Retail sales data is biased toward lower price points.

ATTORNEYS ONLY

MSS 5022829
CONFIDENTIAL

## Appendix B – FY97 Breakdown of Licenses Sold

|          | VB      |     | VC      |     |
|----------|---------|-----|---------|-----|
| Learning | $99     | 9%  | $99     | 28% |
| Standard |         |     |         | 2%  |
| Pro      | $499    | 56% | $499    | 54% |
| Enterprise | $1,499 | 35% | $1,499 | 9%  |

Pro Editions will have Try-Before-Buy wrappers

ATTORNEYS ONLY

MSS 5022830
CONFIDENTIAL

MATERIALS REDACTED

———Original Message———
From:      Michael Toutonghi
Sent:      Tuesday, April 22, 1997 11:21 PM
To:        Jim Allchin (Exchange)
Cc:        Paul Maritz; Paul Gross; Moshe Dunie; Deborah Black; Ben Slivka; Bob Muglia (Exchange); Brad Silverberg; John Ludwig
Subject:   RE: Safe Win32 Concerns

It's true that Zones should integrate with the proxy server/firewall. Until that's done, SSL, PICs certificates, or signed HTML will be the only secure site validation. I believe that IE 4 will only support SSL. People are asking for IP mask/subnet support, and we should provide it, but it cannot be truly secure without firewall integration.

My point about ActiveX is that we all (including me) make statements about ActiveX controls being insecure, and we let the press get away with referring to ActiveX controls as lacking a sandbox. In reality, our upcoming VM release supports sandboxed ActiveX controls written in Java. (press mode) ActiveX is a language neutral component model which supports both sandboxed and non-sandboxed languages. Unfortunately, we all seem to know that, but we continue to refer to Java controls as applets (Sun's term) and Native controls as ActiveX.

My suggestion about AFC assumes a few things.

- Each group exposing platform specific Windows APIs to Java will make those APIs as Java/VM friendly as possible. This API exposure will complete our strategy of providing a very slippery slope (leading to Windows) to developers.

ATTORNEYS EYES ONLY

MSS 5055103
CONFIDENTIAL

- We expand both our platform dependent and platform independent Java APIs. We make APIs platform independent only as necessary to compete with Sun's cross platform offering and keep developers using Microsoft APIs. We remain on the treadmill only until our platform specific API exposure/innovation can outpace Sun's platform independent work enough to gain critical mass. If our platform independent APIs really compete with our own Windows APIs, it's only because Sun's did in the first place.

- If/when Sun's cross platform APIs truly compete with our Win32 APIs, we will either have had an alternative for developers or we could lose them.

- We must continue to truly innovate on Windows.

I see this strategy as a 1-2 year plan topped by the best Intel P7 JIT (Java/VB/Cobol/Ada/Objective C? by that time) compiler which would be available concurrently with the release of the P7. If there was a question about the superiority of the Windows platform, we will have answered it by then.

Thanks,

Mike

-----Original Message-----
From:      Jim Allchin (Exchange)
Sent:      Tuesday, April 22, 1997 7:58 PM
To:        Ben Silvka; Bob Muglia (Exchange); Brad Silverberg; John Ludwig; Brad Silverberg; Michael Toutonghi
Cc:        Paul Maritz; Paul Gross; Moshe Dunie; Deborah Black
Subject:   RE: Safe Win32 Concerns

I actually don't know if everyone is so far apart on this issue....    A few comments ...

1. Active X has never been tied to a language.    Whether the control is interpretive or native has never mattered. I was on a panel against Marc from Netscape last summer and I explicitly hammered him on this point.    We should never be marketing Active X as requiring native code.    If we are, it is a mistake.

2. Zones must be secure.   I have not seen a plan to make them so.   There is work required to ensure that the IP addresses are not spoofed.   Security work is required before we will get away with the zones concept.

3. I agree win32/win64/etc. should be callable from Java.   This seems obvious to me.

4. The comment about AFC concerns me since I think you are saying that whatever functionality is added by SUN you will add in a compatible way.   They have you on a treadmill.   I don't understand how this is a winning course.   I would explicitly be different -- just to be different.   Further, I believe the highest priority is to create and expose NEW Windows APIs (not clone) -- absolutely callable from Java.   I would add more to Windows and less cross platform.   This is clearly a hard tradeoff that will be made each day, but I believe it is not a question of how much resource is applied between Windows and cross platform.   I believe it is a philosophy.

5. I agree VB should be unified into the model.

6. I agree with the partners message.

---

So, basically, I think I sort of agree with the above (except for the AFC treadmill issue).    However, this plan leaves C++ users out in the cold -- except within specific zones.   And I wonder why anyone would bother if Java worked in all the cases.   Is that what we want to do?   We will drive more people to Java faster.   Given this, without something to pollute Java more to Windows (show new cool features that are only in Windows) we expose ourselves to more portable code on other platforms -- especially if the Pure Java logo push wins in any way. Either we need to pollute Windows or we need more other languages to offer viable alternatives to Java (or both).   I would feel so much better if I felt we weren't on such a middleware clone SUN strategy.   This is where I are apart.

I must admit that one thing that is clear from this is that what is being said is that VMs are safe and the OS isn't for object execution.   Given the failure of tagged architectures, the 432, etc. that may be the right model for now.   I need to ponder this over the next day to think if there is something we can do in the OS with memory management that might help this.

jim

----------
From:      Bob Muglia (Exchange)
Sent:      Tuesday, April 22, 1997 6:46 AM
To: Ben Silvka
Cc: Paul Maritz; Jim Allchin (Exchange); Paul Gross
Subject:      RE: Safe Win32 Concerns

I agree with Mike.

ATTORNEYS EYES
ONLY

MSS 5055104
CONFIDENTIAL

bob

——Original Message——
From:      Ben Slivka
Sent:      Tuesday, April 22, 1997 12:15 AM
To:        Bob Muglia (Exchange)
Subject:   FW: Safe Win32 Concerns

Your thoughts?

——Original Message——
From:      **Michael Toutonghi**
Sent:      Sunday, April 20, 1997 11:03 PM
To:        Ben Slivka; John Ludwig; Brad Silverberg
Subject:   Safe Win32 Concerns

I feel that I need to say this until I'm proven wrong, it makes a difference, or my stock options lose their value.

I'm very concerned about the path we're closing on WRT Safe Win32. First, I want to state our goals as I understand them. Then I'd like to suggest a more viable, efficient alternative. As I understand it, we want to achieve the following with the Safe Win32 effort.

- Provide a language neutral Internet development platform (keep people from moving to Java)
- End the debate over Java class libs & ActiveX/Win32 safety
- Preserve the Win32 API franchise as the Windows umbilical cord

I haven't heard other goals, so I'll start with these. First, I believe that we have other alternatives which have been prematurely dismissed as doomed to failure. I also believe that the Safe Win32 effort will most likely result in the opposite of the desired effect and could eventually seal the coffin of our Win32 franchise.

- Stated simply, I believe that creating this API will prove much more difficult than original estimates, even if they are conservative. When finished, our first release could easily have serious security holes as most any reasonably complex system has in its first release. Of course, by that time, competitive Java class libs will have most security holes fixed and will have a large and growing development community. People will continue, probably accelerate their move to the Java runtime. If Java is the only well supported language targeting the runtime, people will be moving to Java in droves.

- If we release an inferior API set that is safe and try to hold it up against Java class libs, we will not just end the debate over ActiveX/Win32 safety, we will begin and end the debate over Java class libs and Win32 functionality. **Safe Win32 will serve as a proxy to functional Win32 for this argument.** I predict it will not end in our favor. I see this as taking the worst of Win32 and pitting it against the best of Java class libs.

- Finally, after it is evident that we are trying to sell an API which is inferior to Java's class libs for the job of Internet development, developers will likely (and incorrectly) conclude that Java is superior to Win32. Game over.

We do not have to take this course of action. I believe we have a much better strategic choice which will ensure our success/leadership if we execute properly. I recommend the following:

- Before it's too late, separate ActiveX from native code. If we lose ActiveX, we lose a huge amount of credibility. The market (and Microsoft in general) still equates ActiveX with native code, and this will destroy it for Internet/extranet development. Today we allow development of ActiveX controls in Java and we need to be committed to providing other languages (VB) for the Java runtime. Aside from my talks, we have NEVER articulated as a company that Java is a good language with which to develop ActiveX controls.

- Put together a white paper on Zones for the extra net and start pounding the table about it. **We need to drive and push this technology as the recognized leaders before someone else does.** Native code is perfectly suitable inside highly trusted zones.

- Make it a companywide mandate to expose all new APIs to Java. We've taken the first step in the VM and can now call Win32 APIs from Java, but our group can't do the effort which really belongs with each platform group of making all APIs easy. This will have the effect of making developers who count on Zones take advantage of many APIs which are not yet available in Java. We need to start this immediately. The longer we wait, the more Java APIs we have to compete with.

- Keep the developers which will inevitably defect to Java in our camp by providing two sets of class libs. First, we make sure that AFC is cross platform, better than JFC and Sun's class libs, but not so much better that it competes with our platform specific APIs. If we have to make it compete with our

ATTORNEYS EYES
ONLY

MSS 5055105
CONFIDENTIAL

Win32 APIs in order to keep it competitive, then Sun's APIs severely threatens us anyhow. We should be able to keep these cross platform features competitive with Sun's through appropriate resource allocation.

- Bring other languages to the Java runtime ASAP. **As soon as we provide any language alternatives to Java which target the runtime, Java loses all status as a phenomenon and becomes just another language.** VB is a must, and I don't give a shit about 50% perf on some unlikely scenarios, Microsoft needs the VB team to target the VM asap.

- Work agressively with partners to take the mindshare away from Sun. We should buy controlling interest in Metrowerks or stop Sun from buying them. We should work with Fujitsu to have them target our VM with Cobol (another reason Java is "just another language"). We should try to get Apple/Next to support the VM with Objective C, and we should make sure we succeed in our negotiations with HP.

I'm not saying that we shouldn't work on Safe Win32, but I don't think we should see it as a winning API strategy. Maybe in 2 years time, we could have a functional API set for Internet development that rivals Java. Maybe by that time we will also have the best VM class libs for Java, VB, C++ subset, Cobol, and Smalltalk. Ideally, they'll be largely platform dependent on Windows and no one will care about Safe Win32.

Thanks,
Mike

ATTORNEYS EYES
ONLY

MSS 5055106
CONFIDENTIAL

MATERIALS REDACTED

——Original Message——
From:      Michael Toutonghi
Sent:      Tuesday, April 22, 1997 11:21 PM
To:        Jim Allchin (Exchange)
Cc:        Paul Maritz; Paul Gross; Moshe Dunie; Deborah Black; Ben Slivka; Bob Muglia (Exchange); Brad Silverberg; John Ludwig
Subject:   RE: Safe Win32 Concerns

It's true that Zones should integrate with the proxy server/firewall. Until that's done, SSL, PICs certificates, or signed HTML will be the only secure site validation. I believe that IE 4 will only support SSL. People are asking for IP mask/subnet support, and we should provide it, but it cannot be truly secure without firewall integration.

My point about ActiveX is that we all (including me) make statements about ActiveX controls being insecure, and we let the press get away with referring to ActiveX controls as lacking a sandbox. In reality, our upcoming VM release supports sandboxed ActiveX controls written in Java. (press mode) ActiveX is a language neutral component model which supports both sandboxed and non-sandboxed languages. Unfortunately, we all seem to know that, but we continue to refer to Java controls as applets (Sun's term) and Native controls as ActiveX.

My suggestion about AFC assumes a few things.

- Each group exposing platform specific Windows APIs to Java will make those APIs as Java/VM friendly as possible. This API exposure will complete our strategy of providing a very slippery slope (leading to Windows) to developers.

ATTORNEYS EYES
ONLY

MSS 5055103
CONFIDENTIAL

MATERIALS REDACTED

—Original Message—
**From:** **Ben Slivka**
**Sent:** Thursday, October 24, 1996 12:42 PM
**To:** Paul Maritz; Brad Silverberg; Bob Muglia; Charles Fitzgerald; John Ludwig; Ben Algaze; Tod Nielsen; Brad Chase
**Cc:** Patrick Dussud; David Stutz; Victor Stone; Robert Welland
**Subject:** Microsoft Java Strategy

charlesf, bena, and I brainstormed for 2 hours this morning.
We need to nail this down, and then start communicating the public aspects of this in a very crisp, coordinated fashion.
So far Sun and Netscape have both wildly out-marketed us on Java -- it cures cancer, etc.
We need to bring some reality to the market perception.
--bens

**Microsoft Java Strategy**
10/24/96, bens, charlesf, bena

**Four Key Things**
1) Help drive IE marketshare with high-quality Java "subset"
2) Get developers to write very rich <u>Windows</u> applications, controls, etc. in Java
3) Focus corporate developers on server-side apps (IStudio/Denali), render Java irrelevant on the client
   → It is critical to get converged VB/Java/IStudio tool to market
4) Let Java class library space fragment, so that "write once, run everywhere" does not happen

**Things to Debunk about Java**
❖ Write once, run anywhere
❖ Application quality
   ➢ Performance - Java apps are slow
   ➢ Features - xplatform classes are limited
   ➢ Fit & Finish - immature platform
❖ Faster time to market
❖ Enables a new kinds of applications
❖ Reduces barriers to entry, market without established leaders

**Issues/Work Items**
❖ Should we hold back Win16 Java?
   ➢ To extent Java is adopted, will drive Win32 sales
❖ Who are Java ISVs?  How can we engage/influence them?
❖ Total Cost of Ownership
   ➢ We need to fund studies to compare real TCO (and TC of Development!) of Java vs. Win32 solutions
   ➢ Need to focus on improving Windows/Win32 here
   ➢ Focus on employee productivity vs. centralization - popular business think is pushing responsibility down lower in

ATTORNEYS ONLY

MSS 0736637
CONFIDENTIAL

organizations, means individuals need more computing power/tools on their desktop
❖   Need to communicate proactively benefits of the Windows platform
  ➤   Choice
  ➤   Flexibility
  ➤   Maturity - established tools, trained developers, infrastructure, etc.

**Sun's Strategy**
1) Get Java out there: layer Java on all popular operating systems, offer native JavaOS
2) Get critical mass of new apps written to Java platform: appeals to developers because
   a)  Cross-platform
       i)   Sun compatibility test suite - bound to fail, doesn't fully cover all their APIs
       ii)  Class library marketshare will establish defacto standard
   b)  Ease of development
       i)   Garbage collection (fewer bugs, more stable)
       ii)  Need great tools
   c)  Total cost of ownership
       i)   Easy installation
       ii)  Lower maintenance
   d)  Warm & Fuzzy: perceived advantages, not there there
       i)   Anyone But Microsoft
       ii)  Security
       iii) "New"
3) JavaOS beats Windows - license to Windows OEMs now that Java apps are prevalent

**Microsoft Java Strategy**
1) Drive MS Java VM and classlibs (w/Win32 extensions!) to broad installed base
   a)  Broadly distributed "MS Java" should address the "HTML applet" space
2) Don't encourage new, cross-platform Java classes; especially don't help get great Win32 implementations
   written/deployed
3) Do encourage fragmentation of the Java classlib space: multiple 2D standards, AWT vs. IFC, etc.
4) CONSIDER: Take Win32 to other platforms, esp.
   a)  Permits MS Java classes to be x-platform easily, still Windows-centric
   b)  Improves our client time-to-market for mail, IE, etc.
5) Focus on Java as the "last battle" (APIs, client apps) - IStudio+Denali are the right solutions for corporate developers:
   avoid delivering code to the client altogether!

**As a Developer, what might Java do for me that Windows does not?**
ISVs are fundamentally focused on making money.  Corporate developers are focused on reducing their development
backlog.
1) Faster time to market: **no today**
   a)  Lack of tools
   b)  Does Java scale?
   c)  Developer experience w/Java, class libs
   d)  Less complete platform implies have to write more code
2) Richer application - faster, more features, easier to use: **no today**
   a)  Will take a long time for Java classes to catch up with/Win32
3) Broader market for my software: **maybe**
   a)  No Win16 today, but maybe corp market moves to Win32 anyway
   b)  Still Lowest Common Denominator for some time
4) Lower my support cost: **unknown**
   a)  Need to spend money to get hard data on this
5) Enable new kinds of application: **no**
   a)  We have not seen any new application metaphors that cannot also be done on Win32
6) Reduces barriers to entry and/or new market w/o established leaders: **no**
   a)  The market isn't any different - either you are writing code to sell, or developing internal applications
7) Get VC funding, be cooler: **yes**
   a)  We should channel this into focusing on Windows applications written in Java

**Microsoft Levers for Java**
1) Distribution (w/Windows)
   a)  Don't ship every Java class in the known universe
   b)  Do ship world-class VM (interpreter, JIT, ActiveX integration) and world-class "core" classlibs (necessary for high-
       volume "html applets") that are Win32-extended (like fonts, menus, GDI features, etc.)
   c)  Do ship lots of Win32 Java wrapper classes: DirectX, Active Animation, Active Movie, etc.
2) Integration (w/Windows)
   a)  [I'm not sure what to do here beyond ActiveX/beans integration]
3) Quality of implementation
   a)  Win32-specific classes should be awesomely fast, functionaly
   b)  "core" classlibs are world-class
   c)  Let "new", xplatform java classes have poor Win32 implementations (to blunt adoption)
4) DRG, developer mindshare

ATTORNEYS ONLY

MSS 0736638
CONFIDENTIAL

        a)  VB?
5)  Installed Base
        a)  Windows
        b)  VB
        c)  Office
6)  Device Drivers
        a)  Ship DirectX, Active Movie, etc. Java classlibs

<end>
The original Word 97 version...
 << File: Microsoft Java Strategy.doc >>

ATTORNEYS ONLY

MSS 0736639
CONFIDENTIAL

MATERIALS REDACTED

-----Original Message-----
**From:**     **Paul Gross**
**Sent:**      Monday, February 03, 1997 10:05 AM
**To:** Ben Slivka; Todd Knoblock; Charles Fitzgerald; Sara Williams (DRG); Daniel Weise; Peter Kukol; Anders
            Hejlsberg
**Cc:** Peter Plamondon; Robert Welland; John Ludwig
**Subject:**   RE: potential issue for Java Language meeting

Ben,

As someone who has joined MS recently, I can tell you that when MS cries "Sun-proprietary" it isn't credible.  Some other vendor might be able to get away with it, but not us.  Second, having worked to push Sun on a single language change (successfully), I know how difficult it is to get them to move.  They react best to highly scientific process on language changes.  They want a written spec for multiple people to comment on and lots of data as to why language features are so important.  They believe that because the language/VM have such widespread adoption that changes (even to ensure its future acceptance) have to be beaten down and only added annually.

I believe that our true goal, controlling the future of Java, will be totally transparent and mostly unacceptable to all Java OEMs.  I believe that we currently have the most control and at some point will have total control.  But taking control in this forum or this early stage will only alienate us.  I think we are better off working issues with the likes of Borland, Symantec, Metrowerks, etc. and using them in addition to us to apply pressure.  But the group effort organized by us smells bad.

Paul

MSS 0056513
CONFIDENTIAL

-----Original Message-----
**From:**     Ben Slivka
**Sent:**      Sunday, February 02, 1997 12:04 AM
**To:**        Paul Gross; Todd Knoblock; Charles Fitzgerald; Sara Williams (DRG); Daniel Weise; Peter Kukol; Anders Hejlsberg
**Cc:**        Peter Plamondon; Robert Welland; John Ludwig
**Subject:**   RE: potential issue for Java Language meeting

Importance:    High

My goal for this meeting (said goal having evolved over the past few weeks) is to start a dialog about the evolution of the Java language. Sun has resisted putting Java into a standards body, and I think this meeting will help push them toward opening up at least the language more quickly than they had planned. I'm sure someone could paint our involvement in this coalition in a sinister color, but our rejoinder is very simple. We think Java is an important technology, it is Sun-proprietary right now, Sun has described their strong desire for a "free language, as free as English, French, and German", and we think Sun needs to follow through on this pledge.

I don't see any downside to holding this meeting on Friday, I'm confident our spin master (charlesf) will be able to stay on top of the JavaSoft folks.

Paul, can you provide specific examples of negative outcomes for Microsoft from holding this event, given that we characterize our interests as above?
Thanks,
--bens

> -----Original Message-----
> **From:**    **Paul Gross**
> **Sent:**    Friday, January 31, 1997 7:10 PM
> **To:**      Todd Knoblock; Charles Fitzgerald; Sara Williams (DRG); Ben Slivka; Daniel Weise; Peter Kukol; Anders Hejlsberg
> **Cc:**      Peter Plamondon; Robert Welland; John Ludwig
> **Subject:** RE: potential issue for Java Language meeting
>
> Comments below...
>
> > -----Original Message-----
> > **From:**    Todd Knoblock
> > **Sent:**    Friday, January 31, 1997 12:58 PM
> > **To:**      Charles Fitzgerald; Sara Williams (DRG); Ben Slivka; Daniel Weise; Peter Kukol; Anders Hejlsberg
> > **Cc:**      Peter Plamondon; Robert Welland; John Ludwig; Paul Gross
> > **Subject:** RE: potential issue for Java Language meeting
> >
> > Java is all things to some people and some things to all people.  One practical question is whether to consider the standard libraries (java.lang.*, java.awt.*, etc.) as part of the "language" or not. Changes (including additions) have all the same repercussions as changes in the core language per se.  Most languages have a "standard" library that is considered part of the language: c and stdlib, C++ and STL, Common Lisp & built-in library.  However, for the purposes of this discussion, I will restrict my attention to the *core* language, i.e., linguistic constructs sans libraries.
> >
> > I would be reluctant to suggest major changes to the Java language for several reasons:
> >
> > 1. Java is a calculated compromise between expressive power and simplicity.  Any change that increases the expressivity must be weighed against the increase in complexity.  This is, at best, a judgment call and can not easily be argued on technological grounds alone.
> > 2. As designed by a small core of designers, it has thus far avoided the design-by-committee problems that plague too many languages. While certainly frayed around the edges, I think we can all agree that it is an okay design, and could be made worse.
> > 3. <u>Politically, I don't think it will serve us well with the community if we are viewed as "cooping" or "spoiling" the Java simplicity of design.</u>
> >
> > *[Paul Gross]* I would state this more strongly.  I believe that this meeting has the potential to totally backfire on MS.  It is very transparent to JavaSoft and they heard about it from Mansour before we called James (mistake #1). Mansour characterized similarly to Sara's definition of the goal.  I believe this transparency could end up getting picked up by the press and would hurt us with the 3rd party community and with our potential customers.  I think we should seriously re-consider whether this event will do more harm then good and whether we need to take this approach to win in either case. I would argue that our execution is our single strongest asset (beyond Windows market share) and we should just build better VMs, class libs and tools.

MSS 0056514
CONFIDENTIAL

> > Nether the less, where the design incurs significant inefficiency which can be repaired without introducing undo complexity, there is room to tinker.  The following lists my ideas for things that

should be changed, things that should be considered for change but not changed immediately, and things that should not be changed.

- **Consider changing soon**
  1. Finalize method semantics. The current semantics are too vague, and a great possible source of differences in run-time semantics between VM implementations.
  2. Error exception semantics. The current order-of-exception requirements are too constraining and virtually rule-out significant compiler reordering of computations (e.g., hoisting checks out of loops).
- **Consider adding**
  1. Parametric polymorphism. The otherwise sound static typing cries out for a way to parameterize classes.
  2. Algebraic data types. Stronger support for datatype constructors could be considered
  3. Lambda. Higher order functions would be useful, and should be weighed against complexity.
  4. Assertions. Presently there is no way to easily write assertion-like code in Java. Consider a standard, C style macro assertMessage(a[i]==null, "Expecting null, found"+a[i].toString()). This will fail in java if AssertMessage is written as a function because the second argument would be evaluated even when a[i] was null (i.e., because of the call-by-value semantics of java). If assertions were primitive, this problem is moot.
  5. Remove Inner classes.
  6. Configuration management. It is difficult to control multiple configurations for, e.g., Debug versus Retail builds under Java. Like assert, there is no convenient way to arrange for conditional compilation under java. The obvious use of static final boolean fields does not suffice because the compiler will insist that all the code be compiled before half of it is discarded.
  7. Localization. Is the current JDK 1.1 spec. sufficient for MS.
- **Don't add**
  1. Macros. To my mind, if the idomatic uses of macros are covered using another mechanism (e.g., conditional compile, assertions, localization), then macros *should* be left out. It makes the code greatly simpler to read and understand. It also lets us build better editors and debuggers. This is a good trade-off in the expressivity versus complexity front.
  2. Templates. Templates are a poor implementation of parametric polymorphism. There are better ways.


Todd


-----Original Message-----
**From:**      **Charles Fitzgerald**
**Sent:**      Friday, January 31, 1997 12:29 PM
**To:**        Sara Williams (DRG); Ben Slivka; Daniel Weise; Peter Kukol; Todd Knoblock; Anders Hejlsberg
**Cc:**        Peter Plamondon; Robert Welland; John Ludwig; Paul Gross
**Subject:**   RE: potential issue for Java Language meeting

We do need to flesh out our agenda, even if there is no official agenda. from Ben's original list:

        Inner classes - just say no?
           Add Closures instead?
        Conditional compilation
        Enumerations
        Add properties
           Would permit associative arrays, other Python features(?)
        Debug class
           Asserts

MSS 0056515
CONFIDENTIAL

Debug outs
Final members
Compiler can remove the call to empty classes for retail build
Moratorium on language changes for 1-2 years (Symantec suggested this)
Floating point support

What other topics should be on the list?  We need to get our agenda nailed pretty quickly so Peter has time to work selected issues with other attendees in advance.

-----Original Message-----
**From:**      Sara Williams (DRG)
**Sent:**      Friday, January 31, 1997 12:19 PM
**To:**        Ben Slivka; Charles Fitzgerald; Daniel Weise; Peter Kukol; Todd Knoblock; Anders Hejlsberg
**Cc:**        Peter Plamondon; Robert Welland; John Ludwig; Paul Gross
**Subject:**   RE: potential issue for Java Language meeting

i agree, although we don't have a set agenda.  charles - do you want to invite him since you know him, or do you want me to?

-Sara

-----Original Message-----
**From:**      Ben Slivka
**Sent:**      Friday, January 31, 1997 10:17 AM
**To:**        Charles Fitzgerald; Daniel Weise; Peter Kukol; Todd Knoblock; Anders Hejlsberg
**Cc:**        Peter Plamondon; Sara Williams (DRG); Robert Welland; John Ludwig; Paul Gross
**Subject:**   RE: potential issue for Java Language meeting

I think it would be good to invite him, limit the agenda to ½ hour on this topic.
--bens

-----Original Message-----
**From:**      **Charles Fitzgerald**
**Sent:**      Friday, January 31, 1997 10:15 AM
**To:**        Ben Slivka; Daniel Weise; Peter Kukol; Todd Knoblock; Anders Hejlsberg
**Cc:**        Peter Plamondon; Sara Williams (DRG); Robert Welland
**Subject:**   potential issue for Java Language meeting

the following document was posted to the numerics interest list beginning of this week.  it will hit the press today or monday.  gosling in particular is religious about identical computational results across platforms. consequence is they have optimized Java for SPARC and imposed a performance and accuracy penalty on x86 and PowerPC users.  so much for platform neutrality.  gosling has dismissed this point so far as the work of "weirdo nerds" - I'm busy making parallels to Intel's dismissal of their floating point issues.  anyway, jerome is in the bay area and could attend the meeting next friday if we want.  need some feedback on whether this is an issue we want to pursue.  could really provoke gosling too - I think jerome can hold his own.

-----Original Message-----
**From:**      Jerome Coonen [SMTP:jerome@be.com]
**Sent:**      Monday, January 27, 1997 5:03 PM
**To:**        Charles Fitzgerald
**Subject:**   Sent to numeric-interest@validgh.com

MSS 0056516
CONFIDENTIAL

==================================================================
===============
A Note On Java Numerics                              Jan. 25, 1997
==================================================================
===============

Overview

Java promises to be a vastly important programming language, even in such arenas as hard-core numerical computation. Its current design is seriously flawed and detrimental to the numerical health of millions of potential users. It neither captures the spirit of the IEEE standard for floating point arithmetic nor reflects the years of work of the ANSI C standards group to undo the numerical shortcomings of C's original, PDP-11-centric design.

Java's designers claim to aspire to bit-identical results across all Java implementations. But besides being mathematically intractable, that goal is commercially infeasible. Just as Gresham observed that good money will drive out the bad, so will faster computations -- but for a bit or two of rounding error -- drive out the best computations. Java's designers, if anyone, should understand the importance of benchmark
speed in computer sales.

Instead of convening a council to proclaim the one "right" answer to any computation, Java's design team would serve the computing community better by
providing the most robust numerical environment possible across a diversity
of architectures. Good tools will lead to good results sooner than arbitrary decisions about right and wrong results. Today, the Java specification favors processors like Sun's Sparc, at the expense of millions of users of other hardware.

In "The Java Language: A White Paper," Sun describes Java as a, "simple,
object-oriented, distributed, interpreted, robust, secure, architecture-neutral, portable, high-performance, multithreaded, and dynamic language."

This note explores Java from a numerical standpoint, especially with regard to its being architecture neutral, portable, and high performance. It suggests that by using experience gained by the C standards group, the Java design team could make Java a more truly open design. There is still time for Java to be numerically robust over a wide range of processors.

Two Examples

Consider this simple piece of a larger computation:

double h, a, b, c, d;
h = (a * b) / (c * d);

Programmers familiar with the Pentium processor might expect expression
evaluation to proceed in the form

```
fld.d    a        ; push a onto FPU stack
fmul.d   b        ; a * b on stack
fld.d    c        ; push c
fmul.d   d        ; a * b and c * d on stack
fdivp             ; a * b / c * d on stack
fstp     h        ; pop and store as double
```

MSS 0056517
CONFIDENTIAL

This is an excellent application of the floating point evaluation stack in the x86 architecture. And because stack values are stored to 11 more significant bits and with substantially wider exponent range than 64-bit

double values, rounding error is reduced and the possibility of intermediate
overflow or underflow is eliminated.

A careful reading of "Java: The Lanuage Specification" by Gosling, Joy, and
Steele, however, reveals language suggesting that all intermediate results
should be stored to "double precision."  According to numerical aficionados
at Sun, the spec ought to say "double precision and range." This restriction
leads to this more cumbersome evaluation on some Pentium systems:

```
fld.d    a
fmul.d   b       ; a * b on stack
fst.d    temp1   ; coerce a * b to double -- EXTRA STORE
fld.d    c       ; EXTRA LOAD
fmul.d   d       ; c * d on stack
fst.d    temp2   ; coerce c * d to double -- EXTRA STORE
fld.d    temp1   ; EXTRA LOAD
fdiv.d   temp2   ; temp1 / temp2 on stack
fst.d    h
```

The cost of converting intermediate results to double in this simple calculation is writing two double values to memory and then immediately reading them back -- nearly doubling the memory traffic and increasing the instruction count by half.  This is not what designers of the x86 FPU (nor the IEEE floating point standard) had in mind.

Here is an example on the PowerPC processor.  Numerical approximations
are often structured to have the form (base value) + (residual), where the base value is a fast but rough approximation, in turn refined by the smaller residual.  Such approximations lead to expressions of the form

```
double y, base, x, h;
y = base + (x * h);
```

PowerPC enthusiasts crave such expressions because they are handled so
well by a single instruction

```
; Assume floating registers fr1 = base, fr2 = x, and fr3 = h.
; Compute fr0 = y = base + (x * h)
fmadd  fr0,fr1,fr2,fr3    ; fr0 = f1 + (f2 * f3)
```

The power of the "fused multiply-add" instructions lies in the evaluation of the product (x * h) with no rounding error before this value -- to a full 106 significant bits -- is added to the value of base in fr1.

The Java spec, however, would seem to imply that the product (x * h) must
be explicitly rounded to double before it is added to base, leading to the alternative sequence

MSS  0056518
CONFIDENTIAL

```
; fr1 = base, fr2 = x, and fr3 = h.
; Compute fr0 = f1 + (f2 * f3)
fmul    f2,f2,f3 ; f2 = f2 * f3, replaces x -- EXTRA ROUND TO DOUBLE
fadd    f0,f1,f2
```

Java has doubled the number of instructions, added a temporary value, and forced one gratuitous rounding on the PowerPC.

Java Is Not Architecture Neutral

Although by their nature numerical issues can become painfully murky
for some, one thing is certain: these simple examples illustrate that Java
as currently specified is NOT architecture neutral. Users of either
Pentium or PowerPC architectures will suffer a performance penalty
compared to Mips or Sparc users, whose machines perform only
ordinary
operations and only on float and double values.

The notion of "architecture-neutral" has other interpretations. Java's
designers might say that achieving the same results (or nearly so) on all
machines makes the language architecture neutral, but this paper argues
below
that this goal is ultimately flawed and that the price – lower performance,
less accurate results – is not nearly worth the penalty to users of some
prevalent architectures.

Java Does Not Achieve High Performance

The examples above show that Pentium and PowerPC users pay twice:
less
accurate results because of imposed intermediate operations and lower
performance due to time wasted on the unwanted operations. The ANSI
committee revising the C language standard has wrestled with these
issues
for years. They have decided on an approach that is truly architecture
neutal and high performance. Consider this example:

```
/* This is C9X, but could as well be Java. */
double sum, x[100], y[100];
double_t t;              /* fastest type at least as wide as double */
int i;

t = 0.0;
for (i = 0; i < 100; i++)
        t += x[i]*y[i];
sum = t;
```

Such loops dominate compute-intensive numerical applications. C9X
gives explicit, portable access to system-dependent types that will
produce the best results fastest. Pentiums make best use of their
stack. PowerPCs make best use of fused multiply-add. Both produce
results at least as good as -- in the case of Pentium usually rather
better than -- a vanilla float/double architecture processor.

This programming style leads to the best code across a diversity of
machines. By contrast, the current Java spec would force every product
and sum out of the FPU stack into memory, significantly slowing the
loop and nullifying the advantages of extra range and precision.

Java Floating Point Is Not Strictly IEEE Standard -- Unnecessarily

In its first incarnations, Java is an interpreted language. Its code
is compiled down to compact "byte codes", which can in turn be sent
across a network and executed on diverse computers. To have some
prospect of portability of algorithms and data, Java's designers chose
to adopt part of the IEEE standard 754 for binary floating point
arithmetic.

The standard ensures bits in a 32-bit float value and in a 64-bit
double value will have the same meaning on all Java systems (modulo

MSS 0056519
CONFIDENTIAL

byte order, that is). It also ensures that arithmetic will be performed as if with unbounded range and precision, with results rounded to the appropriate representable value.

Java deviates from the letter and the spirit of IEEE arithmetic in critical ways. It omits any state associated with floating point arithmetic, preventing programmers from choosing a rounding direction from any of the four (required) IEEE options, and preventing programmers from testing
and altering (required) IEEE sticky exception flags.

The desire of Java's designers to attain identical results on all machines is not at all in the spirit of the IEEE standard. The standard actually recommends -- with its careful use of the word "should" -- the implementation
of a double-extended format on float/double machines, yet Java's designers
would preclude its use. The IEEE recommendation was based on years of
experience that showed how a little extra hardware could go a long way computationally. The recommended extensions of range and precision --
supported by the x86 and 68K architectures -- are the preferred, not prohibited, mechanisms for expression evaluation. Aside from their obvious use to experts, they also defend less sophisticated programmers who often transcribe numerically dubious mathematical formulas from texts.

The examples above illustrate that Java prevents effective use of extended
precision and range on processors whose users have paid for those features.
In contrast, designers of IEEE-754 were deliberately architecture-neutral, though it might be that "architecture-open" is a better expression. The standard allows
* float-only systems, for the low end
* extended formats with extra range and precision, for users who care to pay for their benefits
* different implementations of underflow, in which the differences are computationally and logically negligible.

It's a pity that Java is so restrictive in light of progress in the new C9X standard, in which great care has been taken to make the most powerful
features of the IEEE binary floating point standards portable at last.

Portability != Reproducibility

Java's designers might argue that their restrictive specification for floating point arithmetic approaches reproducibility of results across diverse architectures. Identical floating point results on all machines yield the ultimate portability. But at what cost?

Truly identical results are possible only if every library function available to applications yields identical results, which is only practical if all implementations are the same. Therein lies the flaw. As long as competition (or past practice) motivates a variety of architectures, computations will be best done in different ways on different machines. Trying to enforce specific algorithms for important computations across all machines will ultimately fail because users (and salespeople) want to eke all the speed possible out of a given architecture.

MSS 0056520
CONFIDENTIAL

For a concrete case, consider the third example presented earlier --
computing an inner product of two vectors, that is

x[0]*y[0] + x[1]*y[1] + x[2]*y[2] + . . . + x[N-1]*y[N-1]

where x and y are double arrays.  Consider the possibilities for a
function that might be found in the widely used LINPACK or LAPACK
libraries.

1. The current Java spec suggests that all intermediate operations
   should produce double results.  Sparc and Mips processors work
   this way.

2. PowerPC users might expect fused multiply-add to speed the loop.

3. Pentium users would expect intermediate operations to enjoy
   extended range and precision.

4. Followers of the work of Kulisch and Miranker would demand that
   the sum be computed with JUST ONE rounding error -- a facility
   provided by the ACRITH package in some IBM hardware and other
   software.

Option 4 is the most accurate, but its cost is high given the range
of the IEEE double format.  Options 1-3 are fastest on their
respective architectures, with 3 almost certainly likely to be the
most accurate of them.

Who will decide what's right and how much who must pay to get this
right result?

The question is even more subtle in the realm of transcendental
functions like cos() or exp(), some of which require argument
reduction, too.  Not even Prof. W. Kahan of U. C. Berkeley,
who received the ACM Turing Award for his work on the IEEE standard
and his numerical nit-pickiness, could want to sit on such a
Numerical Governing Board.

And if the issue isn't sufficiently intractable mathematically,
consider the forces of the marketplace, in which faster code,
often at the expense of some accuracy but quite often without
sacrificing key properties like monotonicity, can create its
own market.

Identical results from any but the simplest expressions are
a hopeless cause.  An attempt at such a rigid standard could
lead to a specification conformed to only by the implementation
blessed with the choice of the "right" result of any computation.

Java Can Have Robust, Portable Floating Point Computation

As specified today, Java makes numerical sense only on processors
like Sun's Sparc that support only basic arithmetic on float and
double operands; users of other processors suffer one form of
degradation or another.

Ultimately, one hopes users will strive for a correct answer,
not the same answer.  In over a decade since its adoption, IEEE-754
has driven the industry toward common data formats and higher
quality results.  Over the past seven years, work on the new
C9X standard has exposed techniques to make the features of IEEE
arithmetic available portably.  It's time for the Java community
to take note of that progress, to open the standard to the real

MSS 0056521
CONFIDENTIAL

diversity of existing, standard floating point architectures, and achieve a truly high performance, portable design that is architecture neutral in a numerically sensible way.

Jerome Coonen
C-Labs
4035 Orme St.
Palo Alto, CA  94306
jerome@be.com

Background

Jerome T. Coonen received his Ph.D. in mathematics from U. C. Berkeley
for work with W. Kahan on the design and early implementation of the IEEE binary floating point standard.  He worked at Apple Computer for a decade and nowadays consults on floating point issues with Exponential Technology, Metrowerks, Apple, Microsoft, and SunSoft.

MSS 0056522
CONFIDENTIAL

| | |
|---|---|
| **From:** | Russ Arun |
| **Sent:** | Wednesday, September 17, 1997 6:13 PM |
| **To:** | Prashant Sridharan |
| **Subject:** | RE: More Questions about ADO in java... |

Cross platform is a red herring that is not worth spending time on. Based all the numbers we see it is interestingly more irrelevant now than it was 5 years ago when I joined MS.

However we need to coopt the best lessons from Java into Windows.

---------
| | |
|---|---|
| From: | Prashant Sridharan |
| Sent: | Wednesday, September 17, 1997 6:07 PM |
| To: | Russ Arun |
| Subject: | RE: More Questions about ADO in java... |

```
If we, as a company, are interested in promoting Windows, why
bother with AFC?  In my own opinion (apart from Ironwood,
J/Direct, or any of the other poltically-charged topics now),
we are horribly inconsistent in this regard.

Screw Sun, cross-platform will never work.  Let's move on and
steal the Java language.

That said, have we ever taken a look at how long it would
take Microsoft to build a cross-platform Java that did work?
Naturally, we would never do it, but it would give us some
idea of how much time we have to work with in killing Sun's
Java.
```

*Prashant Sridharan*
Visual J++ Product Manager
prashant@microsoft.com
(425) 703-4682
http://www.mediacity.com/~heath

-----Original Message-----
| | |
|---|---|
| From: | Russ Arun |
| Sent: | Wednesday, September 17, 1997 5:29 PM |
| To: | Prashant Sridharan |
| Subject: | RE: More Questions about ADO in java... |

It is in Sun's interest to be cross platform. NT is eating share fast. So they are scrambling to find something and Java is their best hope.  But for Java they would be in trouble.

---------
| | |
|---|---|
| From: | Prashant Sridharan |
| Sent: | Wednesday, September 17, 1997 5:25 PM |
| To: | Russ Arun |
| Subject: | RE: More Questions about ADO in java... |

```
Agreed on x-plat.  Screw Sun.

Of course, you and I probably have some old Sun buddies
that would think otherwise :-)
```

*Prashant Sridharan*
Visual J++ Product Manager
prashant@microsoft.com
(425) 703-4682
http://www.mediacity.com/~heath

MSS 0097798
**CONFIDENTIAL**

**ATTORNEYS ONLY**

-----Original Message-----
From:    Russ Arun
Sent:    Wednesday, September 17, 1997 5:23 PM
To:      Prashant Sridharan
Subject: RE: More Questions about ADO in java...

Don't care about cross platform in future - pretense or otherwise.  AFC is the closest to this at this point.

Yes - we are shipping the Microsoft JDBC-ODBC bridge that came from Intersolv and supports JDBC.

---------
From:    Prashant Sridharan
Sent:    Wednesday, September 17, 1997 5:12 PM
To:      Russ Arun
Subject: RE: More Questions about ADO in java...

Russ,

I'm just now joining in this thread, so forgive the
silly question.  Are we not shipping JDBC at all with
the SDK 2.0?

Do we have any pretense of cross-platform left? ;-)

*Prashant Sridharan*
Visual J++ Product Manager
prashant@microsoft.com
(425) 703-4682
http://www.mediacity.com/~heath


-----Original Message-----
From:    Russ Arun
Sent:    Wednesday, September 17, 1997 5:09 PM
To:  Java Discussion Alias; Craig Longman (Excell Data Corporation)
Subject:    RE: More Questions about ADO in java...

In theory having both JDBC (the deprecated one) and MSJDBC (the Microsoft JDBC-ODBC bridge) is OK, but you will
have spurious classes that I would worry about you relying on.

JDBC can be got rid off by deleting JDBC.ZIP and any other muck should clear itself as part of the VM install.

---------
From:    Craig Longman (Excell Data Corporation)
Sent:    Wednesday, September 17, 1997 4:59 PM
To:  Java Discussion Alias
Subject:    RE: More Questions about ADO in java...


>in the words of 'Russ Arun'                                    **MSS 0097799**
>* JDBC.zip is not being shipped - so you relying on it is not good   **CONFIDENTIAL**

Ahh.  I just looked over the docs again, and I must admit I failed to notice the
'ms' in front of the jdbc.exe file to run.  After running that, I get the
Intersolv
stuff installed just great, and everything is running fine.

Now if I can just figure out why multiple result sets in a single statement are
not
working correctly...

Does anyone know where I can report bugs on the jdbc-odbc bridge?

>  - You might want to uninstall your VM and install the latest VM or IE

**ATTORNEYS ONLY**

of us look forward to, no doubt.

>* There are examples in the SDK that might help you

Aside from the SimpleSelect.java that was changed to use MSs new naming
conventions
before they had the Intersolv which has the same naming conventions and can now
use
the standard sample, I couldn't find anything in the samples that helped in any
way
what-so-ever.

Cheers, and thanks for the help.


   *CraigL->Thx();*

MSS 0097800
CONFIDENTIAL

ATTORNEYS ONLY

| From: | Ben Slivka |
|---|---|
| Sent: | Friday, January 17, 1997 4:00 PM |
| To: | Rosemary Knapp |
| Subject: | RE: Java Discussions -- I don't think we need this meeting on Java this afternoon |

Check with bradsi...

-----Original Message-----
| From: | **Rosemary Knapp** |
|---|---|
| Sent: | Friday, January 17, 1997 3:58 PM |
| To: | Ben Slivka |
| Subject: | RE: Java Discussions -- I don't think we need this meeting on Java this afternoon |

Ben,

Should Tod be at the API strategy sessions?  If so, can you please let me know times and locations?

Thanks - Rosemary

**From: Ben Slivka**
Sent:  Friday, January 17, 1997 3:15 PM
To: Brad Chase; Tod Nielsen; Sara Williams (DRG); Charles Fitzgerald; Rosemary Knapp; Nancy Malm
Subject: RE: Java Discussions -- I don't think we need this meeting on Java this afternoon

These are all excellent questions, and I think we have answers for the bulk of these (at least at the high level).
I've got some API strategy meetings with paulma over the next week - 1st one is Monday.  Let's try for this meeting later in the week (thur/fri), and charles can pull together a preliminary doc to address all the points below (and more!).
OK?
Thanks, bens

-----Original Message-----
**From:  Brad Chase**
Sent:   Friday, January 17, 1997 2:32 PM
To: Ben Slivka; Tod Nielsen; Sara Williams (DRG); Charles Fitzgerald; Rosemary Knapp; Nancy Malm
Cc: Brad Chase
**Subject:**    RE: Java Discussions -- I don't think we need this meeting on Java this afternoon

hmm, I think we need to meet on this.  i don't understand:
- our overall strategy on java, for example what do we want to say or not say on fragmentation, what do we want to encourage
- our current messages
- our current evangelism goals
- how we are handling the dispute with sun
- where we are at with all our java development efforts

-----Original Message-----
| From: | Ben Slivka |
|---|---|
| Sent: | Friday, January 17, 1997 11:42 AM |
| To: | Tod Nielsen; Sara Williams (DRG); Charles Fitzgerald; Rosemary Knapp; Nancy Malm; Brad Chase |
| Subject: | RE: Java Discussions -- I don't think we need this meeting on Java this afternoon |

MSS 0039771
CONFIDENTIAL

Yes.

-----Original Message-----
**From:** Tod Nielsen
**Sent:** Friday, January 17, 1997 11:41 AM
**To:** Sara Williams (DRG); Charles Fitzgerald; Rosemary Knapp; Nancy Malm; Brad Chase; Ben Slivka
**Subject:** RE: Java Discussions -- I don't think we need this meeting on Java this afternoon

So we should cancel this meeting, correct?

--------
**From:** Ben Slivka
**Sent:** Friday, January 17, 1997 11:37 AM
**To:** Sara Williams (DRG); Charles Fitzgerald; Rosemary Knapp; Nancy Malm; Brad Chase; Tod Nielsen
**Subject:** RE: Java Discussions -- I don't think we need this meeting on Java this afternoon

I think we (charlesf, johnlu, me, etc.) now have a pretty coherent Java strategy - charles will send an update early next week on what we're doing.

-----Original Message-----
**From:** Sara Williams (DRG)
**Sent:** Friday, January 17, 1997 10:46 AM
**To:** Ben Slivka
**Subject:** FW: Java Discussions

does it make sense to have this meeting w/out you??

-Sara

-----Original Message-----
**From:** Nancy Malm
**Sent:** Friday, January 17, 1997 10:45 AM
**To:** Sara Williams (DRG); Charles Fitzgerald
**Cc:** Rosemary Knapp
**Subject:** RE: Java Discussions

Ben isn't attending this meeting. I hesitate to move this to that late on a Friday afternoon. How about if we just leave it where it is and Charles gets there as soon as he can.

I will be *so* glad when this meeting is done!!!

N

-----Original Message-----
**From:** Sara Williams (DRG)
**Sent:** Friday, January 17, 1997 10:42 AM
**To:** Nancy Malm; Charles Fitzgerald
**Cc:** Rosemary Knapp
**Subject:** RE: Java Discussions

is there any chance we could push it back 30 minutes? The DP is scheduled to wrap up at 4:30p, and ben and charles really need to be here for the Q&A at the end.

thanks,
Sara

-----Original Message-----
**From:** Nancy Malm
**Sent:** Friday, January 17, 1997 10:39 AM
**To:** Charles Fitzgerald; Sara Williams (DRG)
**Cc:** Rosemary Knapp
**Subject:** RE: Java Discussions

MSS 0039772
CONFIDENTIAL

2 different meetings, I checked with Brad on that yesterday. I know it's in the middle of the preview (although it wasn't when I scheduled it) but it has been pushed out so far already that Brad would like to have it with as many people as can make it. I know Bobmu will be there as well as Chrisjo.

N

-----Original Message-----
**From:**       Charles Fitzgerald
**Sent:**       Friday, January 17, 1997 10:32 AM
**To:**         Nancy Malm; Sara Williams (DRG)
**Cc:**         Rosemary Knapp
**Subject:**    RE: Java Discussions

thoguht this was rescheduled for 28th?

this is a terrible day to do this - we in the middle of java design preview.

    -----Original Message-----
    **From:**       Nancy Malm
    **Sent:**       Friday, January 17, 1997 10:32 AM
    **To:**         Sara Williams (DRG)
    **Cc:**         Rosemary Knapp; Charles Fitzgerald
    **Subject:**    RE: Java Discussions

    It was not cancelled.

    N

    -----Original Message-----
    **From:**       Sara Williams (DRG)
    **Sent:**       Friday, January 17, 1997 10:21 AM
    **To:**         Rosemary Knapp; Nancy Malm
    **Subject:**    FW: Java Discussions

    can you confirm that this meeting was cancelled?

    thanks,
    Sara

    -----Original Message-----
    **From:**       Charles Fitzgerald
    **Sent:**       Friday, January 17, 1997 10:16 AM
    **To:**         Sara Williams (DRG); Ben Slivka
    **Subject:**    RE: Java Discussions

    chase meeting was cancelled

        -----Original Message-----
        **From:**       Sara Williams (DRG)
        **Sent:**       Friday, January 17, 1997 9:39 AM
        **To:**         Charles Fitzgerald; Ben Slivka
        **Subject:**    FW: Java Discussions
        **Importance:**  High

        are you guys going to this java meeting at 4-5 today, or are you still going to
        be here?  (you're in the invite list...)

        thanks,
        Sara

        -----Original Message-----
        **From:**       Rosemary Knapp
        **Sent:**       Friday, January 17, 1997 9:05 AM
        **To:**         Sara Williams (DRG)
        **Subject:**    Java Discussions
        **Importance:**  High

**MSS 0039773**
**CONFIDENTIAL**

        Hi Sara,

        Tod has a 3:00-5:00 PaulMa meeting and a 4:00 BradC (Java Discussion)
        meeting today.  Can you attend the 4:00 meeting for Tod?  He may try to
        leave the PaulMa meeting early but wanted to know if you could cover for
        him in case he can't get away.  Details for this meeting are below.  Please let
        me know if you can do this.

Thanks - Rosemary

---

Meeting Request
When: Friday, January 17, 1997, 4:00 PM - 5:00 PM, (GMT-08:00)
Pacific Time (US & Canada); Tijuana
Where: 5/2045
From: Brad Chase (sent by Nancy Malm)
Date Received: Friday, December 20, 1996 2:23 PM
To: Rosemary Knapp
Cc:
Subject: JAVA Discussion

Yet another schedule conflict - Brad will be out of town on
Tuesday.  Hopefully this stays put this time.

Thanks,
Nancy

---

I need to move this out to after the holidays due to schedule
conflicts.

Thanks,
Nancy

---

Invited:

Bens
Bobmu
Charlesf
Thomas Reardon
Todn
Tomb
Yusufm
Chrisjo
Bradc

Email string explaining this meeting:

we should all sit down and make sure we are on the same page.

i'd like to do this right after thanksgiving.  nancy pls drive

-----Original Message-----
From: Yusuf Mehdi
Sent:  Tuesday, November 26, 1996 7:40 PM
To:    Charles Fitzgerald; Thomas Reardon; Ben Slivka
Cc:    Brad Chase; Adam Bosworth; Internet Explorer Press Issues;
Scott Isaacs; Chris Jones (Exchange); Gaby Adam (Internet)
(Waggener Edstrom); Bob Muglia
Subject:   RE: norvin leach, PC week, called re: HTML futures
from MS and Navigator -- trying to paint a conflict

Not sure if there is a policy on what we talk about in terms of
extending Java, but there seems to be a lot of interest in the
fragmentation of stds with future versions of our development
technologies as supported in our browsers.  Here are my thoughts
from the side lines of java battle and some press conversations as
well as from chatting with thomasre.

MSS 0039774
CONFIDENTIAL

In terms of our support for Java, I would say:
* We are committed and delivering on providing the best way to
author and run java applets - via our Java VM and VJ++ tool.
* If we can get away with it, I would no comment on our Java class
extensions.  If pressed I would say that there is industry
agreement that the Java VM is limited.  Since Java is not in a
standards body, it makes it harder to gain consensus but we will
collaborate with vendors like Sun and ultimately the market will
decide. (sun has cross license on vm work)

I don't think we should push or publicize our java class work or
the fragmentation that is occuring with Java in the industry.
Instead we should point the the VM and VJ++ work as examples of
our support.  Also, I don't think we should be saying that we are
making Windows the best way to run Java apps.  This sounds like we
are coopting Java.

Java battle is very different from the HMTL/Scripting battle in
that we can say support the W3C standard and we will adhere to it
as witnessed in our pledge.

-----Original Message-----
From: Thomas Reardon
Sent:  Tuesday, November 26, 1996 5:35 PM
To:    Ben Slivka
Cc:     Adam Bosworth; Internet Explorer Press Issues; Scott
Isaacs; Chris Jones (Exchange); Gaby Adam (Internet) (Waggener
Edstrom); Bob Muglia
Subject:    RE: norvin leach, PC week, called re: HTML futures
from MS and Navigator -- trying to paint a conflict

ok, i just did a followup call, brought in the javascript issues.

this is gonna be hard to discribe, but i basically told norvin i
thought he was overfocusing on java issues, that they aren't
reflecting the real public sentiment that netscape is creating a
mess of java classes.  but then i shifted and told him i thought
that the most important 'consolidation' occuring in the industry
was around HMTL + JavaScript and that he should be focusing more
there.  at first he pushed back but i think he bought in to the
idea that there is more public investment in scripting than java
right now and that consolidation is goodness.

he knew noothing about the javascript meeting, so i gave him the
rundown including the naming stuff.  he agreed that was news.  he
agreed that IE was making substantial market progress and that
jscripts importance reflects that.

from there we talked about Trident vs. Nav4.  he said that the
market would fracture because we both will be beta before the
standard is done.  he said that there were no submissions at w3c
(this is wrong, i pointed them out to him).  in response to "what
should webmasters follow?" i said simply "w3c".  said everyone
should avoid vendor bickering and just follow the standard,
pointed him to our "HTML Pledge" and explained it was critical for
vendors to take that pledge if customers were to keep the faith.
i think this played well, he liked that i kept pointing customers
to w3c standards.  emphasized that we would track the standard
wherever it went; he accused us of being schizo with this vs. our
java approach, i said he misunderstood that we are merely trying
to add rich platform support to an interop layer.  our java =>
win32 work is just like the HTML -> activex work we did with w3c

MSS  0039775
CONFIDENTIAL

(the OBJECT tag). this plays well.

as i told charlesf on the phone, at this point its not good to create MORE noise around our win32 java classes, instead we should just quietly grow j++ share and assume that people will take more advantage of our classes without ever realizing they are building win32-only java apps.

-thomas

-----Original Message-----
From:  Ben Slivka
Sent:  Tuesday, November 26, 1996 5:00 PM
To:    Thomas Reardon
Cc:    Adam Bosworth; Internet Explorer Press Issues; Scott Isaacs; Chris Jones (Exchange)
Subject:   norvin leach, PC week, called re: HTML futures from MS and Navigator -- trying to paint a conflict
Importance:   High

Thomas, you might want to call/mail Norvin (Norvin_Leach@zd.com) to follow up...

I think Norvin is trying to write an article about how Netscape and Microsoft are fragmenting HTML, perhaps as a follow-up to this weeks "MS fragments Java" article. I tried to point him at how we are working very closely with the W3C to have a standard here, and that we hoped Netscape would, too.

Norvin started out asking me what MS was going to do about supporting Navigator 4's HTML extensions (style sheets + java script), and how MS planned to reconcile our Dynamic HTML with Nav 4's stuff.
I said we were working very closely with the W3C, the HTML Editorial Review Board, and that both MS and Netscape had submitted their specs, that there was a lot of commonality, and I was hopeful that Netscape would work with the standards process to arrive at a standard which both companies could implement in a compatible way.

Norvin asked me what the chance of this happening was, would it happen in time for the IE 4 and Nav 4 betas. I said I was hopeful, that the W3C process had worked very well for the <object> tag and the Cascading Style Sheets specs. MS was ahead of Nav in implementing these specs, but since Netscape was a full participant in these efforts, I expected Nav 4 to implement <object> and CSS level 1, as they had promised to.

Norvin said Netscape had told him they were not going to implement the MS Dynamic HTML stuff -- pretty open-minded position for them.
 :-)
--bens

MSS 0039776
CONFIDENTIAL

| From: | John Ludwig |
|-------|-------------|
| Sent: | Wednesday, August 28, 1996 12:08 AM |
| To: | Bob Muglia; Ben Slivka |
| Subject: | some very high level thoughts on api work |

reflecting on our meeting with paulma the other day, i have the following high level observations to add.

- we have to avoid the trap of trying to compete across the board with the entirety of netscape one or with the entirety of the sun java platform. those guys need a huge extensive api so that they can replace our platform. we don't. we should be able to pick up a ton of apis via com with no work at all.
- subversion has always been our best tactic. don't fight awt -- enhance it and support it better than anyone else. don't fight jdbc -- adopt it and move on. subversion is almost invariably a better tactic than a frontal assault. it leaves the competition confused, they don't know what to shoot at anymore.
- while forms/db/drawing/objects may be the obvious core api, they may not necessarily be the fights we should pick. forms -- yes, we have a great asset in trident that i think will blow people away. db -- what distinctive do we really have to offer above and beyond jdbc. why fight this fight. what is the goal. drawing as well. on the other hand, advanced media api -- directx, streaming, etc -- may be a better battle to fight. winsock2 type functionality -- may be a better battle to fight. we have distinctive assets in these areas, they leverage our os investment better than say drawing does.
- netscape has been super effective at picking a couple small points and just hammering away on us with them. this may be more effective than a complete broad attack. just pick say media and whack away at them.
- obviously we need badly to talk to customers. we have precious little data on what the java development community actually wants.
- partners partners partners. this will be key to our success. i would argue that we need to help partners who want to provide their own apis -- provide them easy distribution with our development kits and runtimes. just as we are doing for partners that want to provide their own layout runtimes that fit within the browser. as long as they support our extensibility interfaces we should hold our noses and help them gain eyeballs and trial.

MSS 0049950
CONFIDENTIAL

ATTORNEYS ONLY

## SETTLEMENT AGREEMENT AND MUTUAL LIMITED RELEASE

**WHEREAS**, Sun Microsystems, Inc. ("Sun") filed suit against Microsoft Corporation ("Microsoft") on October 7, 1997 in the United States District Court for the Northern District of California, Case Number C97-20884 RMW (PVT) (the "Action");

**WHEREAS**, Microsoft timely answered Sun's complaint and filed counterclaims against Sun in the Action;

**NOW THEREFORE**, the parties agree as follows:

1.   **Definitions.**

   a.   As used herein, "Sun" means Sun Microsystems, Inc. and all of its Subsidiaries.

   b.   As used herein, "Microsoft" means Microsoft Corporation and all of its Subsidiaries.

   c.   As used herein, "Subsidiary" means a corporation, partnership, limited liability company, unincorporated association, or other entity (i) greater than 50% of whose combined voting power of the total issued and outstanding voting stock (representing the right to vote for the election of directors or other management authority) is, now or hereafter, owned or controlled, directly or indirectly, by a party hereto (a "Parent"), and is actually controlled or managed by such Parent, or (ii) which does not have outstanding shares or securities, as may be the case in a partnership or limited liability company, but greater than 50% of whose ownership as equity interest is, now or hereafter, owned or controlled, directly or indirectly, by a Parent and is actually managed or controlled by such Parent.

   d.   As used herein, "Intellectual Property Rights" shall mean all intellectual property rights worldwide arising under statutory or common law, and whether or not perfected, including, without limitation, all (i) patents and patent applications owned or licensable by Sun or Microsoft; (ii) rights associated with works of authorship including copyrights, copyright applications, copyright registrations, mask work rights, mask work applications, mask work registrations; (iii) rights relating to the protection of trade secrets and confidential information; (iv) any right analogous to those set forth in this paragraph and any other proprietary rights relating to intangible property (other than trademark, trade dress, or service mark rights); and (v) divisions, continuations, renewals, reissues and extensions of the foregoing (as and to the extent applicable) now existing, hereafter filed, issued or acquired.

e.     As used herein, a "Critical Customer Defect" is any software flaw in a
licensed binary implementation that is independently reported by a third
party customer and that causes data loss, data corruption, frequent
software crashes, or significant errors, such that it substantially interferes
with such customer's ability to use a licensed JDK 1.1.4-level binary
implementation to perform or achieve the functionality specified therefor
in Microsoft's Reference Documentation.

f.     As used herein, a "Security Hole" is any software flaw, irrespective of
whether it is independently reported by a third party customer, that causes
a licensed JDK 1.1.4-level binary implementation to fail to conform to the
security features specified therefor in Microsoft's Reference
· Documentation.

g.     As used herein, "Microsoft's Reference Documentation" shall mean the
Microsoft Developer Tools Interoperability Kit Version 1.1 attached
hereto as Exhibit A, and the Microsoft April 2000 MSDN developer
library documentation for Microsoft's JDK 1.1.4-level binary
implementation contained on the compact discs referenced in Exhibit B.

2.     **Acknowledgment of Termination.**  Sun notified Microsoft that Sun was
terminating the TLDA.  Microsoft replied that Sun's termination was wrongful
and without legal foundation.  To settle the pending litigation, Microsoft agrees
that the TLDA is terminated but the parties agree that Microsoft's consent is not
an admission of any breach of the TLDA by Microsoft, any wrongdoing by
Microsoft or the existence of any liability of Microsoft to Sun.

3.     **Termination of Surviving Licenses and Obligations.**  The parties further agree
that:

a.     Such TLDA obligations and rights as survive termination of the TLDA by
Sun, including (without limitation) any and all perpetual licenses granted
therein by either party, are hereby terminated and extinguished, except for
such surviving rights and obligations as either party may have to the other
pursuant to article 7 and section 8.1 of the TLDA, and

b.     Sun's termination of the TLDA does not terminate, revoke or impair in
any way licenses granted during the term of the TLDA by Microsoft to
third parties that are consistent with the terms of the TLDA or this
Settlement Agreement to use or distribute Microsoft products licensed
under the TLDA, and all such third party licenses of Microsoft shall
continue in full force and effect pursuant to the valid provisions of such
licenses.

4.     **Permanent Injunction.**  Microsoft hereby consents and agrees to the entry by the
Court of a permanent injunction in the form attached hereto as Exhibit C.

5.     **Payment**.  Microsoft shall pay to Sun, by January 25, 2001, the sum of Twenty Million Dollars ($20,000,000).

6.     **Limited Licenses**.  As limited herein, Sun grants to Microsoft:

a.     A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2008, to continue to distribute without modification in currently shipping commercial products, all as listed on Exhibit D attached, the JDK 1.1.4-level binary implementations identified in Exhibit E attached, but only insofar as such binary implementations do not alter or add in any way to the functionality and features of the JDK 1.1.4-level binary implementation that was present in the Windows 2000 First Commercial Release ("Windows 2000 FCR 1.1.4 binary implementation"), as modified in accordance with the Delta List attached hereto as Exhibit F (which exhibit is designated as confidential by Microsoft pursuant to paragraph 3(a) above);

b.     Subject to and conditioned on Microsoft's compliance with all of the provisions of paragraph 7(c), a limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2004, to use Sun's JDK 1.1.4-level source code, for Microsoft's internal use only, for the sole purpose of making such limited modifications to the JDK 1.1.4-level binary implementations licensed herein under paragraphs 6(a), 6(b) or 6(c) as are necessary to correct only Critical Customer Defects or Security Holes, and only insofar as such modified implementations satisfy the limitations set forth in paragraph 7 below;

c.     Subject to and conditioned on Microsoft's compliance with all of the provisions of paragraph 7(c), a limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2004, to incorporate the JDK 1.1.4-level binary implementations licensed under paragraphs 6(a) or 6(b) above in successor versions of the products identified in Exhibit D, as said exhibit may be amended pursuant to paragraph 8, but only insofar as such modified implementations and products satisfy the limitations set forth in paragraph 7 below;

d.     Subject to and conditioned on Microsoft's compliance with all of the provisions of paragraph 7(c), a limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2008, to distribute the products identified in paragraph 6(c) above, but only insofar as such products satisfy the limitations set forth in paragraph 7 below;

e.     A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2008, to grant, with respect to Microsoft's currently shipping VJ++6.0 or SDK for JAVA, a sublicense in the form attached as Exhibit G to redistribute the files listed in Exhibit G, but only

insofar as such products satisfy the limitations set forth in paragraph 7 below;

f.   A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2008, to distribute in Microsoft's currently shipping standalone VJ++6.0 and SDK for JAVA products only such portion of the JDK 1.1.4-level source code as is currently shipping in such products, but only insofar as such products and source code satisfy the limitations set forth in paragraph 7 below;

g.   A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2004, for Microsoft's internal use only, to use Sun's JCK 1.1.4 compatibility test suite for the sole purpose of confirming that products and binary implementations licensed under this paragraph 6 satisfy the limitations of paragraph 7 below;

h.   A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2004, to continue to distribute without modification Microsoft's currently existing inventory of products listed on Exhibit H that contain pre-JDK 1.1-level binary implementations, provided that:

   i.   such products are not manufactured by Microsoft after March 31, 2001, and

   ii.   the license to modify granted in paragraphs 6(b) and (c) above shall not apply to such products;

i.   A limited license under Sun's Intellectual Property Rights, during the period ending January 2, 2004, to continue to distribute without modification such currently existing Microsoft products as are listed on Exhibit D that currently contain a JDK 1.1.1-, 1.1.2- or 1.1.3-level binary implementation, provided that:

   i.   the license to modify granted in paragraphs 6(b) and (c) above shall not apply to such products or binary implementations, and

   ii.   if a product containing a JDK 1.1.1-, 1.1.2- or 1.1.3-level binary implementation is modified in any respect, Microsoft will replace the JDK 1.1.1-, 1.1.2- or 1.1.3-level binary implementation in such product with a JDK 1.1.4-level binary implementation licensed under paragraphs 6(a) or 6(b) herein prior to any commercial distribution of such modified product.

7.   **License Limitations.**  The basic intent of the licenses granted in paragraph 6 above is to permit Microsoft to continue to distribute its current products "as is." The limited license granted in paragraph 6(b) above to modify the JDK 1.1.4—

level binary implementations listed on Exhibit D is intended by Sun and Microsoft to allow Microsoft to correct Critical Customer Defects or Security Holes only.

a.    The licenses granted in paragraph 6 above expressly exclude any right or license, and nothing in this Agreement or in the definitions of "Critical Customer Defect" or "Security Hole" shall be construed to grant Microsoft any right or license, under Sun's Intellectual Property Rights to develop or distribute any product that otherwise would be licensed under paragraph 6 above that:

    i.    Adds to any binary implementation licensed under paragraph 6 new or different functionality to that specified in Microsoft's Reference Documentation;

    ii.    Adds to any binary implementation licensed under paragraph 6 new or different semantics to those specified in Microsoft's Reference Documentation;

    iii.    Enhances the performance of any binary implementation licensed under paragraph 6 relative to the performance of the pre-existing Windows 2000 FCR 1.1.4 binary implementation (as modified in accordance with the Delta List attached as Exhibit F), except such enhancement as is incidental to and not the purpose for a correction of a Critical Customer Defect or Security Hole;

    iv.    Alters the number, names or formats of the binary files comprising any binary implementation licensed under paragraph 6 relative to the number, names or formats of the binary files comprising the pre-existing Windows 2000 FCR 1.1.4 binary implementation (as modified in accordance with the Delta List attached as Exhibit F);

    v.    Alters the manner in which any binary implementation licensed under paragraph 6 is integrated with any other technology relative to the manner in which the pre-existing Windows 2000 FCR 1.1.4 binary implementation (as modified in accordance with the Delta List attached as Exhibit F) is integrated with any other technology;

    vi.    Integrates, into any other technology, any element or piece of any binary implementation that is licensed under paragraph 6 and which uses Sun's Intellectual Property Rights;

    vii.    Use the JAVA class libraries licensed under paragraph 6 in conjunction with:

        1.    Any virtual machine or compiler other than those licensed under paragraph 6 above; or

        2.   Any Microsoft .NET runtime, including any .NET common language runtime;

viii.   Alters or adds to the meaning or semantics of the content passed through any of the Microsoft compiler directives (for example @dll, @com, and @security) beyond that specified in Microsoft's Reference Documentation;

ix.   Alters or adds to the meaning or semantics of Microsoft's "delegate" or "multicast" keywords beyond that specified in Microsoft's Reference Documentation;

x.   Implements any change or modification to the JAVA language as specified in Sun's published specification of the JDK 1.1.4-level version of the JAVA language beyond those specified in Microsoft's Reference Documentation; or

xi.   Alters or adds to the methods or means by which the Windows 2000 FCR 1.1.4 binary implementation (as modified in accordance with the Delta List attached as Exhibit F) effects calls between JAVA language code running in a JDK 1.1.4-level binary implementation and code running elsewhere ("bridging"). Examples of currently existing bridging include (1) Sun's "ActiveX Bridge for JAVABeans" and (2) Microsoft's "COM to JAVA" bridge. An example of unauthorized bridging would be connecting JAVA language code running in a JDK 1.1.4 binary implementation to the .Net framework.

b.   The limited licenses granted in paragraphs 6(b) through (g) above are restricted to only such products and such binary implementations as pass Sun's JCK 1.1.4 compatibility test suite prior to any commercial distribution by Microsoft, except that Sun hereby agrees to exempt Microsoft's @dll, @com, and @security compiler directives, and its "delegate" and "multicast" keywords, from compliance with the Compiler Output Requirement of the JCK 1.1.4 test suite provided that any product implementing these extensions conforms to and does not alter or add in any way to Microsoft's published specification for such compiler directives and keywords as contained in Microsoft's Reference Documentation. Sun further agrees that the products and implementations licensed under paragraphs 6(b) through (g) shall be exempt from any test in Sun's 1.1.4 compatibility test suite listed on Exhibit I or that Sun hereafter designates, at any time during the term of the licenses granted herein, as an excluded test. For purposes of testing any JDK 1.1.4-level binary implementation pursuant to this paragraph 7(b), Microsoft will include the JAVA packages identified in Exhibit K.

c.    Microsoft shall document each modification made to any licensed binary implementation pursuant to paragraph 6(b) above and notify Sun in writing thereof as follows:

  i.    Prior to any commercial distribution of any JDK 1.1.4-level binary implementation that has been modified or altered to correct a Critical Customer Defect or Security Hole, Microsoft shall first:

      1.    Create a detailed written English language description of the Critical Customer Defect or Security Hole to be corrected, the change in programming made to effect such correction, and all known and intended effects of such correction; and

      2.    Have a senior Microsoft engineer review the written description and source code of the modification(s) made to correct each Critical Customer Defect or Security Hole and certify in writing that all such modification(s) comply with this Agreement and the limitations and obligations it contains.

  ii.    At least quarterly within thirty (30) days following the end of each calendar quarter, Microsoft shall provide to Sun the written description and written certification for each modification made to correct a Critical Customer Defect or Security Hole during the quarter.

  iii.    Microsoft shall make reasonable efforts to answer any reasonable questions or concerns Sun may communicate in writing to Microsoft concerning any modification made by Microsoft within thirty (30) days of its receipt of such communication from Sun.

  iv.    Unless Sun notifies Microsoft within sixty (60) days of receipt of any quarterly description and certification provided by Microsoft in accordance with this paragraph 7(c) that a change documented and certified by Microsoft is unacceptable to Sun, each such change as is documented and certified by Microsoft shall be deemed to be accepted by Sun as compliant with this Settlement Agreement.

8.    **Exhibit D.** Microsoft shall prepare and deliver Exhibit D to Sun within forty-five (45) days hereof, identifying each product listed by its product name and version number. If, prior to March 31, 2001, Microsoft learns that it inadvertently omitted from Exhibit D any product that was shipping as of the date of this Settlement Agreement, Exhibit D shall be amended to include the name and version of such product. If, subsequent to March 31, 2001, Microsoft wishes to

add any additional product version that was shipping as of the date of this Settlement Agreement, but was inadvertently omitted from Exhibit D, it may do so by paying to Sun the sum of One Hundred Thousand Dollars ($100,000.00) per product version added.

9.    **Exhibit F.**  Microsoft represents that it has made a thorough and diligent investigation and based thereon, to the best of Microsoft's knowledge and belief, Exhibit F contains a complete, accurate summary of each change made in each JDK 1.1.4-level binary implementation included on Exhibit E that alters or adds in any way to the functionality or features in the Windows 2000 FCR 1.1.4 binary implementation, or that otherwise fails to meet any limitation of paragraph 7 relative to said Windows 2000 FCR 1.1.4 binary implementation.  If, prior to March 31, 2001, Microsoft learns that it omitted from Exhibit F any change required to be disclosed therein, it shall promptly provide to Sun a written description of each such change and pay to Sun the sum of Twenty Thousand Dollars ($20,000) for each such previously undisclosed change.  Unless Sun notifies Microsoft within sixty (60) days of receipt of any correction provided hereunder that any previously undisclosed change described in such corrected documentation is unacceptable to Sun, such change shall be deemed accepted by Sun as an amendment to Exhibit F as of the date of this Settlement Agreement.

10.   **Exhibit H.**  Microsoft shall prepare and deliver Exhibit H to Sun, within forty-five (45) days hereof, identifying each product listed by its product name, version number, and the build number of the pre-1.1.4 binary implementation it contains.

11.   **Exhibit J.**  Microsoft represents that Exhibit J contains a complete and accurate report of the compatibility testing performed on the binary implementations identified therein using Sun's JCK test suite and exclude list attached as Exhibit I.

12.   **Failure To Provide Documentation.**  If, subsequent to its provision of a quarterly report to Sun pursuant to paragraph 7(c), Microsoft becomes aware that such quarterly report fails accurately or completely to describe in accordance with paragraph 7(c) any programming change made by Microsoft, Microsoft shall, within thirty (30) days of its awareness thereof, notify Sun of such error or failure, provide Sun with corrected, complete documentation for each previously undocumented change (including any certification required under this Settlement Agreement) and pay to Sun the sum of Twenty Thousand Dollars ($20,000) for each programming change made pursuant to paragraph 6(b) that was previously undocumented by Microsoft in violation of paragraph 7(c).  If Microsoft corrects an error or omission in a quarterly report provided to Sun pursuant to paragraph 7(c) in its report for the next subsequent quarter, such correction, together with the payment required herein, shall cure any such failure of Microsoft to comply with the documentation requirements of paragraph 7(c).  If Microsoft fails to correct an error or omission in a quarterly report provided pursuant to paragraph 7(c) in its report for the next subsequent quarter, any subsequent correction made by Microsoft, together with the payment required herein, shall cure only such omissions or errors of Microsoft to comply with the documentation requirements

of paragraph 7(c) as were inadvertent. Unless Sun notifies Microsoft within sixty (60) days of receipt of any correction provided hereunder that a programming change described and certified by Microsoft in such corrected documentation is unacceptable to Sun, such change shall be deemed accepted by Sun as compliant with the restrictions of paragraphs 6 and 7 of this Settlement Agreement effective as of the date of this Settlement Agreement.

13. **Notice and Cure.** In the event that Sun becomes aware that Microsoft has, during the term of this Agreement, used in any binary implementation or product licensed under paragraph 6 any Intellectual Property Rights of Sun in the JDK 1.1.4-level technology beyond the scope of the licenses granted herein, Sun may provide written notice thereof to Microsoft, whereupon Microsoft shall have thirty (30) days from the date of such notice of default to notify Sun in writing whether Microsoft will promptly cure such default and if so, the actions it will take to effect such cure. If, within thirty (30) days of any notice of default from Sun, Microsoft notifies Sun in writing that it will promptly cure such default, it shall have sixty (60) days thereafter in which to effect a cure.

14. **Termination.** If Microsoft fails to commit within thirty (30) days of a written notice of default from Sun that Microsoft will cure its use of Sun's Intellectual Property Rights in the JDK-1.1.4 level technology beyond the scope of the licenses granted herein, or if Microsoft fails to cure such default within ninety (90) days of such notice from Sun, Sun shall, effective as of the date of notice of default from Sun, have the right to terminate the licenses granted to Microsoft in paragraphs 6(b), (c), (d) and (g) above with respect to all products and binary implementations modified by Microsoft subsequent to the date of termination by Sun. In the event of such termination by Sun:

    a. The licenses granted under paragraphs 6(a), (e), (f), (h) and (i) will continue in full force and effect in accordance with their terms, notwithstanding any such termination by Sun;

    b. The license granted under paragraph 6(d) shall survive until December 15, 2007, but limited only to such products as were commercially distributed by Microsoft in accordance with the limitations of paragraphs 6(d) and 7 prior to the date of notice of default from Sun; and

    c. The licenses granted under paragraphs 6(b) and (c) shall terminate as of the date of Sun's notice of default.

15. **Independent Development.** Each party reserves whatever right it may have to develop or distribute technology that does not infringe the Intellectual Property Rights of the other party. The foregoing sentence notwithstanding, the licenses granted herein to make or distribute the binary implementations referenced in paragraph 6 above shall be subject to the limitations and conditions set forth in paragraphs 6 and 7.

16. **No Implied License.** Nothing in this Settlement Agreement grants any right or license to or under the Intellectual Property Rights of Sun, except as expressly provided in paragraph 6 above, and no other right or license shall be implied or inferred from any provision of this Settlement Agreement or from any conduct of the parties.

17. **Mutual Limited Release of Claims.**

   a. <u>Released Claims And Counterclaims.</u> Subject to Sun's reservation of antitrust claims in paragraph 17(b) below and Microsoft's reservation of antitrust counterclaims in paragraph 17(c) below, Sun and Microsoft hereby release only such claims and counterclaims as each party has against the other based upon the acts or omissions of either party prior to the date of this Agreement that were the subject of this Action. Microsoft specifically releases any claim or counterclaim it may have against Sun for damages or other injury arising out of the entry of any injunctive relief against Microsoft in connection with this Action. Sun and Microsoft further agree that the claims and counterclaims asserted in this Action shall be dismissed with prejudice, and hereby consent to entry of judgment by the Court in substantially the form attached hereto as Exhibit C.

   b. <u>Sun's Unreleased Antitrust Claims.</u> Paragraph 17(a) above notwithstanding, Sun reserves and does not release or dismiss any claims arising under antitrust laws it may have against Microsoft, including such claims as may be based in whole or in part on some or all of the facts underlying any of the claims released and dismissed in paragraph 17(a) above.

   c. <u>Microsoft's Unreleased Antitrust Counterclaims.</u> Paragraph 17(a) above notwithstanding, Microsoft reserves and does not release or dismiss any counterclaim arising under antitrust laws it may have against Sun in response to and based on any claim made against Microsoft by Sun pursuant to paragraph 17(b) above, including such counterclaims as may be based in whole or in part on some or all of the facts underlying any of the claims released and dismissed in paragraph 17(a) above.

   d. <u>Unreleased Defenses.</u> Neither party releases or dismisses any defense to any Unreleased Antitrust Claim or Unreleased Antitrust Counterclaim, other than the defense that this Settlement Agreement or Exhibit C bars or precludes the assertion of such Unreleased Antitrust Claim or Unreleased Antitrust Counterclaim.

   e. <u>Dissolution.</u> Except as provided in Exhibit C, Sun and Microsoft hereby request the Court to dissolve all injunctions previously entered by the Court.

18.   **Ownership Rights.** Nothing in this Agreement is intended to expand or diminish the ownership or intellectual property rights of either party in the licensed binary implementations or licensed products.

19.   **Notices.** All notices must be in writing and delivered either in person or by certified mail or registered mail, postage prepaid, return receipt requested, to the person(s) and addresses specified below. Such notice will be effective upon receipt.

| **Sun** | **Microsoft** |
|---|---|
| Sun Microsystems, Inc.<br>901 San Antonio Road<br>Palo Alto, California 94306<br>Attn: Vice President, JAVA Software | Microsoft Corporation<br>One Microsoft Way<br>Redmond, Washington 98052<br>Attn: Vice President,<br>Internet Platform & Tools Div. |
| with a copy to: | with a copy to: |
| Sun Microsystems, Inc.<br>901 San Antonio Road<br>MS PAL01-501<br>Palo Alto, CA 94306<br>Attn: General Counsel | Microsoft Corporation<br>One Microsoft Way<br>Redmond, Washington 98052<br>Attn: Law & Corp. Affairs |

20.   **Integration.** This document sets forth the complete, final and exclusive statement of the parties' agreement and may not be modified or altered in any respect except by a written instrument signed by a duly authorized representative of each party hereto.

This Agreement is executed and shall be effective this 23rd day of January 2001.

SUN MICROSYSTEMS, INC.                        MICROSOFT CORPORATION

By: _____        By: _____
        Patricia Sueltz                                      Sanjay Parthasarathy
    Executive Vice President                    Vice President Platform Strategy
    Software Systems Group                                  Group

**TIFICATE OF REGISTR**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Mary beth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FOR          TX**
or a Non...   natic Literary Work
UNITED STATES COPYRIGHT OFFICE
R(




TXu 835-277

EFFECTIVE DATE OF REGISTRATION

**JUN 23 1998**

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0 ALPHA

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.0 alpha

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ .      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire new portions of computer program

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ .      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ .      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994
Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶
◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303
MS PA L01-521

APPLICATION RECEIVED
JUN 23 1998
ONE DEPOSIT RECEIVED
JUN 23 1998
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 6-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

SUN V. MSFT
C97-20884 RMW(PVT)
SUN 132 000014

| EXAMINED BY | ✓ | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**IOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

r answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**IVATIVE WORK OR COMPILATION**

isting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   Third party computer programs incorporated in this work.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   New portions of computer program.

**6**

See instructions
before completing
this space.

**OSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
e ▼                                        Account Number ▼

**7**

**RRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

   Timothy J. Crean/Sun Microsystems, Inc.
   901 San Antonio Road/MS CUP03-802
   Palo Alto, CA  94303

Area code and daytime telephone number ▶ (408) 863-3425          Fax number ▶ (408) 343-1757

Email ▶ tim.crean@eng.sun.com

**TIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

e work identified in this application and that the statements made
ve in this application are correct to the best of my knowledge.

**8**

ed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean                                      Date▶ June 22, 1998

Handwritten signature (X) ▼

X Timothy James Crean

e filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office.
eck the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| | Name ▼   Timothy J. Crean |
|---|---|
| tificate | Sun Microsystems, Inc. |
| | Number/Street/Apt ▼  MS CUP 03-802 |
| tificate | 901 San Antonio Road |
| be | |
| led in | City/State/ZIP ▼ |
| dow | Palo Alto, CA  94303 |
| e | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

.I.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
the application, shall be fined not more than $2,500.

ember 1997—300,000          ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. COPYRIGHT OFFICE WWW: March 1996

SUN V. MSFT
C97-20884 RMW(PVT)
SUN 132 000013

CERTIFICATE OF REGISTRATION

FORM TX
¶ 8 Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 4-576-685

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Dec 24 1997

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

PREVIOUS OR ALTERNATIVE TITLES ▼
JDK version 1.0 alpha 2

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

NAME OF AUTHOR ▼

Sun Microsystems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1995
◀Year in all cases.

This information must be given ONLY if this work has been published.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ April   Day ▶ 4   Year ▶ 1995 (appro:
U.S.A.                                        ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 24 1997
ONE DEPOSIT RECEIVED
DEC 24 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINE

CHECKED

FORM TX

☑ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼
Sun Microsystems, Inc.                      DA 07 3342

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303      Area Code and Telephone Number ▶ 408/863-3425

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶  ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☒ authorized agent of  Sun Microsystems, Inc.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
          Timothy J. Crean                                          Date ▶ 12/23/97

👉 Handwritten signature (X) ▼
          Timothy James Crean

**MAIL CERTIFI-CATE TO**
Name ▼      Timothy J. Crean
            Sun Microsystems, Inc.
Number/Street/Apt ▼
            MS UCUP01-307
            901 San Antonio Road
City/State/ZIP ▼
            Palo Alto, CA 94303

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000    ☻ PRINTED ON RECYCLED PAPER

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-825-238**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

February  24  1999
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** — Title of Work ▼

JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX4-576-685 | 1997 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s)▼ |
|---|---|
| Sun Microsystems, Inc. | Sun Microsystems, Inc. |

*1049 46205*

**B** — Location and Nature of Incorrect Information in Basic Registration

Line Number ___2a___   Line Heading or Description   **Nature of Authorship**

Incorrect Information as It Appears in Basic Registration

Entire Computer program

Corrected Information ▼

Entire new portions of computer program

Explanation of Correction▼

To clarify the nature of authorship, since this is a derivative work

 **C** — Location and Nature of Information in Basic Registration to be Amplified

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information▼

MORE ON BACK▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.
DO NOT WRITE HERE
Page 1 of ___2___ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| MAR 0 2 1999 | |

FUNDS RECEIVED DATE
February 24, 1999

EXAMINED BY   JDK

CORRESPONDENCE □

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☑ YES    □ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**D**

Continuation of: ☑ Part B  or □ Part C

Line Number:  6a  Line Heading or Description:  Preexisting Material

Incorrect Information as it appears in Basic Registration:

[line is blank]

Corrected Information:

JDK version 1.0 alpha (registered on TXu 835-277 on June 23, 1998) and third party
computer programs incorporated therein

Explanation of Correction:

To state the preexisting material on which this derivative work is based.

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.
Timothy J. Crean
Sun Microsystems, Inc./901 San Antonio Road, MS  CUP03-802
Palo Alto, CA  94303

Phone (408) 863-3425 ___ Fax (___)___ Email ___

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ___
Account Number ___

**F**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
□ author    □ owner of exclusive right(s)
□ other copyright claimant  ☑ duly authorized agent of  Sun Microsystems, Inc.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Timothy J. Crean            Date ▼  3/1/99

Handwritten signature (X) ▼
Timothy James Crean

**G**

| Certificate will be mailed in window envelope to this address: | Name ▼ Timothy J. Crean / Sun Microsystems, Inc. |
| | Number/Street/Apt ▼ MS CUP03-802 / 901 San Antonio Road |
| | City/State/ZIP ▼ Palo Alto, CA  94303 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1996—15,000   ♲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-464-879/80,048

CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
RE

TX 4-679-495

EFFECTIVE DATE OF REGISTRATION

JUN 23 1998
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**a   NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _U.S.A._
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire new and revised portions of computer program

**b   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996

**b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Jan.   Day ▶ 23   Year ▶ 1996 (approx
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PA L01-521

APPLICATION RECEIVED
JUN 23 1998
ONE DEPOSIT RECEIVED
JUN 23 1998
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

SUN V. MSFT
C97-20884 RMW(PVT)
SUN 132 000016

| EXAMINED BY | $\mathcal{MS}$ | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼
TX4-576-685

Year of Registration ▼
1997

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a   JDK version 1.0 alpha 2 and other previous versions of the JDK, including third
    party computer programs incorporated therein.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b   New and revised portions of computer program.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
    Timothy J. Crean/Sun Microsystems, Inc.
    901 San Antonio Road/MS CUP03-802
    Palo Alto, CA  94303
Area code and daytime telephone number ► (408) 863-3425          Fax number ► (408) 343-1757
Email ► tim.crean@eng.sun.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sun Microsystems, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean                                           Date ► June 22, 1998

Handwritten signature (X) ▼
X _Timothy Frank Crean_

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail certificate to | Name ▼   Timothy J. Crean<br>Sun Microsystems, Inc. | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼   MS CUP03-802<br>901 San Antonio Road | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼   Palo Alto, CA  94303 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000                ♲ PRINTED ON RECYCLED PAPER                ☆U.S. COPYRIGHT OFFICE WWW: March 1998

SUN V. MSFT
C97-20884 RMW(PV)
SUN 132 000015

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · 1870 · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work

TX 4 - 576 - 686

TX      TXU

EFFECTIVE DATE OF REGISTRATION

**Dec 24 1997**

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0.2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.0.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ __U.S.A.__
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire computer program

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.

1996

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ May   Day ▶ 7   Year ▶ 1996 approx

U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 24 1997
ONE DEPOSIT RECEIVED
DEC 24 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of __2__ pages

EXAMINE~                                    C081
CHECKED BY                                  FORM TX

☑ CORRESPONDENCE                            FOR
  Yes                                       COPYRIGHT
                                            OFFICE
                                            USE
                                            ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
X Yes ☐ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

(application for registration of original work is being submitted concurrently herewith)

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and Revised Computer Code

See instructions before completing this space

—space deleted—

**7**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☐ Copies and Phonorecords           b ☐ Copies Only           c ☐ Phonorecords Only

See instructions

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**9**

Sun Microsystems, Inc.                      DA 07 3342

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303   Area Code and Telephone Number ▶ 408/863-3425

Be sure to give your daytime phone number

CERTIFICATION*  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean                            Date ▶ 12/23/97

Handwritten signature (X) ▼

*Timothy James Crean*

MAIL
CERTIFI-
CATE TO
Name ▼
Timothy J. Crean
Sun Microsystems, Inc.
Number/Street/Apt ▼
MS CUP01-307
901 San Antonio Road
City/State/ZIP ▼
Palo Alto, CA 94303

Certificate will be mailed in window envelope

**11**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1994—100,000        ♻ PRINTED ON RECYCLED PAPER         ☆ U.S. GOVERNMENT PRINTING OFFICE: 1994-387-237-47

CERTIFICATE OF REGISTRATION



OFFICIAL SEAL.

This certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work identi-
fied below. The information on this certificate has been
made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



FORM CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

TX 4-648-608

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

MAY 1 2 1998

| Month | Day | Year |
| --- | --- | --- |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

TITLE OF WORK ▼
JAVA DEVELOPMENT KIT VERSION 1.0.2

REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼
TX4-576-686

YEAR OF BASIC REGISTRATION ▼
1997

NAME(S) OF AUTHOR(S) ▼
Sun Microsystems, Inc.

NAME(S) OF COPYRIGHT CLAIMANT(S) ▼
Sun Microsystems, Inc.

---



LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼
Line Number ........ 2a ........ Line Heading or Description   Nature of Authorship

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼
Entire computer program

CORRECTED INFORMATION ▼
Entire new and revised portions of computer program

EXPLANATION OF CORRECTION ▼
To clarify the nature of authorship, since this is a derivative work

---

## C

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼

Line Number .............. Line Heading or Description ................................................

AMPLIFIED INFORMATION ▼

EXPLANATION OF AMPLIFIED INFORMATION ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at space F.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM CA R

MAY 12. 1998

FUNDS RECEIVED DATE

EXAMINED BY

CHECKED BY

CORRESPONDENCE □

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☑ YES    □ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which) ☑ PART B OR □ PART C

Line Number: 6a    Line Heading or Description: Preexisting Material

Incorrect Information as it Appears in Basic Registration:
    JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

Corrected Information:
    JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2 and other previous versions of the JAVA
    DEVELOPMENT KIT, including third party computer programs incorporated therein

Explanation of Correction:
    To more precisely state the preexisting material on which this derivative work is based.

**D**

---

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit
Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

CORRESPONDENCE: Give name and address to which correspondence
about this application should be sent.

Name  Timothy J. Crean

Address  Sun Microsystems, Inc./901 San Antonio Road

Palo Alto                    CA      94303    (Apt)MS CUP03-802
(City)                        (State)        (ZIP)    Be sure to
                                                      give your
Area Code and Telephone Number ▶ (408) 863-3425       daytime phone
                                                      ◀ number

**E**

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
□ author  □ other copyright claimant  □ owner of exclusive right(s)  ☑ duly authorized agent of  Sun Microsystems, Inc.
                                                    (Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Timothy J. Crean                                           Date ▼  May 11, 1998

☞  Handwritten signature (X) ▼    Timothy James Crean

**F**

---

MAIL
TO

Name ▼   Timothy J. Crean
         Sun Microsystems, Inc.

Number/Street/Apt ▼  MS CUP03-802
                     901 San Antonio Road

City/State/ZIP ▼
                     Palo Alto, CA 94303

Certificate
will be
mailed in
w·  ·v
e·    ·pe

• Complete all necessary spaces
• Sign your application in space F

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   Register of Copyrights

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

ctober 1994                                                              ☽ U.S. COPYRIGHT OFFICE WWW FORM: 1996

CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE
LIBRARY OF CONGRESS
OFFICIAL SEAL



FORM TX
For a Literary Work

TX 4-576-687

EFFECTIVE DATE OF REGISTRATION

Dec 24 1997

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

JAVA DEVELOPMENT KIT VERSION 1.1

PREVIOUS OR ALTERNATIVE TITLES ▼
JDK version 1.1

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

a

NAME OF AUTHOR ▼
Sun Microsystems, Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program

NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1997 ◀Year in all cases.
This information must be given ONLY if this work has been published.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
Month ▶ March      Day ▶ 11      Year ▶ 1997 (approx)
Nation ▶ U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 24 1997
ONE DEPOSIT RECEIVED
DEC 24 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

```
                                              EXAMINED &          C082
                                              [ ]
                                              CHECKED BY                              FORM TX

                                              [✓] CORRESPONDENCE              FOR
                                                   Yes                       COPYRIGHT
                                                                             OFFICE
                                                                             USE
                                                                             ONLY
```

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[✓] Yes   No. If your answer is Yes, why is another registration being sought? Check appropriate box ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. [✓] This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: **Previous Registration Number** ▼          **Year of Registration** ▼

(application for original
work being filed concurrently
herewith)

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

   JDK version 1.0 alpha 2 and JDK version 1.0.2

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

   New and Revised Computer Code

**6**

See instructions
before completing
this space

---

—space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                         Account Number ▼

Sun Microsystems, Inc.                         DA 07 3342

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303   Area Code and Telephone Number ▶ 408/863-3425

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
[✓] authorized agent of   Sun Microsystems, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Timothy J. Crean                           Date ▶ 12/23/97

Handwritten signature (X) ▼

   _Timothy James Crean_

**10**

---

MAIL
CERTIFI-
CATE TO

Name ▼
Timothy J. Crean
Sun Microsystems, Inc.

Number/Street/Apt ▼
MS UCUP01-307

City/State/ZIP ▼ 901 San Antonio Road
Palo Alto, CA 94303

Certificate
will be
mailed in
window
envelope

```
YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000
```

**1**

\*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

CERTIFICATE OF REGISTRATION



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

# FORM CA
× Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

TX 4-648-508

RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

May 7 1958

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

TITLE OF WORK ▼
JAVA DEVELOPMENT KIT VERSION 1.1

| REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼ | YEAR OF BASIC REGISTRATION ▼ |
|---|---|
| TX4-576-687 | 1997 |

| NAME(S) OF AUTHOR(S) ▼ | NAME(S) OF COPYRIGHT CLAIMANT(S) ▼ |
|---|---|
| Sun Microsystems, Inc. | Sun Microsystems, Inc. |

## B

LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼

Line Number ............ 2a ............ Line Heading or Description ............ Nature of Authorship ............

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼
Entire computer program

CORRECTED INFORMATION ▼
Entire new and revised portions of computer program

EXPLANATION OF CORRECTION ▼
To clarify the nature of authorship, since this is a derivative work

## C

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼

Line Number ............ Line Heading or Description ............

AMPLIFIED INFORMATION ▼

EXPLANATION OF AMPLIFIED INFORMATION ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at space F

DO NOT WRITE HERE
Page 1 of 7 pages

FORM CA REC

MAY 07.1998

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION          ☑ YES    ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which) ☑ PART B OR ☐ PART C

Line Number: 6a        Line Heading or Description:  Preexisting Material

Incorrect Information as it appears in Basic Registration:
    JDK version 1.0 alpha 2 and JDK version 1.0.2

Corrected Information:
    JDK version 1.0 alpha 2 and JDK version 1.0.2 and other previous versions of the JDK,
    including third party computer programs incorporated therein

Explanation of Correction:
    To more precisely state the preexisting material on which this derivative work is based.

**D**

---

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit
Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

CORRESPONDENCE: Give name and address to which correspondence
about this application should be sent.

Name  Timothy J. Crean

Address  Sun Microsystems, Inc./901 San Antonio Road

Palo Alto                          (Apt) MS CUPO3-802
(City)                    CA        94303
                          (State)   (ZIP)

Area Code and Telephone Number ▶ (408) 863-3425

Be sure to
give your
daytime phone
◀ number

**E**

---

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☑ duly authorized agent of  Sun Microsystems, Inc.
                                                          (Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
    Timothy J. Crean                                    Date ▼ May 6, 1998

☞  Handwritten signature (X) ▼
            Timothy James Crean

**F**

---

MAIL
TO

Name ▼  Timothy J. Crean
         Sun Microsystems, Inc.

Number/Street/Apt ▼  MS CUPO3-802
         901 San Antonio Road

City/State/ZIP ▼
         Palo Alto, CA  94303

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space F

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   Register of Copyrights

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

---

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

October 1994

⊛ U.S. COPYRIGHT OFFICE WWW FORM. 1996

CERTIFICATE OF REGISTRATION



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGIS

**TX 4-648-509**

EFFECTIVE DATE OF REGISTRATION

May 7 1998
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
JAVA DEVELOPMENT KIT VERSION 1.1.3

PREVIOUS OR ALTERNATIVE TITLES ▼
JDK version 1.1.3

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** 
**a** NAME OF AUTHOR ▼
Sun Microsystems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire new and revised portions of computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 2   Year ▶ 1997 approx
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PA L01-521

APPLICATION RECEIVED
MAY 07 1998
ONE DEPOSIT RECEIVED
MAY 07 1998
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED B

CHECKED BY

FORM TX

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼

TX 4-576-687    1997

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a   JDK version 1.1 and other previous versions of the JDK, including third party computer programs incorporated therein.

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised portions of computer program.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a   Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean / Sun Microsystems, Inc.
901 San Antonio Road / MS CUP03-802
Palo Alto, CA  94303

Area code and daytime telephone number ▶ (408) 863-3425    Fax number ▶ (408) 343-1757

Email ▶  tim.crean@eng.sun.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean    Date ▶ May 6, 1998

Handwritten signature (X) ▼

X _Timothy James Crean_

**Mail
certificate
to:**

Name ▼  Timothy J. Crean
Sun Microsystems, Inc.

Number/Street/Apt ▼  MS CUP03-802
901 San Antonio Road

City/State/ZIP ▼  Palo Alto, CA  94303

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1997—300,000    ⬙ PRINTED ON RECYCLED PAPER    ☀U.S. COPYRIGHT OFFICE: WWW: March 1998